**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INA FIBERS HOLDING, LLC | ) | Case No. 17-12154 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) GROUP, INC. | ) | Case No. 17-12155 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DSE HOLDING CORP. | ) | Case No. 17-12156 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC | ) | Case No. 17-12157 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) OPERATIONS LLC | ) | Case No. 17-12148 (CSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGES (DFT) MEXICO SERVICES INTERMEDIATE II CORP. | ) ) ) | Case No. 17- 12153 (CSS) |
| | ) | |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) MEXICO SERVICES INTERMEDIATE I CORP. | ) ) ) | Case No. 17-12152 (CSS) |
| | ) | |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. | ) ) | Case No. 17- 12149 (CSS) |
| | ) | |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC. | ) ) | Case No. 17- 12151 (CSS) |
| | ) | |
| Debtor. | ) ) | |

2

|  | ) |  |
| --- | --- | --- |
| In re: | ) | Chapter 7 |
|  | ) |  |
| DURAFIBER TECHNOLOGIES (DFT), INC. | ) | Case No. 17-12143 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

DFT DuraFiber Technologies Holdings, Inc., INA Fibers Holding, LLC, DuraFiber Technologies (DFT) Group, Inc., DSE Holding Corp., DuraFiber Technologies (DFT) Enterprises, LLC, DuraFiber Technologies (DFT) Operations LLC, DuraFiber Technologies (DFT) Mexico Services Intermediate II Corp., DuraFiber Technologies (DFT) Mexico Services Intermediate I Corp., DuraFiber Technologies (DFT), Inc., DuraFiber Technologies (DFT) Scottsboro, Inc., DuraFiber Technologies (DFT) Winfield, Inc., and DuraFiber Technolgies (DFT) Holdings II, LLC as debtors in the above-captioned chapter 7 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[1]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report

---

[1]    The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a Global Note with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

3

the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Keith F. Cooper has signed each of the Schedules and Statements.  Mr. Cooper is an Authorized Representative of each of the Debtors and the former Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Cooper has relied upon the efforts, statements and representations of various personnel employed by the Debtors.  Mr. Cooper has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

### Global Notes and Overview of Methodology

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("***Claim***") description,

4

designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

**Description of Cases**.  On [October 3, 2017] (the "***Petition Date***"), the Debtors each filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of August 31, 2017.  The Debtors have updated the amounts, where practical, for accounts in which they believe there have been material modifications since August 31, 2017 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements.  Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Real Property and Personal Property – Leased**.  In the ordinary course of business, the Debtors may lease real property, furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses.  Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to any such issue.

**Recharacterization**.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts,

unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities**.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors; (b) officers; (c) senior vice presidents; (d) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (e) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); and (f) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.  The Schedules and Statements include certain officers that were terminated prior to the Petition Date and have noted as such.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another.  The Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.   In situations where the separation of such information was not possible, the information was listed for both entities.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Intercompany and Other Transactions.**   For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule F as appropriate (collectively, the "***Intercompany Claims***").  Intercompany Claims are reported as of August 31, 2017, updated, where practical, to reflect values as of the Petition Date for

accounts that have had material changes since August 31, 2017.  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity.

**Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts  and unexpired leases have been set forth in Schedule G.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**.  Schedules D, and E/F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**.   The following is a summary of significant reporting policies:

        a.     <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        b.     <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

        c.     <u>Liens</u>.  Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

        d.     <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.**  To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

**Deconsolidated Entities**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  However, the Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and DuraFiber Technologies (DFT), Inc.  Reasonable

8

efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary.**  The asset and liability information provided herein, with the exception of accounts payable, represents the Debtors' data as of August 31, 2017, except, where practical, the Debtors have updated the accounts for which they believe there has been material activity prior to the Petition Date and have reflected such amounts as of the Petition Date.  The accounts payable reflects the Debtors' data as of September 28, 2017, with adjustments made to reflect payments made between September 28, 2017 and the Petition Date.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition

**Schedule A/B 3**.  Cash balances are listed as of the Petition Date.

**Schedule A/B 11**.  Accounts receivable balances are listed as of October 2, 2017.  Accounts receivable reported in Schedule A/B 11 do not include intercompany receivables.  Intercompany receivables are reported in Schedule A/B 77.

**Schedule A/B 15**.  Equity interests in subsidiaries arise from common stock ownership or member interests.  Each Debtor's "Schedule B – Personal Property" lists such Debtor's ownership interests, if any, in subsidiaries.  For purposes of these Statements and Schedules, other than investments in downstream subsidiaries, the Debtors have listed the value of such ownership interests as undetermined because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.

**Schedule A/B 19-22.**  Inventory is shown as of September 28, 2017 and reflects the inventory at cost based on the third party's perpetual stock ledger inventory reports.

**Schedules A/B 60-65.**  Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an undetermined amount or at their net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, refunds, or potential warranty Claims against their suppliers. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D.**  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. In addition, unless otherwise stated, the Debtors have not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all of their rights to amend Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**

The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of September 28, 2017, with adjustments for payments made between September 29, 2017 and October 5, 2017.

Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated

10

by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F contains potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F also includes potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

The Debtors expressly incorporate by reference into Schedule E/F all parties to pending litigation listed in Statement 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to

11

identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H.** For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

 In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

<u>**Specific Disclosures with Respect to the Debtors' Statements**</u>

12

**Statement 3.**   Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

Statement 3 does not include certain payments made.  Specifically, payments made on their senior secured revolving credit facility.  Under the terms of the facility, the balance of the account was swept each day and borrowed each day.  The outstanding balance as of 90 days prior to the Petition Date was $17,602,991.  The senior secured revolver was fully paid during the 90 days prior to the Petition Date and has been fully extinguished.  Statement 3 also does not include the regularly scheduled payroll disbursements to all employees.

The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

**Statement 4.**   Statement 4 accounts for intercompany transactons as well as other transfers to individuals, as applicable. With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, relocation reimbursement and/or severance and the like. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

Solely for purposes of the Schedules and Statements, the Debtors define "Insiders" to include the following: (a) vice presidents; (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  To the extent that former vice presidents or officers were not Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements.  The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7.**  The Debtors reserve all rights with respect to the suits and proceedings included in Statement. 7.  Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 10.**  The Debtors occasionally incur losses for a variety of reasons, including, without limitation, theft and property damage. Ordinary course shrink is not reflected in the Statements. The losses listed on Statement 10 are estimates.

**Statement 11.**  The Debtors use a centralized cash management system whereby all corporate disbursements for professional fees were made from a single account.  The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc. Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

**Statement 26d.** The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtors generally do not track such sharing.  Moreover, the parties with which the Debtors have shared such financial statements may be in turn further shared the financial statements with other entities without the Debtors' knowledge or consent.

**Statement 30.**  The information that would otherwise be included in Statement 30 is contained in Statement 4 and is not duplicated in Statement 30.

14

**Fill in this information to identify the case:**

**Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12143

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   Summary of Assets

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  1a.  **Real property:**
       Copy line 88 from Schedule A/B ................................................. | $0.00

  1b.  **Total personal property:**
       Copy line 91A from Schedule A/B ............................................. | $38,946,569.72

  1c.  **Total of all property:**
       Copy line 92 from Schedule A/B ................................................ | $38,946,569.72

---

**Part 2:**   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................ | $7,743,909.84

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a.  **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F ......................................... | $1,012,363.23

  3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ........................... | + $61,249,665.84

4.  *Total liabilities*
    Lines 2 + 3a + 3b .................................................................................... | $70,005,938.91

---

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12143 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.    **Cash on hand**

2.1.  _____     $_____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (PAYROLL DISBURSEMENT) | 8151 | $0.00 |
| 3.2.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (DISBURSEMENT) | 5058 | $26,256.81 |
| 3.3.[1] | JPMORGAN CHASE BANK, N.A. | LOCKBOX | 4469 | $453.45 |
| 3.4.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (DISBURSEMENT) | 3300 | $0.00 |
| 3.5.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (PAYROLL DISBURSEMENT) | 7350 | $0.00 |
| 3.6.[1] | JPMORGAN CHASE BANK, N.A. | LOCKBOX | 4451 | $4.85 |
| 3.7.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (MASTER ACCOUNT) | 6186 | $0.00 |

[1]ENDING BALANCE AS OF 10/06/17

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

**4.**   **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**   **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$26,715.11

---

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.**   **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | HEALTHCARE<br>BLUE CROSS BLUE SHIELD DEPOSIT | $173,600.00 |
| 7.2. | CASH DEPOSIT - COUNTRY CLUB MEMBERSHIP<br>SAGE VALLEY GOLF CLUB | $125,000.00 |
| 7.3. | CASH DEPOSIT FOR SAP SYSTEM<br>SG EQUIPMENT FINANCE | $81,296.50 |
| 7.4. | CASH DEPOSIT - RABBI TRUST ACCOUNT<br>WELLS FARGO BANK | $13,949.31 |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | OTHER<br>_____ | $19,246.00 |
| 8.2. | INSURNACE - D&O<br>AFCO | $59,283.53 |
| 8.3. | TECHNICAL TEXTILES<br>BEAVERLAKE6 GROUP, LLC | $600.00 |
| 8.4. | GREEN ENERTY<br>DNV GL NORTH AMERICA | $6,176.29 |
| 8.5. | INSURANCE - WORKERS COMPENSATION<br>GREAT AMERICAN | $154,385.40 |
| 8.6. | INSURANCE - OCEAN CARGO & EXCESS LIABILITY<br>IPFS | $12,943.22 |
| 8.7. | INSURANCE<br>LOCKTON (BROKER) | $2,305.36 |
| 8.8. | PROPERTY - INCLUDING BOILER & MACHINERY<br>MARSH | $132,253.60 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.9. | SOFTWARE | $17,471.44 |
| | MICROSOFT CORPORATION | |
| 8.10. | SOFTWARE | $11,396.71 |
| | MICROSOFT CORPORATION | |
| 8.11. | EQUIPMENT MANUFACTURER | $2,665.00 |
| | OXFORD INSTRUMENTS AMERICA INC. | |
| 8.12. | ANALYTICS SERVICES | $428.00 |
| | PCI RESEARCH GMBH | |
| 8.13. | PENSION BENEFITS | $1,955.86 |
| | PENSION BENEFIT GUARANTY CORP. | |
| 8.14. | INSURNACE - PROPERTY | $528,048.09 |
| | PREMIUM ASSIGNMENT CORP | |
| 8.15. | SAP SUPPORT | $92,480.00 |
| | RIMINI STREET, INC. | |
| 8.16. | SOFTWARE | $6,823.83 |
| | SHI INTERNATIONAL CORP. | |
| 8.17. | APARTMENT RENT | $2,136.12 |
| | SILVER COLLECTION, WATERFORD AT THE PARK | |
| 8.18. | INSURANCE - AUTO/UMBRELLA/GENERAL LIABILITY | $46,669.54 |
| | TRAVELLERS | |

**9.**    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

| $1,491,113.80 |
|---|

**Part 3:**    **Accounts receivable**

**10.**    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.**    **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a.[1] | 90 days old or less: | $568,195.87 | - $0.00 | = ........ → | $568,195.87 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b.[1] | Over 90 days old: | ($661,343.86) | - $0.00 | = ........ → | ($661,343.86) |

**12.**    **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| ($93,147.99) |
|---|

| Debtor | **DURAFIBER TECHNOLOGIES (DFT) INC.** | Case number *(if known)* **17-12143** |
|---|---|---|

[1]BALANCES AS OF 10/02/17

| **Part 4:** | **Investments** |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. _____ | _____ | $_____ |
|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                      % of ownership

| 15.1. _____ | _____% | _____ | $_____ |
|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. _____ | _____ | $_____ |
|---|---|---|

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| 19.1. TOTAL RAW MATERIALS - WINNSBORO PLANT[1] | SEPTEMBER 26, 2017 | $335,976.28 | COST-BASED VALUATION | $335,976.28 |

[1]VALUE AS OF 9/28/2017; STANDARD COST

| **20.** | **Work in progress** | | | |
|---|---|---|---|---|
| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 20.1. TOTAL WIP - WINNSBORO PLANT[1] | SEPTEMBER 26, 2017 | $937,415.10 | COST-BASED VALUATION | $937,415.10 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

[1]VALUE AS OF 9/28/2017; STANDARD COST

**21.**     **Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21.1. TOTAL FINISHED GOODS - WINNSBORO PLANT[1] | SEPTEMBER 26, 2017 | $377,121.53 | COST-BASED VALUATION | $377,121.53 |

[1]AS OF 9/28/2017, VALUE DOES NOT INCLUDE ADJUSTMENT FOR BOOK ENTRY RESERVE

**22.**     **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. TOTAL STORES AND SUPPLIES - WINNSBORO PLANT[1] | SEPTEMBER 26, 2017 | $1,041,452.89 | COST-BASED VALUATION | $1,041,452.89 |

[1]VALUE AS OF 9/28/2017; STANDARD COST

**23.**   **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| $2,691,965.80 |
|---|

**24.**   **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☒ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.**   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.**   **Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                      Case number *(if known)* **17-12143**

**30.    Farm machinery and equipment** (Other than titled motor vehicles)

30.1.    _____    $_____    _____    $_____

**31.    Farm and fishing supplies, chemicals, and feed**

31.1.    _____    $_____    _____    $_____

**32.    Other farming and fishing-related property not already listed in Part 6**

32.1.    _____    $_____    _____    $_____

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| $0.00 |

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.    Office furniture**

39.1.    _____    $_____    _____    $_____

**40.    Office fixtures**

40.1.    _____    $_____    _____    $_____

**41.    Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

41.1.    _____    $_____    _____    $_____

Official Form 206A/B                 **Schedule A/B: Assets — Real and Personal Property**                 Page 6 of 36

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

**42.**  **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

42.1.  _____  $_____  _____  $_____

**43.**  **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.**  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  FORK TRUCK MODEL GP35K (WINNSBORO) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.2.  FORK TRUCK MODEL GP35K (WINNSBORO) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.3.  FORK TRUCK MODEL GP35K (WINNSBORO) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.4.  FORK TRUCK MODEL GP35K (WINNSBORO) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.5.  FORK TRUCK MODEL GP35K (WINNSBORO) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.6.  FORK TRUCK MODEL GP35K (WINNSBORO) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.7.  1FAHP2EW2CG110377 (LEASED - RETURNED VEHICLE TO LESSOR) | UNKNOWN | _____ | UNDETERMINED |
| 47.8.  1FAHP24W09G105754 (SALISBURY) | $0.00 | _____ | UNDETERMINED |
| 47.9.  1FAHP2E89FG174132 (LEASED VEHICLE) | $13,727.22 | _____ | UNDETERMINED |
| 47.10.  SAJBG4BV3GCY11242 (LEASED VEHICLE) | $36,141.59 | _____ | UNDETERMINED |
| 47.11.  2G61P5S38G9109183 (LEASED VEHICLE) | $32,940.84 | _____ | UNDETERMINED |
| 47.12.  1FTEX1C84AFC69013 (SALISBURY) | $0.00 | _____ | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | | | |
|---|---|---|---|---|
| 47.13. | 1FAHP2EW2AG136247 (SALISBURY) | $0.00 | _____ | UNDETERMINED |
| 47.14. | 1FAHP2E82DG163924 (LEASED - RETURNED VEHICLE TO LESSOR) | $0.00 | _____ | UNDETERMINED |
| 47.15. | 1FAHP24W39G113850 (SALISBURY) | $0.00 | _____ | UNDETERMINED |
| 47.16. | 1B7HE16Y6PS177786 (WINNSBORO) | $0.00 | _____ | UNDETERMINED |

**48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1. _____   $_____   _____   $_____

**49.** **Aircraft and accessories**

49.1. _____   $_____   _____   $_____

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1. | WINNSBORO MACHINERY | $6,855,547.68 | Net PP&E book value as of 8/31/2017 | $6,855,547.68 |
| 50.2. | WINNSBORO COMPUTER HARDWARE | $25,217.65 | Net PP&E book value as of 8/31/2017 | $25,217.65 |
| 50.3. | WINNSBORO CIP | $617,383.40 | Net PP&E book value as of 8/31/2017 | $617,383.40 |

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                        | $7,498,148.73 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:   Real property**

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. | _____<br><br>OFFICE BUILDING<br><br>DURAFIBER TECHNOLOGIES (DFT) INC.<br>13620 REESE BLVD<br>SUITE 400<br>HUNTERSVILLE NC 28078 | OFFICE LEASE (HUNTERSVILLE) | $0.00 | Net PP&E book value as of 8/31/2017 | $0.00 |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                        | $0.00 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.   PATENT - JAPAN DOCKET # 050510292 540189/97 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.2.   PATENT - MEXICO DOCKET # 050510292 989318 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.3.   PATENT - EUROPEAN PATENT CONVENTION DOCKET # 063264-504 04755462.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.4.   PATENT - REPUBLIC OF KOREA DOCKET # 063264-5056KR 10/646,113 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.5.   PATENT - UNITED STATES DOCKET # 063264-5057US 11/137,319 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.6.   PATENT - UNITED STATES DOCKET # 23890030 10/140841 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.7.   PATENT - JAPAN DOCKET # 41710030 540477/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.8.   PATENT - MEXICO DOCKET # 41710030 998518 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.9.   PATENT - JAPAN DOCKET # 44240030 2001-574386 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.10.   PATENT - REPUBLIC OF KOREA DOCKET # 44240030 2001-7016746 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.11.   PATENT - THAILAND DOCKET # 44240030 056794 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.12.   PATENT - JAPAN DOCKET # 45130030 200-551065 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.13.   PATENT - UNITED STATES DOCKET # 45320030 09/587347 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.14.   PATENT - JAPAN DOCKET # 46690030 2000-610264 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.15.   PATENT - REPUBLIC OF KOREA DOCKET # 46690030 2001-7011899 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.16.   PATENT - MALAYSIA DOCKET # 47080030 PI20015445 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.17.   PATENT - UNITED STATES DOCKET # 47080030 10/834415 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.18.   PATENT - JAPAN DOCKET # 47910030 2000-609643 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.19.   PATENT - THAILAND DOCKET # 47910030 056747 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.20.   PATENT - CANADA DOCKET # 47920030 2380484 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.21.   PATENT - HONG KONG DOCKET # 47920030 03102457.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.22.   PATENT - THAILAND DOCKET # 47920030 059279 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | | |
|---|---|---|---|---|
| 60.23. | PATENT - UNITED STATES DOCKET # 47920030 10/933721 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.24. | PATENT - BRAZIL DOCKET # 48420030 PI0013910-6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.25. | PATENT - MALAYSIA DOCKET # 50800030 PI20024402 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.26. | PATENT - PATENT COOPERATION TREATY DOCKET # 50800030 PCT/US02/35448 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.27. | PATENT - TAIWAN DOCKET # 50800030 091133612 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.28. | PATENT - UNITED STATES DOCKET # 50800030 10/887156 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.29. | PATENT - CHINA P.R. DOCKET # 63264-5062 200480043695.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.30. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5062 04779776.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.31. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5062 10-2007-7004677 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.32. | PATENT - UNITED STATES DOCKET # 63264-5062 11/658,781 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.33. | PATENT - VIETNAM DOCKET # 63264-5062 1-2007-00422 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.34. | PATENT - BRAZIL DOCKET # 63264-5063 PI0508949.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.35. | PATENT - CHINA P.R. DOCKET # 63264-5063 200580009108.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.36. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5063 05731588.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.37. | PATENT - INDIA DOCKET # 63264-5063 4746/DELNP/06 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.38. | PATENT - INDONESIA DOCKET # 63264-5063 W00200602379 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.39. | PATENT - JAPAN DOCKET # 63264-5063 2007-505020 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.40. | PATENT - MEXICO DOCKET # 63264-5063 PA/A/2006/009900 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.41. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5063 10-2006-7022001 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.42. | PATENT - BRAZIL DOCKET # 63264-5084 0102053-6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.43. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5084 01115620.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.44. | PATENT - JAPAN DOCKET # 63264-5084 2001-205834 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.45. | PATENT - CANADA DOCKET # 63264-5085 2,469,220 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.46. | PATENT - MEXICO DOCKET # 63264-5085 PA/A/2004/0065275 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.47. | PATENT - UNITED STATES DOCKET # 63264-5085 10/500,198 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.48. | PATENT - BELARUS DOCKET # 63264-5087 20050911 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.49. | PATENT - BRAZIL DOCKET # 63264-5087 PI0318193.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.50. | PATENT - CHINA P.R. DOCKET # 63264-5087 200380110200.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.51. | PATENT - INDIA DOCKET # 63264-5087 4129/DELNP/2005 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.52. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0001099 02713509.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.53. | PATENT - JAPAN DOCKET # H0001099 2003-564326 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.54. | PATENT - MEXICO DOCKET # H0001099 PA/A/2004/007087 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.55. | PATENT - POLAND DOCKET # H0001099 P369403 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.56. | PATENT - UNITED STATES DOCKET # H0001099 60/352411 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                           Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.57. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0001104 01952966.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.58. | PATENT - INDONESIA DOCKET # H0001104 W-00200400205 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.59. | PATENT - JAPAN DOCKET # H0001104 2003-510489 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.60. | PATENT - MALAYSIA DOCKET # H0001104 PI20021776 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.61. | PATENT - REPUBLIC OF KOREA DOCKET # H0001104 2003-7017316 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.62. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0001479 01951102.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.63. | PATENT - INDONESIA DOCKET # H0001479 W-00200400204 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.64. | PATENT - INDONESIA DOCKET # H0001479 W-00200400204 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.65. | PATENT - JAPAN DOCKET # H0001479 PCT/US01/41240 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.66. | PATENT - MALAYSIA DOCKET # H0001479 PI20021840 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.67. | PATENT - REPUBLIC OF KOREA DOCKET # H0001479 2003-7017317 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.68. | PATENT - UNITED STATES DOCKET # H0001479 10/726765 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.69. | PATENT - CZECH REPUBLIC DOCKET # H0003672 2004-815 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.70. | PATENT - INDIA DOCKET # H0003672 984/KOLNP/2004 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.71. | PATENT - INDONESIA DOCKET # H0003672 W00200401749 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.72. | PATENT - JAPAN DOCKET # H0003672 2003-562182 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.73. | PATENT - MALAYSIA DOCKET # H0003672 PI20030153 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.74. | PATENT - MEXICO DOCKET # H0003672 PA/A/2004/006986 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.75. | PATENT - POLAND DOCKET # H0003672 P-370422 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.76. | PATENT - REPUBLIC OF KOREA DOCKET # H0003672 2004-7011096 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.77. | PATENT - TAIWAN DOCKET # H0003672 092100994 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.78. | PATENT - INDIA DOCKET # H0004346 3102/DELNP/2005 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.79. | PATENT - INDONESIA DOCKET # H0004346 W-00200501817 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.80. | PATENT - MALAYSIA DOCKET # H0004346 PI20040765 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.81. | PATENT - PATENT COOPERATION TREATY DOCKET # H0004346 PCT/US2004/006563 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.82. | PATENT - REPUBLIC OF KOREA DOCKET # H0004346 2005-7012647 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.83. | PATENT - TAIWAN DOCKET # H0004346 093105890 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.84. | PATENT - PATENT COOPERATION TREATY DOCKET # H0005195 PCT/US04/19309 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.85. | PATENT - TAIWAN DOCKET # H0005195 093120067 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.86. | PATENT - UNITED STATES DOCKET # H0005195 10/680586 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.87. | PATENT - CHINA P.R. DOCKET # H26677 01819105.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.88. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26677 01973097.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.89. | PATENT - INDIA DOCKET # H26677 00484/DELNP/2003 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.90. | PATENT - JAPAN DOCKET # H26677 2002-529575 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.91. | PATENT - REPUBLIC OF KOREA DOCKET # H26677 2003-7004021 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.92. | PATENT - UNITED STATES DOCKET # H26677 10/887154 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.93. | PATENT - JAPAN DOCKET # H26678 2003-543683 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.94. | PATENT - MALAYSIA DOCKET # H26678 PI20021161 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.95. | PATENT - MEXICO DOCKET # H26678 PA/A/2004/004258 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.96. | PATENT - REPUBLIC OF KOREA DOCKET # H26678 2004-7007139 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.97. | PATENT - TAIWAN DOCKET # H26678 91104388 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.98. | PATENT - UNITED STATES DOCKET # H26678 10/863023 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.99. | PATENT - INDIA DOCKET # H26724 01989/DELNP/2003 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.100. | PATENT - JAPAN DOCKET # H26724 2002-591560 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.101. | PATENT - MALAYSIA DOCKET # H26724 PI20021852 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.102. | PATENT - REPUBLIC OF KOREA DOCKET # H26724 2003-7015245 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.103. | PATENT - TAIWAN DOCKET # H26724 091110642 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.104. | PATENT - THAILAND DOCKET # H26724 073838 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.105. | PATENT - AUSTRALIA DOCKET # H26755 2002216669 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.106. | PATENT - BRAZIL DOCKET # H26755 PI0115879-1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.107. | PATENT - CANADA DOCKET # H26755 2429463 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.108. | PATENT - CHINA P.R. DOCKET # H26755 01821050.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.109. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26755 01997583.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.110. | PATENT - INDIA DOCKET # H26755 783/CHENP/2003 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.111. | PATENT - INDONESIA DOCKET # H26755 W-00200300986 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.112. | PATENT - JAPAN DOCKET # H26755 2002-545233 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.113. | PATENT - MEXICO DOCKET # H26755 PA/A/2003/004433 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.114. | PATENT - REPUBLIC OF KOREA DOCKET # H26755 2003-7006808 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.115. | PATENT - UNITED STATES DOCKET # H26755 10/432510 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.116. | PATENT - MEXICO DOCKET # 050510116 25847 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.117. | PATENT - UNITED STATES DOCKET # 050510116 07/830704 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.118. | PATENT - UNITED STATES DOCKET # 050510116 07/525874 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.119. | PATENT - UNITED STATES DOCKET # 050510116 08/622431 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.120. | PATENT - REPUBLIC OF KOREA DOCKET # 050510292 708984/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.121. | PATENT - UNITED STATES DOCKET # 050510292 08/643925 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.122. | PATENT - GERMANY DOCKET # 063264-5056DE 10239004.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.123. | PATENT - UNITED STATES DOCKET # 063264-5056US 10/646,113 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.124. | PATENT - CZECH REPUBLIC DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.125. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 063264-5087 EP 03770629.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.126. PATENT - FRANCE DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.127. PATENT - TURKEY DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.128. PATENT - UNITED STATES DOCKET # 13870060 588635 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.129. PATENT - AUSTRALIA DOCKET # 14150060 42023/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.130. PATENT - BRAZIL DOCKET # 14150060 PI8907707.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.131. PATENT - CHINA P.R. DOCKET # 14150060 89106904.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.132. PATENT - FRANCE DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.133. PATENT - GERMANY DOCKET # 14150060 EP0438421 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.134. PATENT - GREAT BRITAIN DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.135. PATENT - INDIA DOCKET # 14150060 176873 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.136. PATENT - ITALY DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.137. PATENT - JAPAN DOCKET # 14150060 509532/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.138. PATENT - MEXICO DOCKET # 14150060 17783 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.139. PATENT - REPUBLIC OF KOREA DOCKET # 14150060 701266/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.140. PATENT - SPAIN DOCKET # 14150060 8903162 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.141. PATENT - SWITZERLAND DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.142. PATENT - TURKEY DOCKET # 14150060 89/790 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.143. PATENT - UNITED STATES DOCKET # 14150060 258281 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.144. PATENT - CANADA DOCKET # 17870030 483235 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.145. PATENT - UNITED STATES DOCKET # 17870030 136080 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.146. PATENT - UNITED STATES DOCKET # 17870030 631978 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.147. PATENT - CANADA DOCKET # 18470030 517665 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.148. PATENT - CANADA DOCKET # 18570030 485069 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.149. PATENT - CANADA DOCKET # 20110030 520784 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.150. PATENT - FRANCE DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.151. PATENT - GREAT BRITAIN DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.152. PATENT - ITALY DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.153. PATENT - REPUBLIC OF KOREA DOCKET # 20110030 8888/86 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.154. PATENT - SPAIN DOCKET # 20110030 8602751 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.155. PATENT - UNITED STATES DOCKET # 20110030 194241 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.156. PATENT - UNITED STATES DOCKET # 20110030 791007 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.157. PATENT - WEST GERMANY DOCKET # 20110030 EP0220400 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.158. PATENT - UNITED STATES DOCKET # 20540030 794366 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.159. PATENT - UNITED STATES DOCKET # 21190030 175654 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.160. PATENT - AUSTRALIA DOCKET # 21940030 43027/89 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.161. PATENT - BRAZIL DOCKET # 21940030 PI8907812.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.162. PATENT - CANADA DOCKET # 21940030 2002165 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.163. PATENT - CHINA P.R. DOCKET # 21940030 89107567.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.164. PATENT - FRANCE DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.165. PATENT - GREAT BRITAIN DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.166. PATENT - HONG KONG DOCKET # 21940030 98106717.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.167. PATENT - INDIA DOCKET # 21940030 176264 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.168. PATENT - ITALY DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.169. PATENT - JAPAN DOCKET # 21940030 510159/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.170. PATENT - MEXICO DOCKET # 21940030 18602 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.171. PATENT - NETHERLAND DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.172. PATENT - REPUBLIC OF KOREA DOCKET # 21940030 701726/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.173. PATENT - SPAIN DOCKET # 21940030 8903899 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.174. PATENT - SWITZERLAND DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.175. PATENT - TAIWAN DOCKET # 21940030 78107593 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.176. PATENT - TURKEY DOCKET # 21940030 979/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.177. PATENT - UNITED STATES DOCKET # 21940030 281845 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.178. PATENT - UNITED STATES DOCKET # 21940030 280764 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.179. PATENT - UNITED STATES DOCKET # 21940030 588869 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.180. PATENT - WEST GERMANY DOCKET # 21940030 EP0447402 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.181. PATENT - AUSTRALIA DOCKET # 23260030 29375/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.182. PATENT - BRAZIL DOCKET # 23260030 PI8807891 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.183. PATENT - CANADA DOCKET # 23260030 592134 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.184. PATENT - CHINA P.R. DOCKET # 23260030 89100336.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.185. PATENT - FRANCE DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.186. PATENT - GREAT BRITAIN DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.187. PATENT - ITALY DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.188. PATENT - JAPAN DOCKET # 23260030 501573/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.189. PATENT - SPAIN DOCKET # 23260030 8900057 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.190. PATENT - SWEDEN DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.191. PATENT - TAIWAN DOCKET # 23260030 77108476 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.192. PATENT - THAILAND DOCKET # 23260030 007916 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.193. PATENT - TURKEY DOCKET # 23260030 5689 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.194. PATENT - UNITED STATES DOCKET # 23260030 161553 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.195. PATENT - WEST GERMANY DOCKET # 23260030 EP0395726 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.196. PATENT - BRAZIL DOCKET # 23890030 PI8907519 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.197. PATENT - CHINA P.R. DOCKET # 23890030 89104572.4 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.198. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.199. | PATENT - INDONESIA DOCKET # 23890030 P-000401 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.200. | PATENT - MEXICO DOCKET # 23890030 16626 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.201. | PATENT - SPAIN DOCKET # 23890030 8902343 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.202. | PATENT - TAIWAN DOCKET # 23890030 78104692 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.203. | PATENT - TURKEY DOCKET # 23890030 34948 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.204. | PATENT - UNITED STATES DOCKET # 23890030 813066 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.205. | PATENT - UNITED STATES DOCKET # 23890030 09/571843 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.206. | PATENT - UNITED STATES DOCKET # 23890030 08/065719 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.207. | PATENT - UNITED STATES DOCKET # 23890030 10/980546 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.208. | PATENT - UNITED STATES DOCKET # 23890030 08/527295 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.209. | PATENT - AUSTRALIA DOCKET # 23950030 43095/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.210. | PATENT - BRAZIL DOCKET # 23950030 PI8907744 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.211. | PATENT - CHINA P.R. DOCKET # 23950030 94119632.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.212. | PATENT - CHINA P.R. DOCKET # 23950030 89107266.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.213. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.214. | PATENT - FRANCE DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.215. | PATENT - GERMANY DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.216. | PATENT - GREAT BRITAIN DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.217. | PATENT - HONG KONG DOCKET # 23950030 98106716.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.218. | PATENT - INDIA DOCKET # 23950030 176605 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.219. | PATENT - ITALY DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.220. | PATENT - JAPAN DOCKET # 23950030 509907/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.221. | PATENT - MEXICO DOCKET # 23950030 18059 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.222. | PATENT - REPUBLIC OF KOREA DOCKET # 23950030 701382/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.223. | PATENT - SPAIN DOCKET # 23950030 8903333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.224. | PATENT - SWITZERLAND DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.225. | PATENT - TAIWAN DOCKET # 23950030 78107204 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.226. | PATENT - THAILAND DOCKET # 23950030 9283 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.227. | PATENT - TURKEY DOCKET # 23950030 837/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.228. | PATENT - UNITED STATES DOCKET # 23950030 736983 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.229. | PATENT - UNITED STATES DOCKET # 23950030 263756 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.230. | PATENT - UNITED STATES DOCKET # 24070030 214980 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.231. | PATENT - AUSTRALIA DOCKET # 24200030 49696/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.232. | PATENT - BRAZIL DOCKET # 24200030 PI8907870-5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.233. | PATENT - CANADA DOCKET # 24200030 2004942 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.234. | PATENT - CHINA P.R. DOCKET # 24200030 89108756.7 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.235. PATENT - INDIA DOCKET # 24200030 176888 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.236. PATENT - INDONESIA DOCKET # 24200030 P-000387 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.237. PATENT - MEXICO DOCKET # 24200030 18788 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.238. PATENT - REPUBLIC OF KOREA DOCKET # 24200030 701964/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.239. PATENT - TAIWAN DOCKET # 24200030 78109657 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.240. PATENT - THAILAND DOCKET # 24200030 009720 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.241. PATENT - TURKEY DOCKET # 24200030 73/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.242. PATENT - UNITED STATES DOCKET # 24200030 545321 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.243. PATENT - UNITED STATES DOCKET # 24970030 292863 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.244. PATENT - UNITED STATES DOCKET # 28930082 755249 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.245. PATENT - BRAZIL DOCKET # 29640030 PI9207038-8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.246. PATENT - CANADA DOCKET # 29640030 2126328 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.247. PATENT - CHINA P.R. DOCKET # 29640030 93101268.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.248. PATENT - FRANCE DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.249. PATENT - GERMANY DOCKET # 29640030 EP0623179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.250. PATENT - GREAT BRITAIN DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.251. PATENT - HONG KONG DOCKET # 29640030 98106715.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.252. PATENT - INDIA DOCKET # 29640030 1261/DEL/92 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.253. PATENT - ITALY DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.254. PATENT - JAPAN DOCKET # 29640030 512461/93 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.255. PATENT - MEXICO DOCKET # 29640030 93-0142 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.256. PATENT - NETHERLAND DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.257. PATENT - TAIWAN DOCKET # 29640030 82100327 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.258. PATENT - THAILAND DOCKET # 29640030 17851 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.259. PATENT - TURKEY DOCKET # 29640030 93/65 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.260. PATENT - UNITED STATES DOCKET # 29640030 08/120708 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.261. PATENT - CANADA DOCKET # 29780030 598796 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.262. PATENT - JAPAN DOCKET # 29780030 505963/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.263. PATENT - UNITED STATES DOCKET # 29810030 375087 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.264. PATENT - GERMANY DOCKET # 30-3044 P4108676.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.265. PATENT - ARGENTINA DOCKET # 30-4171 P980100179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.266. PATENT - SOUTH AFRICA DOCKET # 30-4171 97/11513 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.267. PATENT - PHILIPPINES DOCKET # 30-4792 1-2000-02011 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.268. PATENT - UNITED STATES DOCKET # 30-4842CON 10/396,867 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.269. PATENT - FRANCE DOCKET # 30440030 9103333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.270. PATENT - ITALY DOCKET # 30440030 TO91A000205 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.271. PATENT - NETHERLAND DOCKET # 30440030 9100489 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.272. | PATENT - SPAIN DOCKET # 30440030 9100714 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.273. | PATENT - SWITZERLAND DOCKET # 30440030 813/91-0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.274. | PATENT - UNITED STATES DOCKET # 30440030 659544 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.275. | PATENT - UNITED STATES DOCKET # 30930030 499863 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.276. | PATENT - UNITED STATES DOCKET # 31250030 580756 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.277. | PATENT - UNITED STATES DOCKET # 33160030 701919 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.278. | PATENT - AUSTRALIA DOCKET # 41700030 1998057075 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.279. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.280. | PATENT - FRANCE DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.281. | PATENT - MEXICO DOCKET # 41700030 998516 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.282. | PATENT - NEW ZEALAND DOCKET # 41700030 337941 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.283. | PATENT - SOUTH AFRICA DOCKET # 41700030 97/11506 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.284. | PATENT - UNITED STATES DOCKET # 41700030 08/819066 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.285. | PATENT - AUSTRALIA DOCKET # 41710030 1998056158 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.286. | PATENT - AUSTRIA DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.287. | PATENT - BELGIUM DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.288. | PATENT - DENMARK DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.289. | PATENT - FINLAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.290. | PATENT - FRANCE DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.291. | PATENT - GREAT BRITAIN DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.292. | PATENT - GREECE DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.293. | PATENT - IRELAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.294. | PATENT - ITALY DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.295. | PATENT - LUXEMBOURG DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.296. | PATENT - MONACO DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.297. | PATENT - NEW ZEALAND DOCKET # 41710030 337768 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.298. | PATENT - PORTUGAL DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.299. | PATENT - SPAIN DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.300. | PATENT - SWEDEN DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.301. | PATENT - SWITZERLAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.302. | PATENT - UNITED STATES DOCKET # 41710030 09/042158 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.303. | PATENT - UNITED STATES DOCKET # 41710030 09/538581 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.304. | PATENT - UNITED STATES DOCKET # 41710030 09/945866 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.305. | PATENT - UNITED STATES DOCKET # 41710030 08/819931 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.306. | PATENT - CHINA P.R. DOCKET # 44240030 00808578.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.307. | PATENT - UNITED STATES DOCKET # 44240030 09/288589 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.308. | PATENT - BELGIUM DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.309. | PATENT - FRANCE DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.310. PATENT - GREAT BRITAIN DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.311. PATENT - ITALY DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.312. PATENT - NETHERLAND DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.313. PATENT - PORTUGAL DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.314. PATENT - TURKEY DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.315. PATENT - UNITED STATES DOCKET # 44830030 09/261024 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.316. PATENT - UNITED STATES DOCKET # 45130030 09/714640 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.317. PATENT - UNITED STATES DOCKET # 45130030 09/083493 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.318. PATENT - UNITED STATES DOCKET # 45130030 09/741364 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.319. PATENT - MEXICO DOCKET # 45320030 2000-012666 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.320. PATENT - UNITED STATES DOCKET # 45320030 09/098294 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.321. PATENT - GERMANY DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.322. PATENT - ITALY DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.323. PATENT - NETHERLAND DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.324. PATENT - UNITED STATES DOCKET # 46690030 09/590997 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.325. PATENT - UNITED STATES DOCKET # 46690030 10/126229 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.326. PATENT - UNITED STATES DOCKET # 46690030 09/271941 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.327. PATENT - UNITED STATES DOCKET # 47080030 09/778333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.328. PATENT - REPUBLIC OF KOREA DOCKET # 47910030 2001-7012807 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.329. PATENT - UNITED STATES DOCKET # 47910030 10/145945 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.330. PATENT - UNITED STATES DOCKET # 47910030 09/287834 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.331. PATENT - CHINA P.R. DOCKET # 47920030 00813545.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.332. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.333. PATENT - FRANCE DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.334. PATENT - GERMANY DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.335. PATENT - JAPAN DOCKET # 47920030 2001-513678 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.336. PATENT - LUXEMBOURG DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.337. PATENT - REPUBLIC OF KOREA DOCKET # 47920030 2002-7001316 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.338. PATENT - UNITED STATES DOCKET # 47920030 10/163976 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.339. PATENT - UNITED STATES DOCKET # 47920030 10/740,192 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.340. PATENT - UNITED STATES DOCKET # 47920030 09/418657 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.341. PATENT - AUSTRALIA DOCKET # 48420030 2000071290 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.342. PATENT - MEXICO DOCKET # 48420030 PA/A/2002/002531 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.343. PATENT - UNITED STATES DOCKET # 48420030 10/396867 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.344. PATENT - UNITED STATES DOCKET # 48420030 09/653571 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.345. PATENT - UNITED STATES DOCKET # 50800030 10/887156 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.346. PATENT - UNITED STATES DOCKET # 50800030 10/053275 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.347. PATENT - UNITED STATES DOCKET # 63264-5063 10/591,513 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.348. PATENT - UNITED STATES DOCKET # 63264-5064 08/548,396 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.349. PATENT - UNITED STATES DOCKET # 63264-5065 08/548,635 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.350. PATENT - UNITED STATES DOCKET # 63264-5066 08/548,769 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.351. PATENT - UNITED STATES DOCKET # 63264-5067 08/548,890 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.352. PATENT - FRANCE DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.353. PATENT - GERMANY DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.354. PATENT - GREAT BRITAIN DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.355. PATENT - ITALY DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.356. PATENT - JAPAN DOCKET # 63264-5068 90-115035 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.357. PATENT - NETHERLAND DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.358. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5068 90-5985 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.359. PATENT - UNITED STATES DOCKET # 63264-5068 07/951,147 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.360. PATENT - UNITED STATES DOCKET # 63264-5068 08/148,115 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.361. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.362. PATENT - FRANCE DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.363. PATENT - GERMANY DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.364. PATENT - NETHERLAND DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.365. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5069 7573/91 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.366. PATENT - UNITED STATES DOCKET # 63264-5069 07/726,150 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.367. PATENT - UNITED STATES DOCKET # 63264-5070 07/984,150 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.368. PATENT - UNITED STATES DOCKET # 63264-5071 07/923,072 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.369. PATENT - GERMANY DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.370. PATENT - GREAT BRITAIN DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.371. PATENT - ITALY DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.372. PATENT - NETHERLAND DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.373. PATENT - UNITED STATES DOCKET # 63264-5072 08/662,429 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.374. PATENT - UNITED STATES DOCKET # 63264-5072 08/662,429 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.375. PATENT - UNITED STATES DOCKET # 63264-5073 08/316,056 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.376. PATENT - UNITED STATES DOCKET # 63264-5073 08/548,824 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.377. PATENT - UNITED STATES DOCKET # 63264-5073 08/548,825 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.378. PATENT - UNITED STATES DOCKET # 63264-5074 08/719,135 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.379. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.380. PATENT - FRANCE DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.381. PATENT - GREAT BRITAIN DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.382. PATENT - ITALY DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.383. | PATENT - NETHERLAND DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.384. | PATENT - UNITED STATES DOCKET # 63264-5075 08/556,779 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.385. | PATENT - FRANCE DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.386. | PATENT - TURKEY DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.387. | PATENT - UNITED STATES DOCKET # 63264-5077 08/090,787 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.388. | PATENT - BRAZIL DOCKET # 63264-5078 PI9303991 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.389. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.390. | PATENT - FRANCE DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.391. | PATENT - GERMANY DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.392. | PATENT - GREAT BRITAIN DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.393. | PATENT - GREECE DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.394. | PATENT - ITALY DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.395. | PATENT - MEXICO DOCKET # 63264-5078 936127 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.396. | PATENT - SINGAPORE DOCKET # 63264-5078 936127 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.397. | PATENT - TAIWAN DOCKET # 63264-5078 82110110 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.398. | PATENT - THAILAND DOCKET # 63264-5078 9301001752 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.399. | PATENT - UNITED STATES DOCKET # 63264-5078 08/819,303 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.400. | PATENT - CANADA DOCKET # 63264-5079 2,137,020 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.401. | PATENT - GERMANY DOCKET # 63264-5079 59409697.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.402. | PATENT - UNITED STATES DOCKET # 63264-5079 08/346,405 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.403. | PATENT - BRAZIL DOCKET # 63264-5080 PI9405273 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.404. | PATENT - CANADA DOCKET # 63264-5080 2,138,465 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.405. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.406. | PATENT - FRANCE DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.407. | PATENT - GERMANY DOCKET # 63264-5080 59407826.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.408. | PATENT - GREAT BRITAIN DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.409. | PATENT - ITALY DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.410. | PATENT - MEXICO DOCKET # 63264-5080 950253 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.411. | PATENT - NETHERLAND DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.412. | PATENT - SWITZERLAND DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.413. | PATENT - UNITED STATES DOCKET # 63264-5080 08/360,614 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.414. | PATENT - BRAZIL DOCKET # 63264-5081 PI9605037 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.415. | PATENT - CANADA DOCKET # 63264-5081 2,187,587 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.416. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.417. | PATENT - FRANCE DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.418. | PATENT - GREAT BRITAIN DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.419. | PATENT - INDIA DOCKET # 63264-5081 1773/MAS/96 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.420. | PATENT - ITALY DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.421. | PATENT - MEXICO DOCKET # 63264-5081 964725 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.422. | PATENT - NETHERLAND DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.423. | PATENT - UNITED STATES DOCKET # 63264-5081 08/729,179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.424. | PATENT - BRAZIL DOCKET # 63264-5082 PI9800014.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.425. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.426. | PATENT - INDIA DOCKET # 63264-5082 102/MAS/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.427. | PATENT - NETHERLAND DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.428. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5082 1095/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.429. | PATENT - TURKEY DOCKET # 63264-5082 98/60 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.430. | PATENT - UNITED STATES DOCKET # 63264-5082 09/009,183 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.431. | PATENT - GREAT BRITAIN DOCKET # 63264-5083 9804762.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.432. | PATENT - MEXICO DOCKET # 63264-5084 PA/A/2001/006981 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.433. | PATENT - TAIWAN DOCKET # 63264-5084 90109706 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.434. | PATENT - TURKEY DOCKET # 63264-5084 2001/1992 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.435. | PATENT - CHINA P.R. DOCKET # 63264-5085 02826604.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.436. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.437. | PATENT - FRANCE DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.438. | PATENT - GERMANY DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.439. | PATENT - NETHERLAND DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.440. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5085 2004-7010485 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.441. | PATENT - SWITZERLAND DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.442. | PATENT - TURKEY DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.443. | PATENT - UNITED STATES DOCKET # 63264-5086 10/133,831 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.444. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5087 10-2005-7018112 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.445. | PATENT - UNITED STATES DOCKET # 63264-5087 10/396,956 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.446. | PATENT - UNITED STATES DOCKET # 63284-5088 06/770,623 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.447. | PATENT - UNITED STATES DOCKET # 63624-5072 08/986,926 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.448. | PATENT - UNITED STATES DOCKET # 63624-5072 08/662,428 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.449. | PATENT - UNITED STATES DOCKET # 63624-5072 08/662,430 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.450. | PATENT - CANADA DOCKET # 8602-016 2023759 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.451. | PATENT - FRANCE DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.452. | PATENT - GREAT BRITAIN DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.453. | PATENT - ITALY DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.454. | PATENT - JAPAN DOCKET # 8602-016 217198/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.455. | PATENT - SPAIN DOCKET # 8602-016 EP0414008 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor  **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.456. PATENT - UNITED STATES DOCKET # 8602-016 397222 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.457. PATENT - UNITED STATES DOCKET # 8602-017 397221 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.458. PATENT - UNITED STATES DOCKET # 9009-069 628764 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.459. PATENT - UNITED STATES DOCKET # 9109-071 883737 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.460. PATENT - CHINA P.R. DOCKET # H0001099 02821550.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.461. PATENT - INDIA DOCKET # H0001099 825/CHENP/2004 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.462. PATENT - INDONESIA DOCKET # H0001099 W-00200401846 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.463. PATENT - MALAYSIA DOCKET # H0001099 PI20030285 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.464. PATENT - REPUBLIC OF KOREA DOCKET # H0001099 2004-7005550 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.465. PATENT - TAIWAN DOCKET # H0001099 092101822 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.466. PATENT - UNITED STATES DOCKET # H0001099 10/726,762 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.467. PATENT - UNITED STATES DOCKET # H0001099 10/307630 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.468. PATENT - RUSSIAN FEDERATION DOCKET # H0001099RU 2004106557 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.469. PATENT - UNITED STATES DOCKET # H0001104 10/186831 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.470. PATENT - CHINA P.R. DOCKET # H0001479 01823431.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.471. PATENT - UNITED STATES DOCKET # H0002552 09/991179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.472. PATENT - UNITED STATES DOCKET # H0003672 10/342533 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.473. PATENT - CHINA P.R. DOCKET # H0004346 200480001924.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.474. PATENT - UNITED STATES DOCKET # H0004346 10/384,046 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.475. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0004346EP 04717379.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.476. PATENT - UNITED STATES DOCKET # H0005666 10/754397 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.477. PATENT - UNITED STATES DOCKET # H26677 10/691305 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.478. PATENT - UNITED STATES DOCKET # H26677 09/941281 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.479. PATENT - UNITED STATES DOCKET # H26678 10/266517 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.480. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.481. PATENT - UNITED STATES DOCKET # H26724 10/150799 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.482. PATENT - UNITED STATES DOCKET # H26724 DIV 11/093320 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.483. PATENT - AUSTRIA DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.484. PATENT - BRAZIL DOCKET # 050510116 PI9106470.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.485. PATENT - CANADA DOCKET # 050510116 2083291 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.486. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.487. PATENT - FRANCE DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.488. PATENT - GERMANY DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.489. PATENT - GREAT BRITAIN DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.490. PATENT - ITALY DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.491. PATENT - JAPAN DOCKET # 050510116 510824/91 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.492. | PATENT - LUXEMBOURG DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.493. | PATENT - NETHERLAND DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.494. | PATENT - REPUBLIC OF KOREA DOCKET # 050510116 702892/92 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.495. | PATENT - SPAIN DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.496. | PATENT - SWEDEN DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.497. | PATENT - SWITZERLAND DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.498. | PATENT - TAIWAN DOCKET # 050510116 80105508 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.499. | PATENT - UNITED STATES DOCKET # 050510116 08/161320 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.500. | PATENT - AUSTRIA DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.501. | PATENT - BELGIUM DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.502. | PATENT - CHINA P.R. DOCKET # 050510292 97196196.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.503. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.504. | PATENT - FRANCE DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.505. | PATENT - GERMANY DOCKET # 050510292 EP0912778 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.506. | PATENT - GREAT BRITAIN DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.507. | PATENT - ITALY DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.508. | PATENT - NETHERLAND DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.509. | PATENT - REPUBLIC OF KOREA DOCKET # 050510292 2002-7003868 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.510. | PATENT - SWEDEN DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.511. | PATENT - SWITZERLAND DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.512. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 063264-5056EP 03017691.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.513. | PATENT - GERMANY DOCKET # 063264-5057DE 102005013186.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.514. | PATENT - GERMANY DOCKET # 063264-5059DE DE 103 28 632.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.515. | PATENT - GERMANY DOCKET # 063264-5060DE 10316111.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.516. | PATENT - GERMANY DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.517. | PATENT - UNITED STATES DOCKET # 13870060 422328 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.518. | PATENT - UNITED STATES DOCKET # 13870060 006333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.519. | PATENT - CANADA DOCKET # 14150060 599471 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.520. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.521. | PATENT - INDONESIA DOCKET # 14150060 P-000407 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.522. | PATENT - PATENT COOPERATION TREATY DOCKET # 14150060 PCT/US89/0323 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.523. | PATENT - UNITED STATES DOCKET # 14150060 642982 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.524. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.525. PATENT - FRANCE DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.526. PATENT - GREAT BRITAIN DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.527. PATENT - ITALY DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.528. PATENT - JAPAN DOCKET # 17870030 152157/85 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.529. PATENT - WEST GERMANY DOCKET # 17870030 EP0172332 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.530. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 18470030 86108525.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.531. PATENT - REPUBLIC OF KOREA DOCKET # 18470030 7390/86 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.532. PATENT - SPAIN DOCKET # 18470030 8600661 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.533. PATENT - UNITED STATES DOCKET # 18470030 773682 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.534. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 18570030 85108433.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.535. PATENT - JAPAN DOCKET # 18570030 157983/85 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.536. PATENT - UNITED STATES DOCKET # 18570030 633835 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.537. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.538. PATENT - UNITED STATES DOCKET # 21190030 924387 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.539. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.540. PATENT - INDONESIA DOCKET # 21940030 P-000402 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.541. PATENT - PATENT COOPERATION TREATY DOCKET # 21940030 PCT/US89/0404 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.542. PATENT - THAILAND DOCKET # 21940030 009415 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.543. PATENT - UNITED STATES DOCKET # 21940030 057575 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.544. PATENT - UNITED STATES DOCKET # 21940030 057603 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.545. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.546. PATENT - INDIA DOCKET # 23260030 174567 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.547. PATENT - INDONESIA DOCKET # 23260030 P-000403 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.548. PATENT - PATENT COOPERATION TREATY DOCKET # 23260030 PCT/US88/0433 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.549. PATENT - REPUBLIC OF KOREA DOCKET # 23260030 701988/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.550. PATENT - AUSTRALIA DOCKET # 23890030 16081/92 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.551. PATENT - AUSTRALIA DOCKET # 23890030 39601/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.552. PATENT - CANADA DOCKET # 23890030 604352 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.553. PATENT - FRANCE DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.554. PATENT - GREAT BRITAIN DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.555. PATENT - INDIA DOCKET # 23890030 175436 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.556. PATENT - ITALY DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.557. PATENT - JAPAN DOCKET # 23890030 508007/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.558. PATENT - NETHERLAND DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.559. PATENT - PATENT COOPERATION TREATY DOCKET # 23890030 PCT/US89/0278 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.560. PATENT - REPUBLIC OF KOREA DOCKET # 23890030 700417/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.561. PATENT - SWITZERLAND DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.562. PATENT - THAILAND DOCKET # 23890030 008941 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.563. PATENT - UNITED STATES DOCKET # 23890030 08/219861 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.564. PATENT - UNITED STATES DOCKET # 23890030 10/440642 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.565. PATENT - UNITED STATES DOCKET # 23890030 215178 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.566. PATENT - UNITED STATES DOCKET # 23890030 237348 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.567. PATENT - UNITED STATES DOCKET # 23890030 810600 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.568. PATENT - UNITED STATES DOCKET # 23890030 08/110471 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.569. PATENT - UNITED STATES DOCKET # 23890030 08/200853 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.570. PATENT - UNITED STATES DOCKET # 23890030 08/844744 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.571. PATENT - UNITED STATES DOCKET # 23890030 09/902825 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.572. PATENT - UNITED STATES DOCKET # 23890030 10/216254 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.573. PATENT - WEST GERMANY DOCKET # 23890030 EP0423213 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.574. PATENT - CANADA DOCKET # 23950030 613559 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.575. PATENT - INDONESIA DOCKET # 23950030 P-000408 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.576. PATENT - NETHERLAND DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.577. PATENT - PATENT COOPERATION TREATY DOCKET # 23950030 PCT/US89/0403 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.578. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.579. PATENT - FRANCE DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.580. PATENT - GREAT BRITAIN DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.581. PATENT - ITALY DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.582. PATENT - NETHERLAND DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.583. PATENT - PATENT COOPERATION TREATY DOCKET # 24200030 PCT/US89/0508 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.584. PATENT - SPAIN DOCKET # 24200030 EP0452405 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.585. PATENT - SWITZERLAND DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.586. PATENT - UNITED STATES DOCKET # 24200030 292864 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.587. PATENT - WEST GERMANY DOCKET # 24200030 EP0452405 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.588. PATENT - AUSTRALIA DOCKET # 29640030 55810/96 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.589. PATENT - AUSTRALIA DOCKET # 29640030 33312/93 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.590. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.591. PATENT - PATENT COOPERATION TREATY DOCKET # 29640030 PCT/US92/1106 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.592. PATENT - REPUBLIC OF KOREA DOCKET # 29640030 702476/94 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.593. PATENT - SPAIN DOCKET # 29640030 EP0623179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.594. PATENT - SWITZERLAND DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.595. PATENT - UNITED STATES DOCKET # 29640030 814872 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.596. PATENT - UNITED STATES DOCKET # 29640030 822799 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.597. PATENT - AUSTRALIA DOCKET # 29780030 35639/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.598. PATENT - BRAZIL DOCKET # 29780030 PI8907424 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.599. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.600. PATENT - FRANCE DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.601. PATENT - GREAT BRITAIN DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.602. PATENT - ITALY DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.603. PATENT - NETHERLAND DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.604. PATENT - PATENT COOPERATION TREATY DOCKET # 29780030 PCT/US89/0189 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.605. PATENT - REPUBLIC OF KOREA DOCKET # 29780030 700023/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.606. PATENT - SWITZERLAND DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.607. PATENT - WEST GERMANY DOCKET # 29780030 EP0418269 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.608. PATENT - TAIWAN DOCKET # 30-4708 090129422 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.609. PATENT - UNITED STATES DOCKET # 30440030 499147 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.610. PATENT - ARGENTINA DOCKET # 41700030 P980100178 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.611. PATENT - CANADA DOCKET # 41700030 2284033 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.612. PATENT - CHINA P.R. DOCKET # 41700030 97182196.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.613. PATENT - GERMANY DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.614. PATENT - HONG KONG DOCKET # 41700030 00106333.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.615. PATENT - JAPAN DOCKET # 41700030 540476/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.616. PATENT - NETHERLAND DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.617. PATENT - PATENT COOPERATION TREATY DOCKET # 41700030 PCT/US97/2338 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.618. PATENT - REPUBLIC OF KOREA DOCKET # 41700030 7008497/99 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.619. PATENT - TAIWAN DOCKET # 41700030 86119071 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.620. PATENT - UNITED STATES DOCKET # 41700030 08/788895 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.621. PATENT - UNITED STATES DOCKET # 41700030 08/788895 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.622. PATENT - CANADA DOCKET # 41710030 2284212 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.623. PATENT - CHINA P.R. DOCKET # 41710030 97182175.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.624. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.625. PATENT - GERMANY DOCKET # 41710030 EP0968106 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.626. PATENT - HONG KONG DOCKET # 41710030 01106144.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.627. PATENT - NETHERLAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.628. PATENT - PATENT COOPERATION TREATY DOCKET # 41710030 PCT/US97/2367 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.629. PATENT - REPUBLIC OF KOREA DOCKET # 41710030 7008482/99 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.630. PATENT - TAIWAN DOCKET # 41710030 86119070 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.631. PATENT - AUSTRALIA DOCKET # 44240030 42256/00 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.632. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 44240030 00922008.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.633. PATENT - HONG KONG DOCKET # 44240030 02108292.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.634. PATENT - PATENT COOPERATION TREATY DOCKET # 44240030 PCT/US00/0956 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.635. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.636. PATENT - GERMANY DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.637. PATENT - PATENT COOPERATION TREATY DOCKET # 44830030 PCT/US99/0463 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.638. PATENT - TAIWAN DOCKET # 44830030 88103466 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.639. PATENT - UNITED STATES DOCKET # 44830030 60/077083 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.640. PATENT - AUSTRIA DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.641. PATENT - BELGIUM DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.642. PATENT - BRAZIL DOCKET # 45130030 PI9910651-5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.643. PATENT - CANADA DOCKET # 45130030 2333013 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.644. PATENT - DENMARK DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.645. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.646. PATENT - FINLAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.647. PATENT - FRANCE DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.648. PATENT - GERMANY DOCKET # 45130030 EP1080258 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.649. PATENT - GREAT BRITAIN DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.650. PATENT - GREECE DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.651. PATENT - IRELAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.652. PATENT - ITALY DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.653. PATENT - LUXEMBOURG DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.654. PATENT - MEXICO DOCKET # 45130030 2000-011399 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.655. PATENT - MONACO DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.656. PATENT - NETHERLAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.657. PATENT - PATENT COOPERATION TREATY DOCKET # 45130030 PCT/US99/1128 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.658. PATENT - PORTUGAL DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.659. PATENT - REPUBLIC OF KOREA DOCKET # 45130030 2000-7013122 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.660. PATENT - SPAIN DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.661. PATENT - SWEDEN DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.662. PATENT - SWITZERLAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.663. PATENT - UNITED STATES DOCKET # 45130030 09/083493 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.664. PATENT - UNITED STATES DOCKET # 45130030 09/352110 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.665. PATENT - BRAZIL DOCKET # 45320030 PI9911317-1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.666. PATENT - CANADA DOCKET # 45320030 2336216 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.667. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.668. PATENT - GERMANY DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.669. PATENT - GREAT BRITAIN DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.670. PATENT - ITALY DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.671. PATENT - JAPAN DOCKET # 45320030 2000-554592 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.672. PATENT - NETHERLAND DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.673. PATENT - PATENT COOPERATION TREATY DOCKET # 45320030 PCT/US99/1336 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.674. PATENT - PORTUGAL DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.675. PATENT - REPUBLIC OF KOREA DOCKET # 45320030 2000-7014355 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.676. PATENT - SPAIN DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.677. PATENT - SWEDEN DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.678. PATENT - BELGIUM DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.679. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.680. PATENT - FRANCE DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.681. PATENT - GREAT BRITAIN DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.682. PATENT - PATENT COOPERATION TREATY DOCKET # 46690030 PCT/US00/0723 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.683. PATENT - PORTUGAL DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.684. PATENT - SPAIN DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.685. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 47080030 01993177.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.686. PATENT - PATENT COOPERATION TREATY DOCKET # 47080030 PCT/US01/4455 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.687. PATENT - UNITED STATES DOCKET # 47080030 60/253384 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.688. PATENT - AUSTRALIA DOCKET # 47910030 42090/00 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.689. PATENT - CHINA P.R. DOCKET # 47910030 00808187.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.690. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 47910030 00921823.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.691. PATENT - HONG KONG DOCKET # 47910030 03101571.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.692. PATENT - PATENT COOPERATION TREATY DOCKET # 47910030 PCT/US00/0923 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.693. PATENT - AUSTRALIA DOCKET # 47920030 63626/00 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.694. PATENT - PATENT COOPERATION TREATY DOCKET # 47920030 PCT/US00/1992 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.695. PATENT - TAIWAN DOCKET # 47920030 089115228 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.696. PATENT - UNITED STATES DOCKET # 47920030 60/146487 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.697. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 48420030 00960072.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.698. PATENT - PATENT COOPERATION TREATY DOCKET # 48420030 PCT/US00/2477 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.699. PATENT - UNITED STATES DOCKET # 48420030 60/153002 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.700. PATENT - UNITED STATES DOCKET # 48420030 09/650037 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.701. PATENT - INDIA DOCKET # 63264-5062 414/CHENP/2007 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.702. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5062 PCT/US04/024824 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.703. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5062 04779776.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.704. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5063 PCT/US2005/008989 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.705. PATENT - FRANCE DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.706. PATENT - GERMANY DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.707. PATENT - JAPAN DOCKET # 63264-5075 281924/1996 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.708. PATENT - GERMANY DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.709. PATENT - NETHERLAND DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.710. PATENT - SWITZERLAND DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.711. PATENT - CHINA P.R. DOCKET # 63264-5081 96122628.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.712. PATENT - GERMANY DOCKET # 63264-5081 59605711.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.713. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5081 44812/96 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.714. PATENT - CHINA P.R. DOCKET # 63264-5082 98104239.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.715. PATENT - FRANCE DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.716. PATENT - GERMANY DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.717. PATENT - INDONESIA DOCKET # 63264-5082 P-980041 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.718. PATENT - TAIWAN DOCKET # 63264-5082 87100427 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.719. PATENT - CHINA P.R. DOCKET # 63264-5084 01122017.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.720. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5084 10-2001-0034732 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.721. PATENT - UNITED STATES DOCKET # 63264-5084 09/613,225 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.722. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5085 PCT/US02/00153 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.723. PATENT - INDONESIA DOCKET # 63264-5087 W-OO-2005-02546 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.724. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5087 PCT/US03/31342 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.725. PATENT - SOUTH AFRICA DOCKET # 63264-5087 PCT/US03/31342 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.726. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.727. PATENT - GERMANY DOCKET # 8602-016 EP0414008 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.728. PATENT - CANADA DOCKET # 8602-017 2023758 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.729. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.730. PATENT - FRANCE DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.731. PATENT - GERMANY DOCKET # 8602-017 EP0414009 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.732. PATENT - GREAT BRITAIN DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.733. PATENT - ITALY DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.734. PATENT - JAPAN DOCKET # 8602-017 217197/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.735. PATENT - SPAIN DOCKET # 8602-017 EP0414009 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.736. PATENT - JAPAN DOCKET # 9009-069 350714/91 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.737. PATENT - UNITED STATES DOCKET # 9505-028 08/494912 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.738. PATENT - PATENT COOPERATION TREATY DOCKET # H0001099 PCT/US02/02751 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.739. PATENT - CZECH REPUBLIC DOCKET # H0001099CZ PV 2004-615 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.740. PATENT - UNITED STATES DOCKET # H0001099DIV2 10/996203 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.741. PATENT - CHINA P.R. DOCKET # H0001104 01823401.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.742. PATENT - PATENT COOPERATION TREATY DOCKET # H0001104 PCT/US01/4124 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.743. PATENT - TAIWAN DOCKET # H0001104 091110725 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.744. PATENT - UNITED STATES DOCKET # H0001104 60/303102 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.745. PATENT - PATENT COOPERATION TREATY DOCKET # H0001479 PCT/US01/4124 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.746. PATENT - TAIWAN DOCKET # H0001479 091110735 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.747. PATENT - UNITED STATES DOCKET # H0001479 60/303103 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.748. PATENT - UNITED STATES DOCKET # H0001479 10/186855 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.749. PATENT - CHINA P.R. DOCKET # H0003672 03806178.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.750. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0003672 03731933.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.751. PATENT - PATENT COOPERATION TREATY DOCKET # H0003672 PCT/US03/0126 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.752. PATENT - RUSSIAN FEDERATION DOCKET # H0003672 2004122113 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.753. PATENT - UNITED STATES DOCKET # H0003672 60/349996 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.754. PATENT - PATENT COOPERATION TREATY DOCKET # H26677 PCT/US01/2904 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.755. PATENT - TAIWAN DOCKET # H26677 90123008 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.756. PATENT - UNITED STATES DOCKET # H26677 60/233681 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.757. PATENT - BRAZIL DOCKET # H26678 PI0117146-1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.758. PATENT - CANADA DOCKET # H26678 2459296 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.759. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26678 01270110.8 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 60.760. | PATENT - PATENT COOPERATION TREATY DOCKET # H26678 PCT/US01/349 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.761. | PATENT - UNITED STATES DOCKET # H26678 60/335153 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.762. | PATENT - CHINA P.R. DOCKET # H26724 02814585.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.763. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26724 05027327.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.764. | PATENT - FRANCE DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.765. | PATENT - GERMANY DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.766. | PATENT - PATENT COOPERATION TREATY DOCKET # H26724 PCT/US02/1610 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.767. | PATENT - PORTUGAL DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.768. | PATENT - TURKEY DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.769. | PATENT - UNITED STATES DOCKET # H26724 60/292674 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.770. | PATENT - PATENT COOPERATION TREATY DOCKET # H26755 PCT/US01/4325 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.771. | PATENT - UNITED STATES DOCKET # H26755 60/252350 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.772. | TRADEMARKS (INDEFINITE-LIVED) | $325,731.24 | Net book value | $325,731.24 |

**61.**      **Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1. | DURAFIBER.ASIA | UNDETERMINED | _____ | UNDETERMINED |
| 61.2. | DURAFIBER.CN | UNDETERMINED | _____ | UNDETERMINED |
| 61.3. | DURAFIBER.COM.CN | UNDETERMINED | _____ | UNDETERMINED |
| 61.4. | DURAFIBER.NET.CN | UNDETERMINED | _____ | UNDETERMINED |
| 61.5. | DURAFIBER.ORG.CN | UNDETERMINED | _____ | UNDETERMINED |

**62.**      **Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| 62.1.[1] | SAP CLOUD LICENSES_PFI | $148,457.49 | Net book value | $148,457.49 |

[1]UNKNOWN IF PROPERTY HAS BEEN APPRAISED WITHIN 1 YR

**63.**      **Customer lists, mailing lists, or other compilations**

| | | | | |
|---|---|---|---|---|
| 63.1. | THE COMPANY MAINTAINS CUSTOMER LIST OF APPROXIMATELY 311 OF CUSTOMERS. THE VALUE IS UNDETERMINED. | UNDETERMINED | _____ | UNDETERMINED |

**64.**      **Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1. | _____ | $_____ | _____ | $_____ |

**65.**      **Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1. | GOODWILL | UNDETERMINED | _____ | UNDETERMINED |

**66.**   **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.                              | $474,188.73 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |
| --- | --- |
|  | **Current value of debtor's interest** |

71. **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 71.1.[1] INTERCOMPANY NOTE | $26,484,001.58 | - $26,484,001.58 | = ........ → | $0.00 |
| DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. 13620 REESE BLVD. SUITE 400 HUNTERSVILLE NC 28078 | | | | |

[1]BALANCES AS OF AUGUST 2017

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 72.1.[1] FEDERAL | UNKNOWN | UNKNOWN | _____ | UNKNOWN |
| 72.2.[1] STATE | UNKNOWN | UNKNOWN | _____ | UNKNOWN |

[1]NET OPERATING LOSSES EXIST. VALUE IS UNKNOWN.

73. **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 73.1. CHUBB GLOBAL CASUALTY | PHFD38523338 003 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. THE CONTINETIAL INSURANCE COMPANY | OC 248856 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.3. | LIBERTY MUTUAL INSURANCE THE OHIO CASUALTY INSURANCE COMPANY | ECO (18) 57 04 73 44 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | GREAT AMERICAN ALLINACE INSURANCE GROUP | WC 1708880-06 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | TRAVELERS THE CHARTER OAK FIRE INSURANCE COMPANY | Y-810-7G090851-COF-17 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | TRAVELERS THE CHARTER OAK FIRE INSURANCE COMPANY | Y-660-7G089692-COF-17 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | TRAVELERS TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | CUP-9H306319-17-14 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | ACE ENVIRONMENT RISK ILLINOIS UNION INRUANCE COMAPNY | GPI G23795218 003 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | CIGNA GROUP INSURANCE | ABL961025 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | ACE/ CHUBB - EXECUTIVE RISK INDEMNITY, INC. | 8248-0975 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | AIG - NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA | 01-615-79-13 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | FEDERAL INSURANCE COMPANY (ACE/ CHUBB) | 8248-0958 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | FEDERAL INSURANCE COMPANY (ACE/ CHUBB) | 8248-0963 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | BLUE CROSS BLUE SHIELD OF NORTH CAROLINA | 012525, 12526, 081977 | _____ | _____ | _____ | UNDETERMINED |
| 73.15. | DELTA DENTAL OF NORTH CAORLINA | 955 | _____ | _____ | _____ | UNDETERMINED |
| 73.16. | EYEMED VISION CARE | 9683160 AND 9683152 | _____ | _____ | _____ | UNDETERMINED |
| 73.17. | CIGNA | SHD 961217 | _____ | _____ | _____ | UNDETERMINED |
| 73.18. | CIGNA | LK 960644 | _____ | _____ | _____ | UNDETERMINED |
| 73.19. | CIGNA | FLX 960729 | _____ | _____ | _____ | UNDETERMINED |
| 73.20. | CIGNA | OK 960652-934 | _____ | _____ | _____ | UNDETERMINED |
| 73.21. | CIGNA | FLX961600 | _____ | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | _____ | _____ | $_____ | $_____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | NON-TRADE RECEIVABLE - MONCURE | BREACH OF CONTRACT COUNTERCLAIM | $750,000.00 | UNDETERMINED |
| 75.2. | CONTRIBUTION/INDEMNITY CLAIM AGAINST HONEYWELL- RE: MONCURE LITIGATION | CONTRIBUTION/INDEMNITY CLAIM | UNDETERMINED | UNDETERMINED |

**76.**  **Trusts, equitable or future interests in property**

76.1. _____    $_____

**77.**  **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | NON-TRADE RECEIVABLE - SERVICES TO BE BILLED INCO (NON-RECOVERABLE) | $5,033.58 |
|---|---|---|
| 77.2. | NON-TRADE RECEIVABLE - TICONA | $312,066.41 |
| 77.3. | RESTRICTED CASH - MEXICO TRANSACTION ESCROW (ACCOUNT PBG) CITIBANK NA (BALANCE AS OF 9/29/17) | $1,000,000.00 |
| 77.4. | RESTRICTED CASH COLLATERAL ACCOUNT FOR LETTERS OF CREDIT AND JP MORGAN INDEMNITIES HELD AT JP MORGAN BANK (BALANCE AS OF 9/29/17) | $1,915,750.00 |
| 77.5. | SG EQUIPMENT FINANCE (PAYMENT DUE 10/1/17) | $81,296.50 |
| 77.6. | INTERCOMPANY RECEIVABLE DUE FROM DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $368,544.79 |
| 77.7. | INTERCOMPANY RECEIVABLE DUE FROM DSE HOLDING CORP. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $3,553.23 |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM DURAFIBER TECHNOLOGIES (DFT) GROUP, INC. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $2,052.55 |
| 77.9. | INTERCOMPANY RECEIVABLE DUE FROM DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $252,194.11 |
| 77.10. | INTERCOMPANY RECEIVABLE DUE FROM INA FIBERS HOLDING, LLC (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $5,477.01 |
| 77.11. | INTERCOMPANY RECEIVABLE DUE FROM DURAFIBER TECHNOLOGIES (DFT) MEXICO SERVICES INTERMEDIATE I CORP. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $978.01 |
| 77.12. | INTERCOMPANY RECEIVABLE DUE FROM DURAFIBER TECHNOLOGES (DFT) MEXICO SERVICES INTERMEDIATE II CORP. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $978.01 |
| 77.13. | INTERCOMPANY RECEIVABLE DUE FROM DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $16,961,806.14 |
| 77.14. | INTERCOMPANY RECEIVABLE DUE FROM DURA FIBER TECHNOLOGIES (DFT) EUROPE, S.A.R.L. (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $4,447,855.20 |
| 77.15. | RESTRICTED CASH - FRANCE TRANSACTION ESCROW (ACCOUNT MORGAN LEWIS & BOCKIUS) - WELLS FARGO BANK (BALANCE AS OF 9/29/17) | $1,500,000.00 |

**78.**  **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

$26,857,585.54

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $26,715.11 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,491,113.80 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | ($93,147.99) | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $2,691,965.80 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,498,148.73 | |
| 88.  **Real property.** *Copy line 56, Part 9.* .................................................................. → | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $474,188.73 | |
| 90.  **All other assets.** *Copy line 78, Part 11.*                                        + | $26,857,585.54 | |
| 91.  **Total.** Add lines 80 through 90 for each column. ..........91a. | $38,946,569.72 | + 91b.      $0.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................    $38,946,569.72

---

**Fill in this information to identify the case:**

**Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12143

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- |

**2.1.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

AIR LIQUIDE INDUSTRIAL US LP
9811 KATY FREEWAY
STE 100
HOUSTON TX 77024

UCC-1 RECORDED 7/4/2016 IN DELAWARE AS DOCUMENT # 20164255293    UNDETERMINED    UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/14/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

GAS PRODUCING PLANT LOCATED AT DURATECH FIBERS, HWY 70 WEST SALISBURY, NC 28145 CONSISTING OF, BUT NOT LIMITED TO THE FOLLOWING SYSTEMS: AIR SEPARATION UNIT ( 1)HIGH PRESSURE NITROGEN SYSTEM ( 1) EACH PLANT INCLUDING: AIR FILTRATION AND COMPRESSIONAIR COOLING AND PURIFICATION DISTILLATION/ COLD END LIQUEFICATION PROCESS UTILITIES PRODUCT STORAGE AND VAPORIZATIONALL RELATED CONTROLS, PIPING, VALVES AND APPURTENANCES, TOOLS AND SPARE PARTS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**    Case number *(if known)* **17-12143**

---

2.2.   **Creditor's name and address**

CISCO SYSTEMS CAPITAL CORPORATION
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/24/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 RECORDED 4/24/2014 IN DELAWARE    $58,983.01    UNDETERMINED
AS DOCUMENT # 20141606284

**Describe the lien**

THE COLLATERAL DESCRIBED IN
SCHEDULE "A" ATTACHED HERETO AND
MADE PART HEREOF, INCLUDING ALL
ADDITIONS, ATTACHMENTS, ACCESSIONS,
SUBSTITUTIONS, REPLACEMENTS AND
PROCEEDS OF SUCH COLLATERAL.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

2.3.   **Creditor's name and address**

DE LAGE LANDEN FINANCIAL SERVICES
INC
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/1/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 RECORDED 6/1/2015 IN DELAWARE    $25,131.59    UNDETERMINED
AS DOCUMENT # 20152306248 AND AS
AMENDED 7/6/2015 BY DOCUMENT #
20152902772

**Describe the lien**

(5) FIVE MITSUBISHI FGC25N4-LE CUSHION
FORKLIFTS S/N: AF82F41285, AF82F41318,
AF82F41319, AF82F41320, AF82F41504,
INCLUDING ALL ADDITIONS,
ATTACHMENTS, ACCESSIONS,
SUBSTITUTIONS, REPLACEMENTS AND
PROCEEDS OF SUCH COLLATERAL.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**          Case number *(if known)* **17-12143**

| | |
|---|---|
| 2.4. | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

DFT DURAFIBER TECHNOLOGIES
HOLDINGS, INC.
13620 REESE BLVD
STE 400
HUNTERSVILLE NC 28078

UCC-1 RECORDED 10/28/2016 IN
DELAWARE AS DOCUMENT # 20166661464          UNDETERMINED  UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

ALL ASSETS OF THE DEBTOR, WHETHER
NOW EXISTING OR HEREAFTER ARISING

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 10/28/2016

☐ No

**Last 4 digits of account number:**

☑ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☐ No

☐ Yes. Have you already specified the relative priority?

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

    _____

☑ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Unliquidated

☐ Disputed

| | |
|---|---|
| 2.5. | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

DFT2 FINANCE LLC AS AGENT
5200 TOWN CENTER CIRCLE
STE 600
BOCA RATON FL 33486

UCC-1 RECORDED 8/11/2011 IN DELAWARE
AS DOCUMENT # 20113107821 AND AS
AMENDED, ASSIGNED AND CONTINUED BY
DOCUMENTS # 20120278590, 20122749952,
20161328069, 20161330313, AND
20164814966          SEE BELOW      UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

ALL ASSETS

**Date debt was incurred:** 8/11/2011

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☐ No

**Do multiple creditors have an interest in the same property?**

☑ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    _____

**As of the petition filing date, the claim is:**
Check all that apply.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DFT2 FINANCE LLC AS AGENT
5200 TOWN CENTER CIRCLE
STE 600
BOCA RATON FL 33486

UCC-1 RECORDED 12/21/2015 IN      $5,716,232.86      UNDETERMINED
DELAWARE AS DOCUMENT # 20156179997
AND AS ASSIGNED 3/4/2016 AS
DOCUMENT # 20161330230

**Creditor's email address, if known**

**Describe the lien**

_____

ALL ASSETS OF THE DEBTOR, WHETHER
NOW EXISTING OR HEREAFTER ARISING

**Date debt was incurred:** 12/21/2015

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☐ No

**Do multiple creditors have an interest in the same property?**

☑ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

_____

☑ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Unliquidated

☐ Disputed

| 2.7.[1] | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

GREAT AMERICAN INSURANCE COMPANY
301 EAST 4TH STREET
CINCINNATI OH 45202

_____      $425,000.00      $425,000.00

**Creditor's email address, if known**

**Describe the lien**

_____

LETTER OF CREDIT

**Date debt was incurred:** _____

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☑ No

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

_____

☑ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                            Case number *(if known)* **17-12143**

2.8.[1]  **Creditor's name and address**

JPMORGAN CHASE BANK NA
450 S ORANGE AVE FLOOR 10
MAIL CODE FL4 9504
ORLANDO FL 32801

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $75,750.00          $75,750.00

**Describe the lien**

LETTER OF CREDIT; CASH COLLALTERAL PREMIUM

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

2.9.  **Creditor's name and address**

JPMORGAN CHASE BANK NA
450 S ORANGE AVE FLOOR 10
MAIL CODE FL4 9504
ORLANDO FL 32801

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $300,000.00         $300,000.00

**Describe the lien**

INDEMNITY OBLIGATION IN CASH COLLETERAL ACCOUNT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **2.10.** | **Creditor's name and address** |

**Creditor's name and address**

JPMORGAN CHASE BANK NA
450 S ORANGE AVE FLOOR 10
MAIL CODE FL4 9504
ORLANDO FL 32801

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $25,000.00        $25,000.00

**Describe the lien**

BANKING SERVICES OBLIGATIONS; CASH COLLATERAL

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

**2.11.**[1] **Creditor's name and address**

SOUTH CAROLINA ELECTRIC AND GAS COMPANY
220 OPERATION WAY
MAIL CODE C1O2
CAYCE SC 29033

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $500,000.00        $500,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| | |
|---|---|
| **2.12.** | **Creditor's name and address** |

**Creditor's name and address**

US BANK EQUIPMENT
DIVISION OF US BANK NA
1310 MADRID ST
MARSHALL MN 56258

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/12/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 RECORDED IN DELAWARE 8/12/2015    $27,812.38        UNDETERMINED
AS DOCUMENT # 20153503751

**Describe the lien**

FINANCING STATEMENT COVERS THE
FOLLOWING COLLATERAL: 1 - ES 5560CT;
5 - ES 3555C; 5 - HP P1102W

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

---

**2.13.**[1]    **Creditor's name and address**

WESTERN SURETY COMPANY
6 MILL RIDGE LANE
CHESTER NJ 07930-2486

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $50,000.00        $50,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                Page 8 of 10

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

**2.14.**[1]   **Creditor's name and address**

WESTERN SURETY COMPANY
6 MILL RIDGE LANE
CHESTER NJ 07930-2486

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $540,000.00   $540,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

[1]BALANCE AS OF 9/29/17

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $7,743,909.84

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------|------------------|--------------------|--------------------|
| 3.1. | DE LAGE LANDEN<br>PO BOX 41602<br>PHILADELPHIA PA 19101-1602 | Line 2.3 | _____ |
| 3.2. | FSJC VIII LLC AS AGENT<br>TWO GREENWICH PLAZA<br>GREENWICH CT 06830-7153 | Line 2.5 | _____ |
| 3.3. | FSJC VIII LLC AS AGENT<br>1700 E PUTNAM AVE<br>STE 207<br>OLD GREENWICH CT 06870 | Line 2.5 | _____ |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

3.4.     FSJC VIII LLC AS AGENT                                        Line 2.6                    _____
         1700 E PUTNAM AVE
         STE 207
         OLD GREENWICH CT 06870

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12143 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| | | *Check all that apply.* | $1,279.84 | $1,279.84 |
| | AL DEPARTMENT OF REVENUE PO BOX 327320 MONTGOMERY AL 36132-7320 | ☑ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | ALICIA MOORE BELL 14026 GREEN BIRCH DRIVE PINEVILLE NC 28134 | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

---

**2.3.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| | AN YAN<br>11001 FOUNTAINGROVE DRIVE<br>CHARLOTTE NC 28262 | | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4.** Priority creditor's name and mailing address

ANTHONY L PENNINGTON
5007 OLD FOX TRAIL
CHARLOTTE NC 28269

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5.** Priority creditor's name and mailing address

ASIA A MARTIN
618 RIVER HILLS CT
CHARLOTTE NC 28214

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | BETH M WALKER 1519 SOUTH SHORE DRIVE SURF CITY NC 28445 | ☒ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.7. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | CHRISTOPHER L HITT 10430 FAIRWAY RIDGE ROAD CHARLOTTE NC 28277 | ☒ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.8. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | CHRISTOPHER M SANTORO 19312 OVERLEAF LANE DAVIDSON NC 28036 | ☒ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

| 2.9. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|------|------|------|------|

**2.9.** **Priority creditor's name and mailing address**

CLEVELAND COUNTY TAX COLLECTOR
PO BOX 760
SHELBY NC 28151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $159,037.76 | $159,037.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.10.** **Priority creditor's name and mailing address**

DAVID M ASCHER
300 HIGHLAND ROAD
SOUTH ORANGE NJ 07079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.11.** **Priority creditor's name and mailing address**

ERWIN L BETTE
128 SEABURY DRIVE
MOORESVILLE NC 28117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                        Case number *(if known)* **17-12143**

---

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

2.12.

**Priority creditor's name and mailing address**

FAIRFIELD COUNTY SOUTH CAROLINA
DELINQUENT TAX COLLECTOR
PO DRAWER 60
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $0.00 | $0.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.13.

**Priority creditor's name and mailing address**

FRANK A PAPA
103 AVE OF THE ESTATES
CARY NC 27518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.14.

**Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345-3205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,550.00 | $1,550.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 2.15. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | GIRISH A PAI 2322 KILKENNEY HILL ROAD MATTHEWS NC 28105 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.16. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | JACQUELINE M DOCKERY 8218 CASTLESTONE DRIVE MINT HILL NC 28227 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.17. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | JOSHUA T KILCOYNE 4536 LANSTONE COURT CONCORD NC 28027 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KATELYN RENEE RECTOR<br>827 SCALEYBARK RD<br>APT. S<br>CHARLOTTE NC 28209 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KATHLEEN M MARKER<br>10423 EDGEWATER ROAD<br>LOUISVILLE KY 40223 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KATHY ANN KARDER<br>463 FOX HOLLOW DRIVE<br>AKRON OH 44321 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                         Case number *(if known)* **17-12143**

| 2.21. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.21.** **Priority creditor's name and mailing address**

KENNETH K SPARKS
1252 ENDECOTT CT NW
CONCORD NC 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

---

**2.22.** **Priority creditor's name and mailing address**

KY DEPARTMENT OF REVENUE
KY DEPARTMENT OF REVENUE
FRANKFORT KY 40620-0021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.00 | $175.00 |

**Nonpriority amount**
$0.00

---

**2.23.** **Priority creditor's name and mailing address**

MARY ANN ARMSTRONG
12100 KANE ALEXANDER DR.
HUNTERSVILLE NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

**2.24.** **Priority creditor's name and mailing address**

NC DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180,000.00 | $180,000.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.25.** **Priority creditor's name and mailing address**

PAUL A ROBINSON
10442 BLAIRBETH ST
CHARLOTTE NC 28277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.26.** **Priority creditor's name and mailing address**

PRITI P NAGPAL
12109 ACADIA LANE
MATTHEWS NC 28105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

| 2.27. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.27. Priority creditor's name and mailing address**

ROWAN COUNTY TAX ADMINISTRATION
402 N MAIN STREET, STE 101
SALISBURY NC 28144-4392

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Total claim** $462,227.68

**Priority amount** $462,227.68

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SALISBURY PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.28. Priority creditor's name and mailing address**

SARITHA SATHEESAN HUNT
6925 BAREFOOT FOREST DRIVE
CHARLOTTE NC 28269

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.29. Priority creditor's name and mailing address**

SC DEPARTMENT OF REVENUE
300A OUTLET POINT BLVD
COLUMBIA SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $78,793.71

**Priority amount** $78,793.71

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHANNON E PHILLIPS 21620 SCOTTCREST CIRCLE CORNELIUS NC 28031 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.31. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TAMARA G WILSON 8205 SHADOW OAKS DR. APT 117 CHARLOTTE NC 28269 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.32. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | UNITED STATES TREASURY 10TH ST AND PENNSYLVANIA AVE NW WASHINGTON DC 20530 | ☑ Contingent ☑ Unliquidated ☐ Disputed | $129,299.24 | $129,299.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|------|----|----|----|
| | 1099 PRO INC<br>23901 CALABASAS RD, STE 2080<br>CALABASAS CA 91302-4104 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|------|----|----|----|
| | 3M FILM MANUFACTURING OPERATIONS<br>3M CENTER 223-65-07<br>ST PAUL MN 55144 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|------|----|----|----|
| | 3NS PROPERTIES, LLC DBA/POSTNET<br>135 MOUNTAIN RD.<br>CLEVELAND NC 27013 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A&D ENVIRONMENTAL SERVICES, INC.
2718 UWHARRIE ROAD
ARCHDALE NC 27263

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA GA 31193-5003

☑ Contingent
☐ Unliquidated
☐ Disputed

$56.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AB CARTER INC
4801 YORK HIGHWAY
GASTONIA NC 28053-0518

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,242.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|

**3.7.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ABB INC
29801 EUCLID AVENUE
CHICAGO IL 60695-1868

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.8.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ABERNATHY-THOMAS ENGINEERING CO
535 EAST SULLIVAN STREET
KINGSPORT TN 37660

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.9.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ABS ENGINEERING, INC.
1416 CHAPIN ROAD
CHAPIN SC 29036

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AC CONTROLS COMPANY INC
PO BOX 63243
CHARLOTTE NC 28263-3243

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,513.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCOUNTING PRINCIPALS, INC
DEPT CH 14031
PALATINE IL 60055

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACTION INDUSTRIAL GROUP
1021 GEORGE ROGERS BLVD.
COLUMBIA SC 29202

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.13.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.13. **Nonpriority creditor's name and mailing address**

ACXIOM INFORMATION SECURITY SVCS
6111 OAK TREE BLVD
INDEPENDENCE OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.14. **Nonpriority creditor's name and mailing address**

ADDIVANT USA LLC
BENSON ROAD
MIDDLEBURY CT 06762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.15. **Nonpriority creditor's name and mailing address**

ADMIRAL INSURANCE CO., NW 5117
PO BOX 1450
MINNEAPOLIS MN 55485-5117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCED DOOR SYSTEMS, INC.
1601 KEY ROAD
ATLANTA GA 30353-4206

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCED PNEUMATICS COMPANY, INC.
PO BOX 934179
ATLANTA GA 31193-4179

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCED PRODUCTS OF SC INC
3804 CALHOUN MEMORIAL HWY
EASLEY SC 29640

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.19.** | |

**3.19.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ADVANTAGE GROUP INC<br>3221 HIGHLAND AVE NE<br>HICKORY NC 28601 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.20.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ADVISORY FINANCIAL GROUP, LLC<br>800 CORPORATE DRIVE, STE 102<br>FORT LAUDERDALE FL 33334 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.21.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| AEC MAGNETICS<br>10200 SPRINGFIELD PIKE<br>CINCINNATI OH 45215 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $393.47 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AERIAL EQUIPMENT SERVICES INC
119 MAGNOLIA PARK DR SUITE B
MOORESVILLE NC 28117

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,404.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AERIAL PROFESSIONAL SERVICES LLC
PO BOX 306
CONOVER NC 28613

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AERO SERVICES
8551 OLD PERCIVAL ROAD
COLUMBIA SC 29204

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,285.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

---

**3.25.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AETNA FELT CORP
2401 W EMAUS AVE
ALLENTOWN PA 18103

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AFCO CREDIT CORPORATION
PO BOX 120809
DALLAS TX 75312-0809

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.27.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AFI SYSTEMS LLC
10801 NATIONS FORD ROAD
PINEVILLE NC 28134

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

AG ENVIRONMENTAL MANAGEMENT LLC
ASHETON DRIVE
TRINITY NC 27370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.29.    **Nonpriority creditor's name and mailing address**

AGGREKO LLC
4607 W ADMIRAL DOYLE DRIVE
NEW IBERIA LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.30.    **Nonpriority creditor's name and mailing address**

AGROMECK
514 DANIELS ST. # 150
RALEIGH NC 27605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGS LORRAINE
59 AVENUE DE THIONVILLE
WOIPPY 57140
FRANCE

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGSCO CORP
60 CHAPIN ROAD
PINE BROOK NJ 07058

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,512.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIR CENTERS OF SOUTH CAROLINA INC
PO BOX 565
COLUMBIA SC 29202-0565

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.34.

**Nonpriority creditor's name and mailing address**

AIR COMPONENTS & SYSTEMS LTD
6000 GENERAL COMMERCE DRIVE
CHARLOTTE NC 28213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,292.15

---

3.35.

**Nonpriority creditor's name and mailing address**

AIR LIQUIDE INDUSTRIAL
3225 SOLUTIONS CTR
CHICAGO IL 60677-3002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$27,224.14

---

3.36.

**Nonpriority creditor's name and mailing address**

AIRGAS INC
PO BOX 532609
ATLANTA GA 30353-2609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,677.16

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.37. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.37.**

**Nonpriority creditor's name and mailing address**

AIRPOWER, INC.
1430 TRINTY AVE.
HIGH POINT NC 27260

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.38.**

**Nonpriority creditor's name and mailing address**

AKRON RUBBER DEVELOPMENT LAB. INC
300 KENMORE BLVD
AKRON OH 44301

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.39.**

**Nonpriority creditor's name and mailing address**

AKZO NOBEL PANITS LLC
110 ARROOWOOD DRIVE
COLUMBIA NC 29210

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.40.** | |

| **3.40.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ALABAMA INS GUARANTY ASSOC<br>2020 CANYON ROAD, SUITE 200<br>BIRMINGHAM AL 35216 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,024.57 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.41.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ALARM SECURITY GROUP LLC<br>9401-T SOUTHERN PINE BLVD, STE 240<br>CHARLOTTE NC 28273 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,130.62 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.42.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ALBIS BARNET POLYMERS, LLC<br>99 PARK AVENUE<br>NEW YORK NY 10016-1589 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

| 3.43. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALDRICH CHEMICAL CO INC
PO BOX 355
MILWAUKEE WI 53201

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.44. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALFA LAVAL THERMAL INC
5400 INTERNATIONAL TRADE DR
RICHMOND VA 23231

☑ Contingent
☐ Unliquidated
☐ Disputed

$924.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.45. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALL AMERICAN POLY OF GEORGIA
135 INDUSTRIAL PARK CIRCLE
LAWRENCEVILLE GA 30045

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALL STATE SUPPLY COMPANY
4844 HWY 421 NORTH
WILMINGTON NC 28401

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLEGIS GROUP HOLDINGS
7301 PARKWAY DRIVE
HANOVER MD 21076

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,279.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLIED ELECTRONICS INC
801 JONES FRANKLIN RD STE 290
FORT WORTH TX 27606

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,620.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.49.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ALLSTAR WILDLIFE
720 BOILING SPRINGS ROAD
LEXINGTON SC 29073

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.50.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

AMERICAN & EFIRD LLC
PO BOX 741988
ATLANTA GA 30374

☒ Contingent
☒ Unliquidated
☐ Disputed

$235,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CUSTOMER REBATES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.51.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

AMERICAN (MTS) OF NC, INC
1825 N ROCKY RIVER RD
MONROE NC 28110

☒ Contingent
☐ Unliquidated
☐ Disputed

$2,080.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.52.** | |

**3.52.** **Nonpriority creditor's name and mailing address**

AMERICAN CASTER & MTRL HANDLIN
1465 SALINE STREET
N. KANSAS CITY MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$57,556.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.53.** **Nonpriority creditor's name and mailing address**

A-MERICAN CASTERS AND MATERIAL
HANDLING, INC. V. DFT
KEZIAH GATES LLP
PO BOX 2608
ANDREW S LASINE
HIGH POINT NC 27261-2608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.54.** **Nonpriority creditor's name and mailing address**

AMERICAN EQUIPMENT COMPANY INC
2106 ANDERSON ROAD
CHARLOTTE NC 29611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN FORMS MANUFACTURING INC
170 TARHEEL DR
GASTONIA NC 28056

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN LABELS AND PRINTING
1710 WHITNEY LANE
SALISBURY NC 28146

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN ROLLER
1525 11TH AVENUE
UNION GROVE WI 53182

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.58.** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| AMERICAN SAFETY COMPANY INC<br>PO BOX 1740<br>SHELBY NC 28151 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | |
|---|---|
| **3.59.** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| AMERICAN STARLINGER SAHM INC<br>11 JACK CASEY COURT<br>FOUNTAIN INN SC 29644 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,826.69 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | |
|---|---|
| **3.60.** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| AMERICAN TRUETZSCHLER, INC.<br>12300 MOORES CHAPEL RD<br>CHARLOTTE NC 28214 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.61.** | **Nonpriority creditor's name and mailing address** |

3.61.    **Nonpriority creditor's name and mailing address**

AMERICAS' SAP USERS' GROUP (ASUG)
401 N MICHIGAN AVE
CHICAGO IL 60611-4267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.62.    **Nonpriority creditor's name and mailing address**

AMERICHEM, INC.
PO BOX 932509
CLEVELAND OH 44193-0030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$26,962.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.63.    **Nonpriority creditor's name and mailing address**

AMES TEXTILES CORP
200 INDUSTRIAL DR
CHRISTIANBURG VA 24073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5,985.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.64.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMETEK DREXELBROOK
PO BOX 8500
PHILADELPHIA PA 19178-7455

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.65.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMETEK INC
101 N. INDEPENDENCE MALL E. LBX 745
PHILADELPHIA PA 19106

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.66.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMETEK/DREXELBROOK
2536 PLANTATION CENTER DR
MATTHEWS NC 28105

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANALYTICAL TESTING SERVICES INC
PO BOX 20534
ROANOKE VA 24018

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANCHOR QEA OF NORTH CAROLINA,
231 HAYWOOD STREET
ASHEVILLE NC 28801

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,796.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDRESS ENGINEERING ASSOCIATES INC
131 AIRPARK INDUSTRIAL RD
ALABASTER AL 35007

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

---

**3.70.**   **Nonpriority creditor's name and mailing address**

ANGUIL ENVIRONMENTAL SYSTEMS INC.
8855 NORTH 5TH STREET
MILWAUKEE WI 53223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.71.**   **Nonpriority creditor's name and mailing address**

ANITA PLASTICS INC
49 EPPS MARTIN RD
ROXBORO NC 27574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.72.**   **Nonpriority creditor's name and mailing address**

ANTON PAAR USA INC.
10215 TIMBER RIDGE DRIVE
ASHLAND VA 23005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 3.73. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

APEXICAL INC
PO BOX 2486
SPARTANBURG SC 29304

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.74. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

API BASCO INC
2777 WALDEN AVE
BUFFALO NY 14225

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.75. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

APOLLO CHEMICAL
PO BOX 405490
ATLANTA GA 30384-5490

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.76.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

**3.76.** **Nonpriority creditor's name and mailing address**

APPALACHIAN ELECTRONIC
100 AEI DRIVE - FAIRLEA
RONCEVERTE WV 24970-0518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.77.** **Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL CONTROLS
1860 SOUTH LEE CT
BUFORD GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.78.** **Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO IL 60673-1225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$41,321.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED PROCESS SOLUTIONS
2532 RADRICK LANE
CHARLOTTE NC 28262

☒ Contingent
☐ Unliquidated
☐ Disputed

$17,145.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED ROLLER TECHNOLOGY INC
PO BOX 26825
CHARLOTTE NC 28221

☒ Contingent
☐ Unliquidated
☐ Disputed

$15,888.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APV NORTH AMERICA INC
14689 COLLECTION CENTER DR
CHICAGO IL 60693

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.82.**

**Nonpriority creditor's name and mailing address**

AQUA PRODUCTS CO. INC.
14301 C R KOON HWY
NEWBERRY SC 29108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.83.**

**Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES LLC
11800 STATESVILLE ROAD
HUNTERSVILLE NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.84.**

**Nonpriority creditor's name and mailing address**

ARBON EQUIPMENT CORP
25464 NETWORK PLACE
CHICAGO IL 60673-1254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,525.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHROMA U.S., INC.
32290 COLLECTION CENTER DR
CHICAGO IL 60693-0322

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,125.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHWAY SALES INC
4155 MANCHESTER AVENUE
ST LOUIS MO 63110

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARMSTRONG ENGINEERING ASSOCIATE INC
PO BOX 566
WEST CHESTER PA 19381-0566

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.88. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARTEVA SPECIALTIES S DEL RL DE CV
PROL. PASEO DE LA REFORMA
COL. DESARROLLO SANTA FE DF 01109
MEXICO

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.89. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARTMORE PLASTICS CORP
PO BOX 3187
CUMBERLAND MD 21504-3187

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.90. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ASG SECURITY
12301 KILN COURT STE A
BELTSVILLE MD 20705

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHLAND CHEMICAL CO
PO BOX 30607
CHARLOTTE NC 28230

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHLAND INC
PO BOX 116735
ATLANTA GA 30368-6735

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASPEN TECHNOLOGY INC
20 CROSBY DRIVE
BEDFORD MA 01730

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.94.**

**Nonpriority creditor's name and mailing address**

ASSOCIATED PACKAGING INC
2049 OLD MOUNTAIN RD
NASHVILLE TN 37244-0088

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.95.**

**Nonpriority creditor's name and mailing address**

AT&T
PO BOX 105068
ATLANTA GA 30348-5068

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,713.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.96.**

**Nonpriority creditor's name and mailing address**

ATLAN-TEC INC
3215 BRYSON DR
FLORENCE SC 29501-6011

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,845.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLANTIC ELECTRIC SYSTEMS INC
2011 ELK ROAD SW
SUPPLY NC 28462

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLANTIC HYDRAULICS
PO BOX 603101
CHARLOTTE NC 28260-3101

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLANTIC LOCOMOTIVE INC
9108 VALLEY BROOK CT
MARVIN NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,160.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLAS COPCO
DEPT. CH 19511
PALATINE IL 60055-9511

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$18,250.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AURIGA POLYMERS INC
1550 DEWBERRY ROAD
SPARTANBURG SC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUTHORIZED PARTS INC
1601 CROSS BEAM DR
CHARLOTTE NC 28217-2809

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,007.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.103.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---

**3.103.** **Nonpriority creditor's name and mailing address**

AUTOMATED FIRE SYSTEMS INC.
7032 HARRISBURG ROAD
CHARLOTTE NC 28215

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.104.** **Nonpriority creditor's name and mailing address**

AUTOMATION TECHNOLOGY INC
2770 ZION CHURCH RD
CONCORD NC 28025

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.105.** **Nonpriority creditor's name and mailing address**

AUTRANS CORPORATION
27615 HALSTEAD ROAD
FARMINGTON HILLS MI 48331

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

AUXIS MANAGED SOLUTIONS
8151 PETERS ROAD, SUITE 3500
PLANTATION FL 33324

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$276,034.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.**   **Nonpriority creditor's name and mailing address**

AZALEA COLOR COMPANY INC
9987 CARVER ROAD, SUITE 300
CINCINNATI OH 45242

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.**   **Nonpriority creditor's name and mailing address**

B&B MACHINE COMPANY
1890 BARRINGER ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BABCOCK & WILCOX COMPANY
PO BOX 643957
PITTSBURGH PA 15264-3957

☑ Contingent

☐ Unliquidated

☐ Disputed

$604.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BACO MACHINERY INC
PO BOX 796
BESSEMER CITY NC 28016

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAHNSON INC
4731 COMMERCIAL PARK COURT
CLEMMONS NC 27012

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.112.**

**Nonpriority creditor's name and mailing address**

BALCH & BINGHAM LLP
1901 6TH AVE N, STE 2600
BIRMINGHAM AL 35201-0306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.113.**

**Nonpriority creditor's name and mailing address**

BALOWA ENGINEERING GMBH
77 WAGENBERGSTRASSE
ARNSBERG
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$61,475.30

---

**3.114.**

**Nonpriority creditor's name and mailing address**

BANC OF AMERICA LEASING
500 ORACLE PARKWAY
REDWOOD SHORES CA 94065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,651.80

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.115.**

**Nonpriority creditor's name and mailing address**

BAR CODE DEPOT
60 E JEFFERSON ST
HOSCHTON GA 30548

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.116.**

**Nonpriority creditor's name and mailing address**

BARCODE4LESS
888 EAST BELVIDERE ROAD
GRAYSLAKE IL 60030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,195.50

---

**3.117.**

**Nonpriority creditor's name and mailing address**

BARKER AIR & HYDRAULICS
1308 MILLER ROAD
ATLANTA GA 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$20.85

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

**3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim
---|---|---|---

BARNET POLYMERS-P
1720 EAST MAIN STREET
DUNCAN SC 29334

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.119.** **Nonpriority creditor's name and mailing address**

BAUER GEAR MOTOR LLC
24989 NETWORK PLACE
CHICAGO IL 60673-1249

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$12,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.120.** **Nonpriority creditor's name and mailing address**

BAY CONTROLS, LLC.
6528 WEATHERFIELD COURT
MAUMEE OH 43537

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.121.  **Nonpriority creditor's name and mailing address**

BDP INTERNATIONAL INC
510 WALNUT ST
PHILADELPHIA PA 19106

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.122.  **Nonpriority creditor's name and mailing address**

BEACON DISTRIBUTORS INC
1925 W INNES ST
SALISBURY NC 28144-2432

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.123.  **Nonpriority creditor's name and mailing address**

BEAVERLAKE6 GROUP, LLC
4508 ST. ANDREWS COURT
BLAINE MN 55449

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BELL & HOWARD CHEVROLET INC
INTERSTATE 40 AT HWY 21
601 GAITHER RD
STATESVILLE NC 28625

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BELL, DAVIS & PITT, P.A. - P
PO BOX 21029
WINSTON SALEM NC 27120-1029

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.126.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BELT-TECH PRODUCTS, INC.
SMITH MOORE LEATHERWOOD LLP
101 N. TRYON STREET, SUITE 1300
C. BAILEY KING, JR.
CHARLOTTE NC 28246

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BELZONA CAROLINA INC
3885 EDWARDS ROAD
GRIMESLAND NC 27837

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENTLY NEVADA CORPORATION
171 ASSOCIATES LN
INDIAN TRAIL NC 28079

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEPEX INTERNATIONAL LLC
333 TAFT ST NE
MINNEAPOLIS MN 55413

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.130. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BERENDSEN FLUID POWER INC
1500-CC CONTINENTAL BLVD
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.131. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BERTELKAMP AUTOMATION INC
PO BOX 11488
KNOXVILLE TN 37939-1488

☑ Contingent
☐ Unliquidated
☐ Disputed

$881.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.132. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BERTHOLD TECHNOLOGIES LLC
99 MIDWAY LANE
OAK RIDGE TN 37831

☑ Contingent
☐ Unliquidated
☐ Disputed

$8,861.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

BESTOBELL
PO BOX 1015
MATTHEWS NC 28106

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.134.   **Nonpriority creditor's name and mailing address**

BILL'S SEWING MACHINE CO
301 MAIN ST
HILDEBRAN NC 28637

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.135.   **Nonpriority creditor's name and mailing address**

BINSFELD ENGINEERING INC.
4571 WEST MACFARLANE ROAD
MAPLE CITY MI 49664

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.136.**

**Nonpriority creditor's name and mailing address**

BINSWANGER GLASS
PO BOX 976
SALISBURY NC 28145-0976

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.137.**

**Nonpriority creditor's name and mailing address**

BIOCAIR INC.
56 ROLAND ST., SOUTH LOBBY
BOSTON MA 02129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.138.**

**Nonpriority creditor's name and mailing address**

BIRS INC
207 ROBBINS STREET
GREENSBORO NC 27406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$80,850.00

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

3.139.   **Nonpriority creditor's name and mailing address**

BLACKMON SERVICE INC.
1601 CROSS BEAM DR.
CHARLOTTE NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.140.   **Nonpriority creditor's name and mailing address**

BLACKSTONE-NEY ULTRASONICS DIV
9 NORTH MAIN ST
JAMESTOWN NY 14702-0220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.141.   **Nonpriority creditor's name and mailing address**

BLAST-IT ALL COMPANY
PO BOX 1615
SALISBURY NC 28145-1615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.142.** **Nonpriority creditor's name and mailing address**

BLUE CROSS AND BLUE SHEILD - NC
1830 US 15-501 NORTH
CHAPEL HILL NC 27514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCURALS INSURANCE & MEDICAL CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,080,314.84

---

**3.143.** **Nonpriority creditor's name and mailing address**

BLUE RIDGE RUBBER & INDUSTRIAL
1043 SOUTH HIGH STREET
HARRISONBURG VA 22801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.144.** **Nonpriority creditor's name and mailing address**

BLYTHE COMPANY
6012 WAXHAW HWY (HWY75)
MINERAL SPRINGS NC 28108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$708.84

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.145.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.145.**

**Nonpriority creditor's name and mailing address**

BOB WARE RADIATOR SHOP
1231 SOUTH MAIN STREET
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.146.**

**Nonpriority creditor's name and mailing address**

BOCK & CLARK CORPORATION
3550 WEST MARKET ST, STE 200
AKRON OH 44333

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.147.**

**Nonpriority creditor's name and mailing address**

BODYCOTE K-TECH INC
111 K-TECH LANE
HOT SPRINGS AR 71913

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,821.00 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

BOHANAN MANUFACTURING TECHNOLOGIES
2006 DALLAS-CHERRYVILLE HWY
DALLAS NC 28034

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,745.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.149.** **Nonpriority creditor's name and mailing address**

BOSCHERT LLC
4860 BUSH LANE
MOBILE AL 36619-2012

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.150.** **Nonpriority creditor's name and mailing address**

BP AMOCO
150 W WARRENVILLE RD
NAPERVILLE IL 60563-8473

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,374,495.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.151.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BRANDMARK INC
PO BOX 2165
ANDERSON SC 29622

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,689.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.152.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BRENNTAG SOUTHEAST INC
11750 FRUEHAUF DR
CHARLOTTE NC 28273

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,821.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.153.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BRIDGESTONE AMERICAS
535 MARRIOTT DRIVE
NASHVILLE TN 37214

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRIGARD & URRUTIA ABOGADOS
CALLE 70A NO. 4 - 41
11 BOGOTA
COLOMBIA

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.155.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRIGGS CONSTRUCTION EQUIPMENT INC
7205 STATESVILLE ROAD
CHARLOTTE NC 28269

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.156.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRIGGS-SHAFFNER CO
1448 HIGHWAY 601 SOUTH
YADKINVILLE NC 27055

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.157. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.157.  **Nonpriority creditor's name and mailing address**

BRINKMANN INSTRUMENTS INC
ONE CANTIAGUE ROAD
WESTBURY NY 11590-0207

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.158.  **Nonpriority creditor's name and mailing address**

BROOKFIELD ENGINEERING LABS, INC
11 COMMERCE BLVD
MIDDLEBORO MA 02346-1031

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.159.  **Nonpriority creditor's name and mailing address**

BROOKS PIERCE MCLENDON HUMPHREY
230 NORTH ELM STREET
GREENSBORO NC 27401

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN & MORRISON LTD
14201-D SOUTH LAKES DR. - SUITE D
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

$732.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRYAN PENDLETON SWATS & MCALLISTER
PO BOX 352590
TOLEDO OH 43635-2590

☑ Contingent
☐ Unliquidated
☐ Disputed

$38,558.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRYANT ELECTRIC SUPPLY
PO BOX 281002
ATLANTA GA 30384-1002

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,110.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.163.** | |

**3.163.**

**Nonpriority creditor's name and mailing address**

BS&B SAFETY SYSTEMS INC
2316 CROWN POINT EXECUTIVE DR
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,081.52

---

**3.164.**

**Nonpriority creditor's name and mailing address**

BUDD GROUP
PO BOX 890856
CHARLOTTE NC 28289-0856

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.165.**

**Nonpriority creditor's name and mailing address**

BUHLER INC
13105 12TH AVE NORTH
MINNEAPOLIS MN 55441-4405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$23,127.49

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.166.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.166.**

**Nonpriority creditor's name and mailing address**

BULK PROCESS EQUIPMENT INC.
2702 LIGHTHOUSE POINT EAST, UNIT 62
BALTIMORE MD 21224

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.167.**

**Nonpriority creditor's name and mailing address**

BURGMANN SEALS AMERICA INC
10035 BROOKRIVER DR
HOUSTON TX 77040

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.168.**

**Nonpriority creditor's name and mailing address**

BWI DISTRIBUTION INC
PO BOX 972531
DALLAS TX 75397-2531

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

BYRD INDUSTRIAL SERVICES, INC.
600 PEDDYCORD ROAD
KERNERSVILLE NC 27284

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.170.** **Nonpriority creditor's name and mailing address**

C.R. DANIEL, INC.
PO BOX 17211
BALTIMORE MD 21297-1211

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.171.** **Nonpriority creditor's name and mailing address**

CA LITZLER COMPANY INC
4800 W 160TH STREET
CLEVELAND OH 44135-2689

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113,929.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.172.** | **Nonpriority creditor's name and mailing address** |

| 3.172. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.172.** **Nonpriority creditor's name and mailing address**

CAMATRON SEWING MACHINE INC
42 BERGENWOOD RD
FAIRVIEW NJ 07022

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.** **Nonpriority creditor's name and mailing address**

CANMORE CREATIVE GROUP LLC
13218 LONG COMMON PARKWAY
HUNTERSVILLE NC 28078

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.** **Nonpriority creditor's name and mailing address**

CANTRELL & CANTRELL DBA CANCO
1248 ARMORY RD
CHESTER SC 29706

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,994.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

---

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPGEMINI US LLC
98836 COLLECTION CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$94,131.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARAUSTAR CONVERTED PRODUCTS GROUP
PO BOX 935013
ATLANTA GA 31193-5013

☑ Contingent
☐ Unliquidated
☐ Disputed

$731,947.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARL MARKS ADVISORY GROUP
900 3RD AVE FL 33
NEW YORK NY 10022

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.178.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.178.**

**Nonpriority creditor's name and mailing address**

CARLSON WAGONLIT TRAVEL INC
PO BOX 860044
MINNEAPOLIS MN 55486-0044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,196.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.179.**

**Nonpriority creditor's name and mailing address**

CARLTON BATES CO INC
1450-J WEST POINTE DRIVE
DALLAS TX 28214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.180.**

**Nonpriority creditor's name and mailing address**

CAROLINA BELTING COMPANY
3205 RUTHERFORD RD
TAYLORS SC 29687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,232.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLINA BRUSH MFG CO INC
PO BOX 2469
GASTONIA NC 28053

☑ Contingent
☐ Unliquidated
☐ Disputed

$622.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.182. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLINA CHILLERS INC
3810 LADSON RD STE A
LADSON SC 29456

☑ Contingent
☐ Unliquidated
☐ Disputed

$65,236.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.183. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLINA ELEVATOR SERVICE, INC.
740 BARFIELD ROAD
ELGIN SC 29045

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,894.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.184. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

CAROLINA FILTERS INC
109 EAST NEWBERRY AVE
SUMTER SC 29150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,402.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.    Nonpriority creditor's name and mailing address**

CAROLINA FLUID COMPONENTS
9309 STOCKPORT PLACE
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.    Nonpriority creditor's name and mailing address**

CAROLINA INDUSTRIAL EQUIPMENT
6210 DIXIE ROAD
CHARLOTTE NC 28208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,842.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CAROLINA LOOM REED COMPANY INC
3503 HOLTS CHAPEL ROAD
GREENSBORO NC 27401

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.188.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CAROLINA MACHINE WORKS
795 CASON STREET
BELMONT NC 28012-2219

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,442.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.189.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CAROLINA MATERIAL HANDLING INC
2209 PATTERSON CT
GREENSBORO NC 27407-2593

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.190. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CAROLINA OCCUPATIONAL HEALTHCARE
1715 BLANDING ST
COLUMBIA SC 29201

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.191. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CAROLINA ROLLER & SUPPLY CO INC
214 NORTH ASPEN STREET
LINCOLNTON NC 28092

☑ Contingent
☐ Unliquidated
☐ Disputed

$252.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.192. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CAROLINA RUBBER ROLLS COMPANY
21277 NETWORK PLACE
CHICAGO IL 60673-1212

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.193. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.193.  **Nonpriority creditor's name and mailing address**

CAROLINA SEALS INC
1940 DERITA ROAD
CONCORD NC 28027

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,771.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.194.  **Nonpriority creditor's name and mailing address**

CAROLINA SITEWORKS INC
PO BOX 280
CHINA GROVE NC 28023

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.195.  **Nonpriority creditor's name and mailing address**

CAROLINA TELEPHONE/GRAPH CO LLC
100 CENTURYTEL DRIVE
MONROE LA 71203

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,354.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.196.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CAROTEK INC
700 SAM NEWELL ROAD
CHARLOTTE NC 28289-0140

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.197.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARRIER CORPORATION
1711-A CORPORATION PKWY
RALEIGH NC 27604-4896

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,290.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.198.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARSON MACHINE COMPANY INC
3801 W FRANKLIN BLVD
GASTONIA NC 28052-9494

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARTER TRAVELER COMPANY
PO BOX 518
GASTONIA NC 28053

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASHCO INC
PO BOX 414949
KANSAS CITY MO 64141-4949

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASON SRL
VIA PARINI 24
MORNAGO VA 21020
ITALY

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| 3.202. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.202.**

**Nonpriority creditor's name and mailing address**

CATAWBA INDUSTRIAL RUBBER CO INC
4629 DWIGHT EVANS ROAD
CHARLOTTE NC 28217-0907

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.203.**

**Nonpriority creditor's name and mailing address**

CAVOTEC INC
124 HATFIELD RD
STATESVILLE NC 28625

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.204.**

**Nonpriority creditor's name and mailing address**

CBIZ ACCOUNTING, TAX
11440 TOMAHAWK CREEK PKWY
LEAWOOD KS 66211

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CBM
3200 BESSEMER CITY RD
BESSEMER CITY NC 28016

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CC DICKSON CO
PO BOX 740703
ATLANTA GA 30374-0703

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.207. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CC VAUGHAN & SONS INC
728 SUNSET BLVD
WEST COLUMBIA SC 29169-7348

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.208.**

**Nonpriority creditor's name and mailing address**

CDW INC
220 N MILWAUKEE AVE
VERNON HILLS IL 60061

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.209.**

**Nonpriority creditor's name and mailing address**

CELESCO TRANSDUCER PRODUCTS INC
20630 PLUMMER ST
CHATSWORTH CA 91311

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.210.**

**Nonpriority creditor's name and mailing address**

CEM CORPORATION
12750 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.211.** **Nonpriority creditor's name and mailing address**

CENTRIFUGAL TECHNOLOGIES INC
PO BOX 958314
SAINT LOUIS MO 63195

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87,591.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.212.** **Nonpriority creditor's name and mailing address**

CENTROTRADE MINERALS & METALS
1317 EXECUTIVE BLVD, STE 120
CHESAPEAKE VA 23320

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$63,083.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.213.** **Nonpriority creditor's name and mailing address**

CEPSA QUIMICA MONTREAL LP
10200 EAST SHERBROOKE ST
MONTREAL QC H1B 1B4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CERAMCO PRINTECH
11009 CARPET ST.
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

$8,395.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CERAMTEC NORTH AMERICA
ONE TECHNOLOGY PLACE HWY # 14
LAURENS SC 29360

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.216. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CERIDIAN CORPORATION
PO BOX 10989
NEWARK NJ 07193

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CGR PRODUCTS
4655 US 29 NORTH
GREENSBORO NC 27405

*Check all that apply.*                                                           UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                VENDOR

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.218.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHALMERS & KUBECK CO SOUTH -IVG
1050 INDUSTRIAL BLVD
WATKINSVILLE GA 30677

*Check all that apply.*                                                           $14,347.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                VENDOR

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHANDLER CONCRETE COMPANY INC
400 N LONG STREET
SALISBURY NC 28144-4455

*Check all that apply.*                                                           UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                VENDOR

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARDON LABORATORIES INC
7300 TUSSING ROAD
REYNOLDSBURG OH 43068

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHASE PROFESSIONALS
PO BOX 534501
ATLANTA GA 30353-4501

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHATHAM COUNTY TAX COLLECTOR
PO BOX 697
PITTSBORO NC 27312-0697

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **DURAFIBER TECHNOLOGIES (DFT) INC.**                Case number *(if known)* **17-12143**

| | | |
|---|---|---|

**3.223.** **Nonpriority creditor's name and mailing address**

CHATHAM COUNTY UTILITIES
70 SOUTH STREET
PITTSBORO NC 27312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.224.** **Nonpriority creditor's name and mailing address**

CHEMETALL US INC
13177 HURON RIVER DRIVE
ROMULUS MI 48174

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.225.** **Nonpriority creditor's name and mailing address**

CHEMPLEX INDUSTRIES INC
2820 S.W. 42ND AVENUE
PALM CITY FL 34990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHEMPOINT.COM
13727 COLLECTIONS CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.227.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHEMPUMP
959 MEARNS ROAD
WARMINSTER PA 18974

☑ Contingent
☐ Unliquidated
☐ Disputed

$16,246.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.228.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHEMSOLV INC
INDUSTRY AVE SE
ROANOKE VA 24037

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CHEMTURA USA CORPORATION
199 BENSON RD
MIDDLEBURY CT 06749

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CHESAPEAKE MACHINE SHOP
505 CALEB ROAD
SHELBY NC 28152

☑ Contingent
☐ Unliquidated
☐ Disputed

$115.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CHICAGO BLOWER OF CAROLINAS
39 WINECOFF AVE
CONCORD NC 28025-4427

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                           Case number *(if known)* **17-12143**

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHILLER SERVICES INC
PO BOX 668165
CHARLOTTE NC 28266-8165

☒ Contingent
☐ Unliquidated
☐ Disputed

$39,217.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.233.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHRISTINE HARTTER COMM INC
2014 VICTORIAN PLACE
CHARLOTTE NC 28203

☒ Contingent
☐ Unliquidated
☐ Disputed

$8,532.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.234.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHROMALOX
PO BOX 536435
ATLANTA GA 30353-6435

☒ Contingent
☐ Unliquidated
☐ Disputed

$7,308.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.235. **Nonpriority creditor's name and mailing address**

CHT R BEITLICH CORPORATION
5046 OLD PINEVILLE ROAD
CHARLOTTE NC 28224

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.236. **Nonpriority creditor's name and mailing address**

CIDRON FULL SERVICE
5555 PARKCENTER CIRCLE, SUITE 375
DUBLIN OH 43017

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.237. **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
ACCT#17521
CINNCINNATI OH 45263-0803

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,420.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**          Case number *(if known)* **17-12143**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CISCO SYSTEMS CAPITAL CORP
PO BOX 41602
PHILADELPHIA PA 19101-1602

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,105.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CISCO WEBEX, LLC
16720 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,145.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITIBANK OF WILMINGTON - CIGNA STD
NEW LINDEN HILL RD
WILMINGTON DE 19808

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

**3.241.** **Nonpriority creditor's name and mailing address**

CITY ELECTRIC SUPPLY
1901 NORTH MAIN STREET
KANNAPOLIS NC 28082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $52,443.58 |

---

**3.242.** **Nonpriority creditor's name and mailing address**

CITY OF SALISBURY
132 N MAIN STREET
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $15,412.09 |

---

**3.243.** **Nonpriority creditor's name and mailing address**

CLARIANT
3631 COLLECTION CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $4,739.99 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

| 3.244. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.244.

**Nonpriority creditor's name and mailing address**

CLARIANT CORP
DEPT 2212
CAROL STREAM IL 60132-2212

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.245.

**Nonpriority creditor's name and mailing address**

CLARK RELIANCE CORPORATION
PO BOX 347104
PITTSBURGH PA 15251-4104

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.246.

**Nonpriority creditor's name and mailing address**

CLARKE POWER SERVICES INC
3133 EAST KEMPER ROAD
CINCINNATI OH 45241

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.247. **Nonpriority creditor's name and mailing address**

CLASSIC AUTOMATION CORP
795 MONROE AVE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.248. **Nonpriority creditor's name and mailing address**

CLEAN HARBORS ENVIRONMENTAL
200 ARBOR LAKE DR STE 200
COLUMBIA SC 29223

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,791.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.249. **Nonpriority creditor's name and mailing address**

CLEANLITES RECYCLING INC
100 FINE RD
BOILING SPRINGS SC 29303

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.250.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| **3.250.** | **Nonpriority creditor's name and mailing address** |

**3.250.**   **Nonpriority creditor's name and mailing address**

CLEARWATER LOADERS INC
PO BOX 201610
HOUSTON TX 77216-1610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.251.**   **Nonpriority creditor's name and mailing address**

CLEVELAND COMMUNITY COLLEGE
1375 POST RD
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.252.**   **Nonpriority creditor's name and mailing address**

CLEVELAND LUMBER CO INC
217 ARROWOOD STREET
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLIFTONLARSONALLEN LLP
PO BOX 531878
ATLANTA GA 30353-1878

☒ Contingent
☐ Unliquidated
☐ Disputed

$6,615.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.254.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLONINGER FORD INC
511 JAKE ALEXANDER BLVD
SALISBURY NC 28147

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.255.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CMC SENCON INC
132 CITATION LANE
SMITHFIELD NC 27577

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.256. | **Nonpriority creditor's name and mailing address** |

**3.256.** **Nonpriority creditor's name and mailing address**

COATES COMMUNICATIONS CORP
LEXINGTON SHOPPING CENTER
LEXINGTON NC 27295

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.257.** **Nonpriority creditor's name and mailing address**

COATS AMERICAN INC
DEPT 2627
DALLAS TX 75312-2627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.258.** **Nonpriority creditor's name and mailing address**

COHUTTA MACHINERY & SERVICESS
3704 RESACA LAFAYETTE RD NW
SUGAR VALLEY GA 30746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

| 3.259. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

COLEMAN MANUFACTURING & DESIGN LLC
2852 OLD AIRPORT RD
WINNSBORO SC 29180

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.260. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

COLE-PARMER INSTRUMENT COMPANY
13927 COLLECTIONS CENTER DR
CHICAGO IL 60693

☑ Contingent

☐ Unliquidated

☐ Disputed

$7,945.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.261. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

COLLEGE OF TEXTILES
PO BOX 8301
RALEIGH NC 27695-8301

☑ Contingent

☐ Unliquidated

☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLLINS PUMPS & CONTROL SVS INC
43 W 11TH ST
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.263.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COMBUSTION SERVICES INC
101 MOUNTAIN RIDGE IND. PARK
TAYLORS SC 29687

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.264.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COMMISSIONER OF INLAND REVENUE
REVENUE TOWER, 5 GLOUCESTER ROAD
WAN CHAI
HONG KONG

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.265.**

**Nonpriority creditor's name and mailing address**

COMPUTER EXTENSION
PO BOX 61114
COLUMBIA SC 29260-1114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.266.**

**Nonpriority creditor's name and mailing address**

CONAIR GROUP INC
455 ALLEGHENY BLVD
FRANKLIN PA 16323

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.267.**

**Nonpriority creditor's name and mailing address**

CONEXIS
PO BOX 8363
PASADENA CA 91109-8363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,749.66

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.268.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| CONITEX-SONOCO USA<br>1302 INDUSTRIAL PIKE<br>GASTONIA NC 28052 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,581.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| CONNECTION TECHNOLOGY CENTER INC<br>7939 RAE BLVD<br>VICTOR NY 14564 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| CONOFLOW<br>PO BOX 240827<br>CHARLOTTE NC 28224-0827 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.271. | **Nonpriority creditor's name and mailing address** |

CONTAMINANT CONTROL, INC
281 LANE PARKWAY
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.272.   **Nonpriority creditor's name and mailing address**

CONTRACT INDUSTRIAL CONTROL, LLC
PO BOX 2342
APPLETON WI 54912-2342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.273.   **Nonpriority creditor's name and mailing address**

CONTROL CORPORATION OF AMERICA
9301-B FORSYTH PARK DRIVE
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                      Case number *(if known)* **17-12143**

---

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTROL ELEMENTS INC
302 OLD BELL ROAD
ST. GEORGE SC 29477

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.275.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTROL INDUSTRIES INC
1901 TELEDYNE ROAD
MONROE NC 28110-9013

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTROL SERVICES COMPANY
6835 EAST WT HARRIS BLVD
CHARLOTTE NC 28215

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

---

**3.277.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---

**3.277.**

**Nonpriority creditor's name and mailing address**

CONTROLS & INSTRUMENTATION CO INC
7950 WESTWINDS BLVD
CONCORD NC 28027

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.278.**

**Nonpriority creditor's name and mailing address**

CONVERGEONE, INC.
3344 HIGHWAY 149
EAGAN MN 55121

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.279.**

**Nonpriority creditor's name and mailing address**

COPERION CORPORATION
590 WOODBURY GLASSBORO RD
SEWELL NJ 08080

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,146.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

| 3.280. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.280.**

**Nonpriority creditor's name and mailing address**

COPERION K-TRON PITMAN INC
WOODBURY GLASSBORO ROAD
PITTSBURGH PA 08080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,398.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.281.**

**Nonpriority creditor's name and mailing address**

CORN SERVICE CO INC
1710 PACOLET CT
GASTONIA NC 28052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,159.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.282.**

**Nonpriority creditor's name and mailing address**

CORRPRO COMPANIES, INC
1055 WEST SMITH RD
MEDINA OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

COSA INSTRUMENT CORPORATION
55 OAK ST
NORWOOD NJ 07648

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.284.** **Nonpriority creditor's name and mailing address**

COVAN'S INSULATION COMPANY, INC.
534 CORBIN RD.
HONEA PATH SC 29654

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,496.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.285.** **Nonpriority creditor's name and mailing address**

CP METAL CRAFTERS INC
206 RUNYAN RD
GROVER NC 28073

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

**3.286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRANE & RIGGING CORPORATION
PO BOX 1848
YADKINVILLE NC 27055

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,674.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.287.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRANE PRO SERVICES
6126-A BROOKSHIRE BLVD
CHARLOTTE NC 28216

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.288.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRESPAC INC
4775 N ROYAL ATLANTA DR
TUCKER GA 30084

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.289.** | |

**Nonpriority creditor's name and mailing address**

CRI TOLLING, LLC
300 INTERNATIONAL BLVD
FOUNTAIN INN SC 29644

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,960.00

---

**3.290.**

**Nonpriority creditor's name and mailing address**

CRITICAL POWER SERVICES INC
4732 LEBANON RD
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.291.**

**Nonpriority creditor's name and mailing address**

CRODA INC
300A COLUMBUS CR
EDISON NJ 08837-3907

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSS COMPANY
2001 OAKS PKWY
BELMONT NC 28012

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.293. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROWN CREDIT COMPANY
PO BOX 640352
CINCINNATI OH 45264-0352

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,031.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.294. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROWN LIFT TRUCKS
2421 EXECUTIVE ST
CHARLOTTE NC 28208-3635

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRX LABORATORIES LLC
PO BOX 1245
ATHENS TN 37371-1245

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,632.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CSC CORPORATE DOMAINS INC
2711 CENTERVILLE RD
WILMINGTON DE 19808

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.297. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CT LIEN DALLAS

☑ Contingent
☐ Unliquidated
☐ Disputed

$808.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                              Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| CUMMINS ATLANTIC LLC<br>3700 N I-85<br>CHARLOTTE NC 28206 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.299.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CUNO FILTRATION SALES
613 INDUSTRIAL RD
PALATINE IL 7072

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.300.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CUSTOM INDUSTRIES INC
PO BOX 785
BELMONT NC 28012

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.301.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CUSTOM SYNTHESIS, LLC
1704 DENVER ROAD
ANDERSON SC 29623

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.302.** **Nonpriority creditor's name and mailing address**

CWIS INDUSTRIAL SOLUTIONS, CORP
1510 HAWKINS AVE.
SANFORD NC 27330

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$159.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.303.** **Nonpriority creditor's name and mailing address**

CYGNET USA INC.
11932 BAKER PL
SANTA FE SPRINGS CA 90670

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,579.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                           Case number *(if known)* **17-12143**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.304.

**Nonpriority creditor's name and mailing address**

CYRCO
WEAVER, BENNETT & BLAND, PA.
196 N. TRADE ST.
MATTHEWS NC 28105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.305.

**Nonpriority creditor's name and mailing address**

CYRCO INC
7611 BOEING DRIVE
GREENSBORO NC 27417

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$64,171.03

---

3.306.

**Nonpriority creditor's name and mailing address**

D A LUBRICANT CO
1340 W 29TH STREET
INDIANAPOLIS IN 46208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.307.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |

**3.307.** **Nonpriority creditor's name and mailing address**

D&S CONSTRUCTION COMPANY
155 BRICKPLANT RD
MONCURE NC 27559

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.308.** **Nonpriority creditor's name and mailing address**

D-A LUBRICANT CO INC
PO BOX 712319
CINCINNATI OH 45271-2319

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.309.** **Nonpriority creditor's name and mailing address**

DALLAS MACHINE CO
610 EAST AIRLINE
GASTONIA NC 28052

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.310.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

DANFOSS BAUER
31 SCHOOLHOUSE RD
SOMERSET NJ 08873

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.311.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DAPARAK INC
9305 MONROE RD SUITE E
CHARLOTTE NC 28270

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.312.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DATACOLOR INC
PO BOX 200834
PITTSBURGH PA 15251-0834

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,557.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.313. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVIS & FLOYD INC
PO BOX 428
GREENWOOD SC 29648

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.314. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVIS STANDARD
36 S ADAMSVILLE RD
SOMERVILLE NJ 08876

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.315. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAWSON ASSOCIATES, INC.
922-B HURRICANE SHOALS RD
LAWRENCEVILLE GA 30043

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DC CHEM-DRY<br>PO BOX 5043<br>SALISBURY NC 28144-0088 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.317.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DDRTC BIRKDALE VILLAGE, LLC<br>JARED SCHMIDT<br>P.O. BOX 78058<br>LOEBSACK & BROWNLEE, PLLC<br>CHARLOTTE NC 28271 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.318.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DELL INC<br>ONE DELL WAY<br>ROUND ROCK TX 78682 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87,613.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

**3.319.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.319.**

**Nonpriority creditor's name and mailing address**

DELOITTE
111 SOUTH WACKER DR.
CHICAGO IL 60606-4301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.320.**

**Nonpriority creditor's name and mailing address**

DELOITTE TAX LLP
PO BOX 844736
DALLAS TX 75284-4736

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$54,080.00

---

**3.321.**

**Nonpriority creditor's name and mailing address**

DELOITTE US TAX SERVICES
PO BOX 844736
DALLAS TX 75284-4736

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

MISC. ACCRUED LIABILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$225,000.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| 3.322. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

DELTA DENTAL OF NORTH CAROLINA
4208 SIX FORKS ROAD, SUITE 912
RALEIGH NC 27609

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.323. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

DELTA SCALE INC
14200 SOUTH LAKES DRIVE
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.324. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

DENMAR PUBLIC WAREHOUSE INC
PO BOX 994
CONCORD NC 28026

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,897.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.325.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DENT INSTRUMENTATION LTD.
ENTERPRISE WAY, COLNE
LANCASHIRE, BB8 8LY LA
UNITED KINGDOM

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,592.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.326.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DEPENDABLE DRUM CO INC
103 ADELAIDE DRIVE
GREENVILLE SC 29608

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.327.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DET NORSKE VERITAS (USA), INC
ONE INTERNATIONAL BLVD STE 406
MAHWAH NJ 07495

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC.<br>13620 REESE BLVD<br>SUITE 400<br>HUNTERSVILLE NC 28078 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $26,484,001.48
| **Date or dates debt was incurred**<br><br>_____ | **Basis for the claim:**<br>INTERCOMPANY NOTE - BALANCES AS OF AUGUST 2017 |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**3.329.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DFT EUROPE SARL<br>5, RUE BOMMEL<br>HAUTCHARAGE 4940<br>LUXEMBOURG | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**3.330.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DFT GMBH<br>BERLINER STRASSE<br>BAD HERSFELD<br>GERMANY | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.331.

**Nonpriority creditor's name and mailing address**

DFT LONGLAVILLE
13620 REESE BOULEVARD EAST, SUITE 400
HUNTERSVILLE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.332.

**Nonpriority creditor's name and mailing address**

DHL
16592 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$108.42

---

3.333.

**Nonpriority creditor's name and mailing address**

DIAMOND SPRINGS WATER INC
1840 LINDBERG ST
CHARLOTTE NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,417.35

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DICKOW PUMP COMPANY INC
1738 SANDS PLACE S E #200
MARIETTA GA 30067

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,473.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.335. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIEBOLD INCORPORATED
PO BOX 643543
PITTSBURGH PA 15264-3543

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,589.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.336. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIXIE RUBBER AND PLASTICS
100 B INDUSTRIAL DR
GREENVILLE SC 29607

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.337.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DM&E CORPORATION<br>PO BOX 580<br>SHELBY NC 28151-0580 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.338.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DOLLINGER CORP<br>4647 SW 40TH AVENUE<br>OCALA FL 34474 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.339.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DOMINION FIBER TECHNOLOGIES<br>4590 VAWTER AVE<br>RICHMOND VA 23222 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.340.**

**Nonpriority creditor's name and mailing address**

DONALD F KAPP & ASSOCIATES, INC
PO BOX 103
GREENVILLE SC 29602-0103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.341.**

**Nonpriority creditor's name and mailing address**

DOW CHEMICAL COMPANY
2030 WILLARD H DOW CENTER
MIDLAND MI 48674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.342.**

**Nonpriority creditor's name and mailing address**

DOW CORNING CORP
PO BOX 994
MIDLAND MI 48640-0994

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.343.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |

**3.343.**

**Nonpriority creditor's name and mailing address**

DRESSER-RAND CO
1101 CAVALIER BLVD
CHESAPEAKE VA 23323

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.344.**

**Nonpriority creditor's name and mailing address**

DUBOIS CHEMICALS INC
2659 SOLUTION CENTER
CHICAGO IL 60677-2006

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.345.**

**Nonpriority creditor's name and mailing address**

DUKE ENERGY
422 SOUTH CHURCH ST
CHARLOTTE NC 28202-1904

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$1,930,471.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR (INCLUDING ACCURED ENERGY COSTS)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 3.346. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

DUN & BRADSTREET
PO BOX 75434
CHICAGO IL 60675-5434

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.347. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

DUO FAST CAROLINAS INC
1923 JOHN CROSLAND JR DR
CHARLOTTE NC 28208-5554

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.348. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

DURAFIBER LOCKBOX
PO BOX 733210
DALLAS TX 75373-3210

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.349.**

**Nonpriority creditor's name and mailing address**

DURAFIBER TECHNOLOGIES (DFT)
7401 STATESVILLE BLVD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.350.**

**Nonpriority creditor's name and mailing address**

DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC.
13620 REESE BLVD
SUITE 400
HUNTERSVILLE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE - BALANCE AS OF AUGUST 2017 WITH INTERCOMPANY RECEIVABLES NETTED AGAINST INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,467,669.65

---

**3.351.**

**Nonpriority creditor's name and mailing address**

DURAFIBER TECHNOLOGIES MEXICO
AV. DE LA LUZ 77
QUERETARO, QRO, (MEXICO) QRO 76120
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 3.352. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

DUREX INDUSTRIES
190 DETROIT STREET
CARY IL 60013-2979

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.353. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

DWYER INSTRUMENTS
12243 NATIONS FORD RD
CHARLOTTE NC 28289

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.354. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

DYKEMA RUBBER BAND CO
4075 WINDGAP AVE. BUILDING 5
PITTSBURG PA 15204

☑ Contingent
☐ Unliquidated
☐ Disputed

$578.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DYNATECH SERVICES, LLC
PO BOX 12188
CHARLOTTE NC 28220

*Check all that apply.*

**Amount of claim**

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.356. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DYNISCO INSTRUMENTS
38 FORGE PARKWAY
FRANKLIN MA 02038

*Check all that apply.*

**Amount of claim**

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.357. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

EAST COAST METAL DISTRIBUTORS INC
1313 SOUTH BRIGGS AVE
DURHAM NC 27519

*Check all that apply.*

**Amount of claim**

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**3.358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.358.** **Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIMINATION DIV
26252 NETWORK PLACE
CHICAGO IL 60673-1262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$220.00

---

**3.359.** **Nonpriority creditor's name and mailing address**

EDMUND ERDMANN ENTERPRISES INC
3727 ROSE LAKE DRIVE SUITE 102
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.360.** **Nonpriority creditor's name and mailing address**

EDWARDS WOOD PRODUCTS, INC.
PO BOX 198963
ATLANTA GA 30384-8963

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EH TURNER MFG CO INC
710 ANNE ST
GRIFFIN GA 30224-3974

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,638.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.362. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EIMCO PROCESS EQUIPMENT CO
PO BOX 300
SALT LAKE CITY UT 84110

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.363. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EJ BROOKS CO
409 HOOSIER DRIVE
ANGOLA IN 46703

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.364. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELDON SPECIALTIES INC
821 EAST PARKER ST EXT
GRAHAM NC 27253

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,715.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.365. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELECTRIC CONTROL & SUPPLY, INC.
300 BUCKNER ROAD
COLUMBIA SC 29203

☑ Contingent
☐ Unliquidated
☐ Disputed

$8,114.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.366. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELECTRIC MOTOR & REPAIR INC
125 HUCKABEE RD
COLUMBIA SC 29202

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.367. **Nonpriority creditor's name and mailing address**

ELECTRIC MOTOR SERVICE INC
PO BOX 16807
ATLANTA GA 30321-0807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.368. **Nonpriority creditor's name and mailing address**

ELECTRIC SUPPLY & EQUIPMENT CO INC
1000 CLASIC ROAD
APEX NC 27502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.369. **Nonpriority creditor's name and mailing address**

ELECTRICAL SOUTH INC
23427 NETWORK PL
CHICAGO IL 60673-1234

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.370.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.370.**

**Nonpriority creditor's name and mailing address**

ELECTROMATIC EQUIPMENT CO INC
600 OAKLAND AVE
CEDARHURST NY 11516

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.371.**

**Nonpriority creditor's name and mailing address**

ELECTRONIC MAINTENANCE ASSOC INC
5220 LANGFORD PARK DRIVE STE A
NORCROSS GA 30071

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.372.**

**Nonpriority creditor's name and mailing address**

ELEMENT FINANCIAL CORPORATION
PO BOX 100363
ATLANTA GA 30384-0363

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40,702.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ELEMICA, INC.
550 E SWEDESFORD RD, STE 310
WAYNE PA 19087

☒ Contingent
☐ Unliquidated
☐ Disputed

$13,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ELEVATING EQUIPMENT INSPECTION
PO BOX 11551
ROANOKE VA 24022

☒ Contingent
☐ Unliquidated
☐ Disputed

$410.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.375. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ELEVATOR SPECIALISTS OF CAROLINA IN
405 CREEK HAVEN DRIVE
HOLLY SPRINGS NC 27540

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.376.** | **Nonpriority creditor's name and mailing address** |

**3.376.**

**Nonpriority creditor's name and mailing address**

ELTEX US INCORPORATED
13031 E WADE HAMPTON BLVD
CHARLOTTE NC 29551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.377.**

**Nonpriority creditor's name and mailing address**

EM MACHINERY SERVICES LLC
6160 BRINKLEY PARK DR.
BELEWS CREEK NC 27009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.378.**

**Nonpriority creditor's name and mailing address**

EMAC², INC.
1930 GERVAIS STREET
COLUMBIA SC 29201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMCO
97743 EAGLE WAY
CHICAGO IL 60678-1977

☒ Contingent
☐ Unliquidated
☐ Disputed

$7,007.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.380. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMERALD FOAM CONTROL LLC
4910 TIEDEMAN ROAD, LOCKBOX 74013
CLEVELAND OH 44144

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.381. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMERSON PROCESS MANAGEMENT
835 INNOVATION DR
KNOXVILLE KY 37932

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.382. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

EMORY WILSON PROCESS
100 MAIN ST
FT MILL SC 29715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,407.95

---

3.383.   **Nonpriority creditor's name and mailing address**

EMS-CHEMIE (NORTH AMERICA) INC.
2060 CORPORATE WAY
SUMTER SC 29151-1717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.384.   **Nonpriority creditor's name and mailing address**

EMSCO
PO BOX 740982
ATLANTA GA 30374-0982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.385.**   **Nonpriority creditor's name and mailing address**

EN POINTE TECHNOLOGIES
PO BOX 514429
LOS ANGELES CA 90051-4429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.386.**   **Nonpriority creditor's name and mailing address**

ENDRESS & HAUSER INC
13900-A SOUTH LAKES DRIVE
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.387.**   **Nonpriority creditor's name and mailing address**

ENERPHASE INDUSTRIAL SOLUTIONS INC.
203 AERO COURT
GREENSBORO NC 27409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.388.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| **3.388.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ENGINEERED AIR SYSTEMS INC<br>PO BOX 25111<br>GREENVILLE SC 29616 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.389.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ENGINEERED SYSTEMS INC<br>1121 DUNCAN REIDVILLE RD<br>DUNCAN SC 29334 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.390.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ENTERPRISE IT SOLUTIONS<br>4726A PARK ROAD<br>CHARLOTTE NC 28209 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,088.44 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.391.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENVIRONMENTAL PRODUCTS SALES INC
4919 ALBEMARLE ROAD SUITE 104
CHARLOTTE NC 28205

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.392.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENVIRONMENTAL RESOURCES MANAGEMENT
BOX NO. 2701- PO BOX 8500
PHILADELPHIA PA 19178-2701

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.393.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENVIRONMENTAL SOURCE SAMPLERS INC.
436 RALEIGH STREET
WILMINGTON NC 28412

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.394.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

EPCO SERVICE INC.
592 LATTIMORE ROAD
RUTHERFORDTON NC 28139

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.395.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EPIC ENTERPRISES INC
PO BOX 979
SOUTHERN PINES NC 28388

☑ Contingent
☐ Unliquidated
☐ Disputed

$74.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.396.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EQUINIX, INC.
4252 SOLUTIONS CENTER
CHICAGO IL 60677-4002

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,690.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.397. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

EREMA NORTH AMERICA INC
23 OLD RIGHT ROAD
IPSWICH MA 01938

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.398.   **Nonpriority creditor's name and mailing address**

ERHARDT AND LEIMER INC
350 TUCAPAU RD
DUNCAN SC 29334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$28,852.32

---

3.399.   **Nonpriority creditor's name and mailing address**

ESSINTIAL ENTERPRISE SOLUTIONS
75 REMITTANCE DR STE 6521
CHICAGO IL 60675-6521

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

3.400.    **Nonpriority creditor's name and mailing address**

ESTUDIO MUÑIZ
CALLE LAS BEGONIAS N° 475, PISO 7
SAN ISIDRO 06
LIMA
PERU

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.401.    **Nonpriority creditor's name and mailing address**

ETECH RND INC
PO BOX 88
LANCASTER SC 29721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.402.    **Nonpriority creditor's name and mailing address**

ETHOX CHEMICALS INC
PO BOX 5094
GREENVILLE SC 29606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,860.40

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.403. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EVERHARD PRODUCTS INC<br>1016 9TH ST SW<br>CANTON OH 44707 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $243.14 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.404. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EVS US, INC.<br>319 GARLINGTON ROAD STE B4<br>GREENVILLE SC 29615 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.405. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EXCEL, INC.<br>509 LEE AVENUE<br>LINCOLNTON NC 28093 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.406.** **Nonpriority creditor's name and mailing address**

EXCIDE TECHNOLOGIES
PO BOX 933482
ATLANTA GA 31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.407.** **Nonpriority creditor's name and mailing address**

EXIM LTD
PO BOX 1785
GREENVILLE SC 29602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.408.** **Nonpriority creditor's name and mailing address**

EYE CARE CENTER
2120 STATESVILLE BLVD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,910.00

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| 3.409. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAB-TEC INC
620 W FRANKLIN BLVD
GASTONIA NC 28053

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAIRFIELD COUNTY CHAMBER OF
PO BOX 297
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAIRFIELD COUNTY TREASURER
PO BOX 7
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

**3.412.** **Nonpriority creditor's name and mailing address**

FANGDA PARTNERS
NO. 1, JIAN GUO MEN WAI AVENUE
BEIJING 100004
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$81,766.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.413.** **Nonpriority creditor's name and mailing address**

FAR PACKAGING COMPANY INC
2905 AIR PARK RD
FUQUAY VARINA NC 27526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.414.** **Nonpriority creditor's name and mailing address**

FASTENAL
658 WILSON RD
NEWBERRY SC 29108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.415. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FCX CHARLOTTE
9771-C SOUTHERN PINE BLVD
CINCINNATI OH 45271

☑ Contingent
☐ Unliquidated
☐ Disputed

$36,108.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.416. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,400.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.417. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FERGUSON DESIGN
3701 PERFORMANCE ROAD
CHARLOTTE NC 28214

☑ Contingent
☐ Unliquidated
☐ Disputed

$420.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.418. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.418.**

**Nonpriority creditor's name and mailing address**

FERGUSON HEATING & COOLING
102 CORPORATE BLVD
WEST COLUMBIA SC 29169-4610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.419.**

**Nonpriority creditor's name and mailing address**

FIDELITY SECURITY LIFE INSURANCE
PO BOX 632530
CINCINNATI OH 45263-2530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$423.37

---

**3.420.**

**Nonpriority creditor's name and mailing address**

FIKE CORPORATION
PO BOX 1265
BLUE SPRINGS MO 64013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$3,452.53

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 151 of 462

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.421. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

FILTEC PRECISE INC
218 US HWY 701 N BYPASS
TABOR CITY NC 28463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.422.   **Nonpriority creditor's name and mailing address**

FILTER SALES & SERVICE
620 ELECTRIC DRIVE
SUMTER SC 29153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$168.54

---

3.423.   **Nonpriority creditor's name and mailing address**

FILTERS FAST LOCAL SERVICE, LLC
5923-A STOCKBRIDGE DRIVE
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

**3.424.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FINANCIAL SEARCH GROUP
1170 BAYVIEW ROAD
PETOSKEY MI 49770

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.425.** **Nonpriority creditor's name and mailing address**

FIRESTONE FIBERS & TEXTILES CO, LLC
100 FIRESTONE LN
KINGS MOUNTAIN NC 28086

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.426.** **Nonpriority creditor's name and mailing address**

FIRESTONE POLYMERS
24615 NETWORK PLACE
CHICAGO IL 60673-1246

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 3.427. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | FIRST AMERICAN TITLE INSURANCE C<br>2 LIBERTY PLACE<br>PHILADELPHIA TX 19102 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.428. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | FISH & TSANG LLP<br>2603 MAIN STREET<br>IRVINE CA 92614-4271 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,990.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.429. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | FISHER SAFETY COMPANY<br>4500 TURNBERRY DRIVE<br>HANOVER PARK IL 60103 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.430.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.430.**

**Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
3970 JOHNS CREEK CT, STE 500
SUWANEE GA 30024

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40,068.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.431.**

**Nonpriority creditor's name and mailing address**

FI-TECH INC
2400 PARI WAY
MIDLOTHIAN VA 23112

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,740.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.432.**

**Nonpriority creditor's name and mailing address**

FLUID COMPONENTS INTL
PO BOX 221918
CHARLOTTE NC 28222

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.433. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLUID ENERGY INDUSTRIAL LLC
PO BOX 751278
CHARLOTTE NC 28275

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.434. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLUID FLOW PRODUCTS
2108 CROWN VIEW DR
CHARLOTTE NC 28227

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,998.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.435. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLUID POWER OF THE CAROLINAS INC
108 WEST CLARK STREET
PINEWOOD SC 29125

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.436. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLUIDAIR INC
28 BOLAND COURT
GREENVILLE SC 29615

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.437. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLUKE ELECTRONICS CORPORATION
7272 COLLECTION CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.438. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FMS USA, INC.
2155 STONINGTON AVE.
HOFFMAN ESTATES IL 60169

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **DURAFIBER TECHNOLOGIES (DFT) INC.**                Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.439.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

FORCE MEASUREMENT SERVICES INC
10509 BAILEY RD
CORNELIUS NC 28031

**Amount of claim**

$2,997.90

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.440.**   **Nonpriority creditor's name and mailing address**

FORMS & SUPPLY INC
6410 ORR RD.
CHARLOTTE NC 28213

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$446.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.441.**   **Nonpriority creditor's name and mailing address**

FOSS NIRSYSTEMS
12101 TECH RD
ATLANTA GA 20904

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                        Case number *(if known)* **17-12143**

| 3.442. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRANKL & THOMAS INC
PO BOX 26329
GREENVILLE SC 29616-1329

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,240.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.443. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRANKLIN PLUMBING
2624 ALPINE RD
COLUMBIA SC 29223

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.444. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274-0407

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,723.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.445.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FRONTIER SPINNING MILLS INC
PO BOX 890011
CHARLOTTE NC 28289

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$22,418.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.446.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FTS LEESONA
2727 TUCKER ST
BURLINGTON NC 27215

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$675.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.447.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FUCHS LUBRICANTS COMPANY
2140 SOUTH 88TH ST
KANSAS CITY KS 66111

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.448. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.448. **Nonpriority creditor's name and mailing address**

G & W EQUIPMENT INC
TOMBERLIN LAW OFFICE
428 E 4TH ST STE 101
RICHARD H TOMBERLIN
CHARLOTTE NC 28202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.449. **Nonpriority creditor's name and mailing address**

G&W EQUIPMENT INC.
600 LAWTON ROAD
CHARLOTTE NC 28216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19,369.83

---

3.450. **Nonpriority creditor's name and mailing address**

GAI-TRONICS CORP
25413 NETWORK PLACE
CHICAGO IL 60673-1254

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALA INDUSTRIES INC
181 PAULEY STREET
EAGLE ROCK VA 24085

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,584.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALBRAITH LABORATORIES, INC.
2323 SYCAMORE DRIVE
KNOXVILLE TN 37921-1700

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARDNER DENVER INC/HOFFMAN
PO BOX 952453
SAINT LOUIS MO 63195

☑ Contingent
☐ Unliquidated
☐ Disputed

$21,987.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.454.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GARTNER, INC.
12651 GATEWAY BLVD
FT. MYERS FL 33913

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.455.** **Nonpriority creditor's name and mailing address**

GAS DRYING INC
PO BOX 504
WHARTON NJ 07885

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$984.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.456.** **Nonpriority creditor's name and mailing address**

GASTEX LLC
3051 ABERDEEN BLVD
GASTONIA NC 28054

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$912.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.457.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GASTON COLLEGE SPECIAL FUNDS
201 HIGHWAY 321 SOUTH
DALLAS NC 28034

☑ Contingent
☐ Unliquidated
☐ Disputed

$13,943.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.458.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GASTON SPRINKLER INC
3037 CLONINGER ROAD
DALLAS NC 28034

☑ Contingent
☐ Unliquidated
☐ Disputed

$21,735.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.459.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GASTONIA RADIATOR SERVICE
1435 UNION-NEW HOPE ROAD
GASTONIA NC 28056

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                            Case number *(if known)* **17-12143**

| 3.460. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GDS INC
PO BOX 9001099
LOUISVILLE KY 40290-1099

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.461. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GE
7796 COLLECTION CENTER DRIVE
ATLANTA GA 60693-0077

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87,598.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.462. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GELCO FLEET SERVICES
THREE CAPITAL DRIVE
EDEN PRAINE MN 55344

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$121,614.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.463.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.463.**

**Nonpriority creditor's name and mailing address**

GENE STONER HAULING AND GRADING INC
3770 BRINGLE FERRY ROAD
SALISBURY NC 28146

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.464.**

**Nonpriority creditor's name and mailing address**

GEOCYCLE LLC
6211 ANN ARBOR RD
CHARLOTTE NC 28260-2104

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.465.**

**Nonpriority creditor's name and mailing address**

GEODIS LOGISTICS, LLC
15604 COLLECTIONS CENTER DR.
CHICAGO IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$1,360,201.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

MISC. ACCRUED LIABILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.466.** | **Nonpriority creditor's name and mailing address** |

**3.466.**

**Nonpriority creditor's name and mailing address**

GEORGE E. MISSBACH & CO
3715 NORTHSIDE PKWY NW STE 3-675
ATLANTA GA 30327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.**

**Nonpriority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374-0317

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.**

**Nonpriority creditor's name and mailing address**

GEORGIA-PACIFIC
HIGHWAY 28 WEST
TAYLORSVILLE MS 39168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,893.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.469.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.469.**

**Nonpriority creditor's name and mailing address**

GERRARD & ASSOCIATES INC
154 LAKE PINE RD
MORRISVILLE NC 28117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.470.**

**Nonpriority creditor's name and mailing address**

GHA TECHNOLOGIES, INC
8998 EAST RAINTREE DRIVE
SCOOTSDALE AZ 85260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,974.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.471.**

**Nonpriority creditor's name and mailing address**

GHX INDUSTRIAL, LLC
1295 SOUTH PARK DRIVE
HOUSTON TX 27284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,710.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| | | |
|---|---|---|
| 3.472. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GIANT RESOURCE RECOVERY-HARLEYVILLE
D MIDLAND PARKWAY
SUMMERVILLE SC 29485

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$28,220.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | |
|---|---|---|
| 3.473. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GILBOS OF AMERICA, INC.
1812 ANTIOCH RD
DALTON GA 30721

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$43,483.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | |
|---|---|---|
| 3.474. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GLCC LAUREL LLC
ONE GREAT LAKES BLVD
WEST LAFAYETTE IN 47906

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.475.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GLOBAL KNOWLEDGE NETWORK INC
9000 REGENCY PKWY, STE 500
CARY NC 27512

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.476.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GOODWAY TECHNOLOGIES CORPORATION
420 WEST AVENUE
STAMFORD CT 06902-6384

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,299.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.477.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GOODYEAR TIRE & RUBBER CO.
200 INNOVATION WAY
AKRON OH 44316-0001

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,486.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

---

| 3.478. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOULSTON TECHNOLOGIES INC
PO BOX 530029
ATLANTA GA 30353-0029

☑ Contingent
☐ Unliquidated
☐ Disputed

$76,819.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.479. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAF METALLIC OF AMERICA INC
104 BELTON DRIVE
SPARTANBURG SC 29301

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.480. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAHAM CORPORATION
900 THIRD AVENUE, 33RD FLOOR
NEW YORK NY 10022-4775

☑ Contingent
☐ Unliquidated
☐ Disputed

$31,229.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.481.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.481.**

**Nonpriority creditor's name and mailing address**

GRAINGER INC
DEPT 854502945
PALATINE IL 60038-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.482.**

**Nonpriority creditor's name and mailing address**

GRANITE KNITWEAR DBA CAL CRU
805 S. SALISBURY AVE.
GRANITE QUARRY NC 28072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.483.**

**Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
4140 PARKLAKE AVE, STE 130
RALEIGH NC 27612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCURALS AUDIT & LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$380,169.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.484.**   **Nonpriority creditor's name and mailing address**

GRAPHIC CONTROLS CORP
189 VAN RENSSELAER STREET
BUFFALO NY 14210-1345

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$355.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.485.**   **Nonpriority creditor's name and mailing address**

GRAPHIC CONTROLS LLC
400 EXCHANGE ST
BUFFALO NY 14240

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.486.**   **Nonpriority creditor's name and mailing address**

GRAYBAR ELECTRIC COMPANY INC
PO BOX 403052
ATLANTA GA 30384-3052

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                        Case number *(if known)* **17-12143**

---

**3.487.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GREAT AMERICAN GRP ADV/VAL SVCS LLC
21860 BURBANK BLVD, STE 300 SOUTH
WOODLAND HILLS CA 91367

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.488.** **Nonpriority creditor's name and mailing address**

GREAT AMERICAN INSURANCE COMPANIES
SOLUTIONS CENTER
CHICAGO IL 60677-3005

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$80,943.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.489.** **Nonpriority creditor's name and mailing address**

GREAT AMERICAN INSURANCE COMPANY
301 EAST 4TH STREET
CINCINNATI OH 45202

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$726,681.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS' COMPENSATION INSURANCE
RESERVE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.490.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| **Amount of claim** |
|---|

GREEN GLOBE SERVICES, INC.
10198 GUILFORD ROAD SUITE 100
JESSUP MD 20794-9529

☑ Contingent
☐ Unliquidated
☐ Disputed

$13,250.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.491.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| **Amount of claim** |
|---|

GREEN LAWN MAINTENANCE
99 LOBLOLLY AVENUE
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,315.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.492.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| **Amount of claim** |
|---|

GREENVILLE INDUSTRIAL RUBBER &
PO BOX 4469
GREENVILLE SC 29608

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.493. **Nonpriority creditor's name and mailing address**

GRIFFIN GEAR CO
BOX 202
ROEBUCK SC 29376

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.494. **Nonpriority creditor's name and mailing address**

GRINDTEC ENTERPRISES CORP
3402 MOORESVILLE ROAD
SALISBURY NC 28147-8828

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,702.00

---

3.495. **Nonpriority creditor's name and mailing address**

GTP GREENVILLE, INC-AMERICA PICANOL
1801 RUTHERFORD RD
GREENVILLE SC 29609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.496. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GUANGDONG SCIHEAD HUIHUA LAW FIRM
1508 HUIHUA COMMERICAL & TRADE BLDG
GUANGZHOU 190 510070
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.497.    **Nonpriority creditor's name and mailing address**

GULF PHOTONICS, INC
448 COMMERCE BLVD
OLDSMAR FL 34677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.498.    **Nonpriority creditor's name and mailing address**

GUYSON CORPORATION OF USA
13 GRANDE BLVD
SARATOGA SPRING NY 12866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.499. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

H&H PEST CONTROL INC
520 E DIXON BLVD
SHELBY NC 28152

☒ Contingent
☐ Unliquidated
☐ Disputed

$977.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.500. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

H3 ENVIRONMENTAL INC
6 WOODCREST ROAD
ASHEVILLE NC 28804

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.501. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HACH COMPANY
2207 COLLECTIONS CENTER DR
CHICAGO IL 60693

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,130.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

| 3.502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAGAN KENNINGTON OIL CO INC
INDUSTRIAL PIKE RD
GASTONIA NC 28052

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,199.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.503. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HALLMARK FABRICATORS INC
601 GORDON AVE
RICHMOND VA 23224

☑ Contingent
☐ Unliquidated
☐ Disputed

$162.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.504. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAMMOND ELECTRONICS, INC.
22-C OAK BRANCH DR
GREENSBORO NC 27407

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.505.**

**Nonpriority creditor's name and mailing address**

HANWHA INTERNATIONAL LLC
300 FRANK W. BURR BLVD
TEANECK NJ 07666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,122,894.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.506.**

**Nonpriority creditor's name and mailing address**

HARRELL INDUSTRIES INC
2495 COMMERCE DRIVE
ROCK HILL SC 29730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.507.**

**Nonpriority creditor's name and mailing address**

HARTLAND DISTILLATIONS INC
2406 LYNCH RD
EVANSVILLE IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.508.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.508.** | **Nonpriority creditor's name and mailing address**

HARWOOD SIGNS
105 DEPOT ST
GRANITE QUARRY NC 28072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.509.** | **Nonpriority creditor's name and mailing address**

HD SUPPLY ELECTRICAL, LTD.
118 WINONA STREET
CHARLOTTE NC 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.510.** | **Nonpriority creditor's name and mailing address**

HEAT EXCHANGE AND TRANSFER INC
500 SUPERIOR STREET
CARNEGIE PA 15106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.511. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEAT TRANSFER SALES
16120 OLD STATESVILLE ROAD
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.512. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEATHERLOCK TEXTILES, INC.
2401 EAST OZARK AVENUE
GASTONIA NC 28054

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,008.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.513. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEIDRICK & STRUGGLES, INC
1133 PAYSPHERE CIRCLE
CHICAGO IL 60674-1010

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

---

**3.514.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.514.**

**Nonpriority creditor's name and mailing address**

HELM U.S. CORPORATION
1110 CENTENNIAL AVE
PISCATAWAY NJ 08854-4169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$328,123.80

---

**3.515.**

**Nonpriority creditor's name and mailing address**

HENAN ZHENGXIN SPECIAL
NO.2 RENYOU ROAD, BEIDU ZHEN,
PINGDINGSHAN 180 467000
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$51,061.00

---

**3.516.**

**Nonpriority creditor's name and mailing address**

HENDRIX MANUFACTURING CO INC
1305 NEEDMORE RD
WOODLEAF NC 27054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$79,308.39

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.517. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HERCULES INC
PO BOX 116232
ATLANTA GA 30368-6232

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,408.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.518. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HESS CORPORATION
#1 HESS PLAZA
WOODBRIDGE NJ 07095

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.519. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HEXACOMB CORPORATION
1296 BARCLAY BLVD.
BUFFALO GROVE IL 60089

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

| 3.520. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.520.**

**Nonpriority creditor's name and mailing address**

HEXION INC.
12850 COLLECTION CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.521.**

**Nonpriority creditor's name and mailing address**

HICKORY INDUSTRIAL SALES INC
PO BOX 2426
DREXEL NC 28619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.522.**

**Nonpriority creditor's name and mailing address**

HIGHLAND CONTAINER CO INC
100 RAGSDALE RD
JAMESTOWN NC 27282-9702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

---

**3.523.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

HILE EQUIPMENT CO
11026 MONROE ROAD
MATTHEWS NC 28105

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,479.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524.** Nonpriority creditor's name and mailing address

HI-TECH
760 GARLINGTON RD
GREENVILLE SC 29615

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.525.** Nonpriority creditor's name and mailing address

HITECH TECHNOLOGIES, INC.
301 OXFORD VALLEY ROAD, BLDG 505
YARDLEY PA 19067-7706

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.526.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.526.**

**Nonpriority creditor's name and mailing address**

HOBGOOD ELECTRIC & MACHINERY CO., I
10320 MONTICELLO ROAD
COLUMBIA SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.527.**

**Nonpriority creditor's name and mailing address**

HOCKMEYER EQUIPMENT CORP
610 SUPOR BLVD
HARRISON NJ 07029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.528.**

**Nonpriority creditor's name and mailing address**

HOFFMAN & HOFFMAN INC
PO BOX 221619
CHARLOTTE NC 28222-1619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                           Case number *(if known)* **17-12143**

**3.529.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.529.**

**Nonpriority creditor's name and mailing address**

HOHENSTEIN INSTITUTE AMERICA INC
1688 WESTBROOK AVENUE
BURLINGTON NC 27215

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.530.**

**Nonpriority creditor's name and mailing address**

HOIST & CRANE SYSTEMS, INC.
1020 COMMERCIAL DRIVE
MATTHEWS NC 28104

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$564.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.531.**

**Nonpriority creditor's name and mailing address**

HONEYWELL INC
405 BARCLAY BLVD
LINCOLNSHIRE IL 60069

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,120.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

**3.532.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HONOR EQUIPMENT
9220 RODNEY ST
PINEVILLE NC 28134

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.533.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HORIBA INSTRUMENTS INC.
34 BUNSEN DRIVE
IRVINE CA 92618

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.534.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOSOKAWA BEPEX CORPORATION
333 N E TAFT ST
MINNEAPOLIS MN 55413

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.535. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOTSY CAROLINAS
887 N HIGHWAY 16
DENVER NC 28037-6005

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.536. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOWDEN BUFFALO INC
8215 ROSWELL RD
ATLANTA GA 30338

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.537. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HSGM HEATCUTTING EQUIPMENT MACHINE
1865 E MAIN ST NO 5
DUNCAN SC 29334

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,453.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.538.** | **Nonpriority creditor's name and mailing address** |

**3.538. Nonpriority creditor's name and mailing address**

HUDSON TECHNOLOGIES INC
7300 SOLUTION CENTER
CHICAGO IL 60677-7003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.539. Nonpriority creditor's name and mailing address**

HUGHES NETWORK SYSTEMS, LLC
PO BOX 96874
CHICAGO IL 60693-6874

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$634.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.540. Nonpriority creditor's name and mailing address**

HUMPHRIES PRESS INC
305 12TH ST
WAYNESBORO VA 22980

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 191 of 462

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.541. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.541.**

**Nonpriority creditor's name and mailing address**

HUNTSMAN INTERNATIONAL LLC
500 HUNTSMAN WAY
SALT LAKE CITY UT 84108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.542.**

**Nonpriority creditor's name and mailing address**

HURLEY & HARRISON INC
PO BOX 8516
GREENVILLE SC 29604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.543.**

**Nonpriority creditor's name and mailing address**

HYDRADYNE HYDRAULICS, LLC
300 HUGER ST.
COLUMBIA SC 29201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,595.10

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.544.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.544.**

**Nonpriority creditor's name and mailing address**

HYDRAULIC & PNEUMATIC SALES INC
PO BOX 410587
CHARLOTTE NC 28241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.545.**

**Nonpriority creditor's name and mailing address**

HYDRAULIC DEPOT, LLC.
2001 SOUTH MAIN ST.
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$325.00

---

**3.546.**

**Nonpriority creditor's name and mailing address**

HYOSUNG CORPORATION
BANPO-DAERO, SEOCHO-GU235
SEOUL 137-804
KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$956,032.00

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.547. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

I&M INDUSTRIALS INC
10 AKRON DRIVE
GREENVILLE SC 29605-5228

☑ Contingent
☐ Unliquidated
☐ Disputed

$21,776.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.548. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IBM INTERNATIONAL BUSINESS MACHINES
4800 FALLS OF NEUSE RD
RALEIGH NC 27609

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,303.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.549. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ICI DULUX PAINT CENTER
912 S KERR AVENUE
WILMINGTON NC 28401

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.550. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.550.    **Nonpriority creditor's name and mailing address**

IDEIN DESIGN, INC.
709 PAINTED FEATHER LANE
CONOVER NC 28613-8045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$650.00

---

3.551.    **Nonpriority creditor's name and mailing address**

IFM EFECTOR INC
PO BOX 8538-307
PHILADELPHIA PA 19171-0307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$49.43

---

3.552.    **Nonpriority creditor's name and mailing address**

IHS GLOBAL INC.
INVERNESS WAY EAST
ENGLEWOOD CO 80112-5710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,500.00

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.553. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.553.**

**Nonpriority creditor's name and mailing address**

IKA WORKS INC
2635 NORTHCHASE PKWY SE
WILMINGTON NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.554.**

**Nonpriority creditor's name and mailing address**

ILLINOIS INSTRUMENTS INC
2401 HILLER RIDGE ROAD
JOHNSBURG IL 60050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.555.**

**Nonpriority creditor's name and mailing address**

IMAGE INC
3632 DEIREE ST
WEST COLUMBIA SC 29170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.556. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

INCHEM-CHARLOTTE LLC
12345 STEELE CREEK RD.
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.557. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

INDORAMA VENTURES
10200 E SHERBROOKE ST
MONTREAL H1B 1B4
CANADA

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.558. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

INDSPEC CHEMICAL CORP
1010 WILLIAM PITT WAY
PITTSBURGH PA 15236

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| 3.559. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.559.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL AIR, INC.
428 EDWARDIA DRIVE
GREENSBORO NC 27419

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.560.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL BATTERY & CHARGER INC
91 CENTURY BLVD.
CAMDEN SC 29020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,218.50

---

3.561.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL BOILER & MECHANICAL
3325 N. HAWTHORNE ST
CHATTANOOGA TN 37406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.562. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.562.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL CONTAINER SERVICES
200 W. WAREHOUSE COURT
TAYLORS SC 29687

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.563.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL CONTROLS DIST LLC
1020 FORSYTH AVE., SUITE 100
INDIAN TRAIL NC 28079

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,344.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.564.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL DISTRIBUTION GROUP INC
PO BOX 419088
BOSTON MA 02241-9088

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$259.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.565.** **Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRONIC SOLUTIONS
816-D POST STREET
GREENSBORO NC 27405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.566.** **Nonpriority creditor's name and mailing address**

INDUSTRIAL FILTER MANUFACTURER
10244 HEDDEN ROAD
EVANSVILLE IN 47725

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.567.** **Nonpriority creditor's name and mailing address**

INDUSTRIAL MACHINE WORKS, INC.
444 NORTH BAYARD AVE
WAYNESBORO VA 22980

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,900.75

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

**3.568.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| INDUSTRIAL MAINTENANCE & AUTOMATION <br> PO BOX 1804 <br> SHELBY NC 28151 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $4,888.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.569.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| INDUSTRIAL PACKAGING SUPPLIES INC <br> PO BOX 2009 <br> FOUNTAIN INN SC 29644 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.570.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| INDUSTRIAL PLATING CO INC <br> PO BOX 16655 <br> CHATTANOOGA TN 37416-0655 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $23,095.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                       Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.571. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.571.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL POWER SALES INC
75 REMITTANCE CENTER DRIVE
CHICAGO IL 60675-3019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.572.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SCIENTIFIC CORP
7848 STEUBENVILLE PIKE
OAKDALE PA 15071-1072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.573.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL STEAM SERVICES, LLC
NORTH LIVE OAK CT.
PEORIA IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

---

3.574. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.574.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SUPPLY SOLUTIONS INC
804 JULIAN ROAD
ST LOUIS MO 63179-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,569.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.575.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL TRUCK SALES & SERVICE
PO BOX 241348
CHARLOTTE NC 28224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.576.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL VALVE & GAUGE
9301 MONROE RD - STE C
CHARLOTTE NC 28270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.577.**

**Nonpriority creditor's name and mailing address**

INDVENTECH
1361 W WADE HAMPTON BLVD., SUITE F,
GREER SC 29650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.578.**

**Nonpriority creditor's name and mailing address**

INGERSOLL RAND CO
9800 I SOUTHERN PINES BLVD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$255.04

---

**3.579.**

**Nonpriority creditor's name and mailing address**

INNOVATIVE MACHINERY LLC
429 HWY 418 WEST
FOUNTAIN INN SC 29644

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,132.12

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.580. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INNOVATIVE SYSTEMS DBA LINEAGE
9801-C SOUTHERN PINE BLVD.
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.581. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INSTEL POWER SERVICES, INC.
303 GREER DRIVE
SIMPSONVILLE SC 29681

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.582. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INSTRON WILSON SHORE INSTRUMENTS
825 UNIVERSITY AVE
NORWOOD MA 02062

☑ Contingent
☐ Unliquidated
☐ Disputed

$29,347.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

3.583. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INSTRUMENTS & VALVE SERVICES
6135 LAKEVIEW ROAD
CHARLOTTE NC 28269

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.584. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INSTRU-MET CORORATION
999 RAHWAY AVENUE
UNION NJ 07083-6549

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.585. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INTEGRATED POWER SERVICES LLC
1332 FIRE TOWER RD
CHARLOTTE NC 29730

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTEGRITY TELECOM
5221 SHERIDAN DR
CONCORD NC 28027

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.587. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTELLIGENT TECHNOLOGY INC
PO BOX 472231
CHARLOTTE NC 28247

☑ Contingent
☐ Unliquidated
☐ Disputed

$780.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.588. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERIOR PLANTSCAPES, LLC
51 PLANT DR EXT
GREENVILLE SC 29607

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.589.** | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.589.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.589.**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL FORWARDERS INC
1350 ASHLEY RIVER ROAD SUITE A
CHARLESTON SC 29407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$267,878.10


**3.590.**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER CO
6400 POPLAR AVE.
MEMPHIS TN 38197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED


**3.591.**

**Nonpriority creditor's name and mailing address**

INTERSTATE SOLUTIONS INC
137 PENNINGTON ROAD
ROCK HILL SC 29732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

**3.592.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.592.**

**Nonpriority creditor's name and mailing address**

INTERSTATE UTILITY SALES
6831-B FAIRVIEW ROAD
CHARLOTTE NC 28210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.593.**

**Nonpriority creditor's name and mailing address**

INTERWRAP INDUSTRIES CORP
1930 HANAHAN RD SUITE 1400B
NORTH CHARLESTON SC 29406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.594.**

**Nonpriority creditor's name and mailing address**

INVENSYS SYSTEMS INC
14526 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,312.51

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

---

| 3.595. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INVISTA S.A.R.L.
4123 EAST 37TH STREET NORTH
WICHITA KS 67220

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.596. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO IL 60673-1247

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$41,770.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.597. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRON MOUNTAIN INC
PO BOX 27128
NEW YORK NY 10087-7128

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$328.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.598.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ISOCHEM, INC
7721 SUTTON PLACE
NEW ALBANY OH 43054

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.599.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IVCI, LLC
601 OLD WILLETS PATH
HAUPPAUGE NY 11788

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,371.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.600.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

J MORGAN COMPANY
1517 AIRPORT RD
SHELBY NC 28150

☑ Contingent
☐ Unliquidated
☐ Disputed

$23,431.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.601.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JA KING & COMPANY INC
6541 FRANZ WARNER PKWY
EMAIL INFO@JAKING.COM
WHITSETT NC 27377

☑ Contingent
☐ Unliquidated
☐ Disputed

$13,473.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.602.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JAMES M PLEASANTS CO INC
PO BOX 890396
CHARLOTTE NC 28289

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.603.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JAMES W. FARLEY
430 PALOMINO DRIVE
SALISBURY NC 28146

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

**3.604.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

| | JANED ENTERPRISES<br>PO BOX 220<br>TAYLORS SC 29687 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $485.10 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.605.**   **Nonpriority creditor's name and mailing address**

JANPAK, INC.
610 KELSEY COURT., SUITE 100
COLUMBIA SC 29209

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.606.**   **Nonpriority creditor's name and mailing address**

JAVATEC INC
PO BOX 88
SPEEDWELL VA 24374

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,618.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.607.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.607.**

**Nonpriority creditor's name and mailing address**

JAY INDUSTRIAL CONTROLS
9301 MONROE RD
CHARLOTTE NC 28270

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.608.**

**Nonpriority creditor's name and mailing address**

JB RUSSELL & SON
PO BOX 4098
SPARTANBURG SC 29305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.609.**

**Nonpriority creditor's name and mailing address**

JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO IL 60654-3456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$27,536.25

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.610. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JENOPTIK INDUSTRIAL METROLOGY NA LL
1505 WEST HAMLIN ROAD
ROCHESTER HILLS MI 48309

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $2,733.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.611. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JL RAPER CORPORATION
150 SPORTSMAN DRIVE
STATESVILLE NC 28625

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $14,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.612. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JMS SOUTHEAST INC
105 TEMPERATURE LANE
STATESVILLE NC 28677-9639

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $1,084.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**          Case number *(if known)* **17-12143**

---

| 3.613. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOE MOORE & COMPANY INC
GAVIN STREET
RALEIGH NC 27608

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.614. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHN CRANE, INC.
24929 NETWORK PLACE
CHICAGO IL 60673-1249

☑ Contingent

☐ Unliquidated

☐ Disputed

$27,146.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.615. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON CONTROLS INC
PO BOX 93107
CHICAGO IL 60673-3107

☑ Contingent

☐ Unliquidated

☐ Disputed

$1,682.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| 3.616. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSTONE SUPPLY OF COLUMBIA
145 WINHILL DR SUITE 200
COLUMBIA SC 29203

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,129.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.617. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES DAY
PO BOX 7805
WASHINGTON DC 20044

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,731.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.618. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JORDAN LAKE LANDSCAPING INC
PO BOX 362
MONCURE NC 27559

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.619.** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

JS HOLLAND MACHINE CO LLC
401 NORTH PEAR STREET
GASTONIA NC 28055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.620.** **Nonpriority creditor's name and mailing address**

JUBILANT AGRI & CONSUMER PRDCTS LTD
PLTNO.15 KNOWLEDGE PARK II
GREATER NOIDA- UTTAR PRADESH 01 201306
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.621.** **Nonpriority creditor's name and mailing address**

JUBILANT INDUSTRIES INC.
790 TOWNSHIP LINE ROAD, STE 175
YARDLEY PA 19067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$82,179.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.622. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.622.

**Nonpriority creditor's name and mailing address**

JW DEMOLITION, LLC
2130 N. TRYON STREET
CHARLOTTE NC 28206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$48,350.00

---

3.623.

**Nonpriority creditor's name and mailing address**

JW GENERAL CONTRACTORS V. DFT
JOHNSTON, ALLISON & HORD, P.A.
PO BOX 36469
KENNETH LAUTENSCHLAGER
CHARLOTTE NC 28236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.624.

**Nonpriority creditor's name and mailing address**

KANO LABORATORIES INC
1000 S THOMPSON LANE
NASHVILLE TN 37211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$254.16

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

| 3.625. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KAWILL RECRUITING
1102 GROPPO COVE
WILMINGTON NC 28412

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.626. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KC SUPPLY CO. INC.
3306 WYOMING STREET
KANSAS CITY MO 64111

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.627. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KCI ASSOCIATES OF NC
SIX FORKS ROAD, SUITE 220
RALEIGH NC 27609

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.628.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

KEENAN ENERGY
PO BOX 727
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.629.** **Nonpriority creditor's name and mailing address**

KELSAN-HARRILL INC
PO BOX 60038
CHARLOTTE NC 28260

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$497.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.630.** **Nonpriority creditor's name and mailing address**

KEMP COMPANY
4647 SW 40TH AVENUE
CHICAGO IL 34474-5799

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

---

| 3.631. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEMP CONSTRUCTION CO
2217 LYNMORE DR.
SHERRILLS FORD NC 28673

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.632. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENNETH G LILLY FASTENERS INC
855 DAWSON DRIVE
NEWARK DE 19713

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,121.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.633. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIRKLAND & ELLIS LLP
300 NORTH LASALLE STREET
CHICAGO IL 60654

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,946.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 3.634. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KLEINFELDER
PO BOX 51958
LOS ANGELES CA 90051-6258

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.635. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KLUBER LUBRICATION NORTH AMERICA LP
32 INDUSTRIAL DR
LONDONDERRY NH 03053

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.636. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KM INDUSTRIES, LLC
3515 TOM STARNES ROAD
MONROE NC 28112

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.637. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.637.

**Nonpriority creditor's name and mailing address**

KOLENE CORP
12890 WESTWOOD AVE
DETROIT MI 48223-3436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,536.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.638.

**Nonpriority creditor's name and mailing address**

KONECRANES INC
PO BOX 644994
PITTSBURGH PA 15264-4994

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.639.

**Nonpriority creditor's name and mailing address**

KORDSA INC
17780 ARMSTRONG RD
LAUREL HILL NC 28351

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.640.** | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| KRELLER BUSINESS INFORMATION GROUP<br>817 MAIN ST, STE 700<br>CINCINNATI OH 45202-2183 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.641.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| KRONOS CORP<br>297 BILLERICA RD<br>CHELMSFORD MA 01824 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,278.66 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.642.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| KUKA ROBOTICS CORP<br>51870 SHELBY PARKWAY<br>SHELBY TOWNSHIP MI 48315-1787 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.643.** | |

**Nonpriority creditor's name and mailing address**

KUNKLE OIL CO INC
PO BOX 315
NEWBERRY SC 29108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,646.15

---

**3.644.**

**Nonpriority creditor's name and mailing address**

KYKLOS BEARING INTERNATIONAL, INC.
100 EAST WATER STREET
SANDUSKY OH 44870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,177.12

---

**3.645.**

**Nonpriority creditor's name and mailing address**

KYOCERA INDUSTRIAL CERAMICS CORP
8611 BALBOA AVE
SAN DIEGO CA 92123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.646. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.646.  **Nonpriority creditor's name and mailing address**

LABEL IT INC
42 STEAMWHISTLE DR
IVYLAND PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.647.  **Nonpriority creditor's name and mailing address**

LABELMASTER
5724 N PULASKI ROAD
CHICAGO IL 60646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.648.  **Nonpriority creditor's name and mailing address**

LABELS ETC INC
106-E MID SOUTH DRIVE
WEST END NC 27376

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.649.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.649.**

**Nonpriority creditor's name and mailing address**

LAMBS MACHINE WORKS
296 E MALLORY AVE
MEMPHIS TN 38109

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,348.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.650.**

**Nonpriority creditor's name and mailing address**

LANDAUER INC
2 SCIENCE RD
GLENWOOD IL 60425-1586

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.651.**

**Nonpriority creditor's name and mailing address**

LANG LIGON & COMPANY, INC
5159 PELHAM RD
GREENVILLE SC 29615

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.652.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LANTECH INC | | UNDETERMINED
| 3257 RELIABLE PARKWAY | ☑ Contingent |
| CHICAGO IL 60686 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.653.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LAPMASTER INTERNATIONAL | | UNDETERMINED
| 501 W ALGONQUIN RD | ☑ Contingent |
| CHICAGO IL 60056 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.654.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LAWSON HEMPHILL | | UNDETERMINED
| 2 FLEETWOOD CT | ☑ Contingent |
| RONKONKOMA NY 11779 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.655.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LCI CORPORATION
4500 CHESAPEAKE DR
CHARLOTTE NC 28216 | ☑ Contingent
☐ Unliquidated
☐ Disputed | $4,873.88

**Date or dates debt was incurred**

VARIABLE — VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.656.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LEAR'S WELDING, FABRICATING &
PO BOX 11013
ROCK HILL SC 29731 | ☑ Contingent
☐ Unliquidated
☐ Disputed | $24,954.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.657.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LEASE OPERATIONS
1719 ROUTE 10 EAST, SUITE 306
PARSIPPANY NJ 07054 | ☑ Contingent
☐ Unliquidated
☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.658.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LECO, INC.
10-21ST AVE. NW SUITE 210
HICKORY NC 28601

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.659.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEE SPRING COMPANY LLC
140 58TH STREET
BROOKLYN NY 11220

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.660.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LENOVO FINANCIAL SERVICES
21146 NETWORK PLACE
CHICAGO IL 60673-1211

☒ Contingent
☐ Unliquidated
☐ Disputed

$14,347.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.661.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.661.**

**Nonpriority creditor's name and mailing address**

LEWIS CONSTRUCTION
1030 LEWIS STORE RD
BLACKSTOCK SC 29014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.662.**

**Nonpriority creditor's name and mailing address**

LEWIS SUPPLY COMPANY INC
PO BOX 404130
ATLANTA GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.663.**

**Nonpriority creditor's name and mailing address**

LEXPRESS NORWALK
106 PERRY AVE
NORWALK CT 06850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$986.00

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

| 3.664. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.664.

**Nonpriority creditor's name and mailing address**

LHOIST NORTH AMERICA OF VA INC
5216 PAYSPHERE CIRCLE
CHICAGO IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.665.

**Nonpriority creditor's name and mailing address**

LIFTONE, LLC
9000 STATESVILLE RD
CHARLOTTE NC 28269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$827.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.666.

**Nonpriority creditor's name and mailing address**

LIGHTNIN
PO BOX 33424
CHARLOTTE NC 28233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

---

3.667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIGON ELECTRIC SUPPLY
1221 NATIONAL DR
WINSTON SALEM NC 27103

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.668. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LINA
PO BOX 8500-K110
PHILADELPHIA PA 19178

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$3.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.669. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LINGLE ELECTRIC REPAIR INC
600 NORTH MAIN STREET
SALISBURY NC 28144

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$39,335.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.670. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINK INC
5280-B HWY 9
INMAN SC 29349

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.671. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINTECH INTL
7705 N E INDUSTRIAL
MACON GA 31297

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.672. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINVILLE RIVER TRAINING CENTER
PO BOX 65
PINEOLA NC 28662

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.673.** | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.673.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.673.**

**Nonpriority creditor's name and mailing address**

LIQUID HANDLING EQUIPMENT INC
PO BOX 668525
CHARLOTTE NC 28266-8525

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.674.**

**Nonpriority creditor's name and mailing address**

LIT INDUSTRIES INC
1924 CHESPARK DR
GASTONIA NC 28052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.675.**

**Nonpriority creditor's name and mailing address**

LITTLEFORD DAY INC
7451 EMPIRE DRIVE
FLORENCE KY 41042-2985

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

**3.676.** **Nonpriority creditor's name and mailing address**

LIVINGSTON & HAVEN INC
11616 WILMAR BLVD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,252.19

**3.677.** **Nonpriority creditor's name and mailing address**

LIVINGSTONE COATING CORP
240 RHYNE ROAD
CHARLOTTE NC 28214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$383.87

**3.678.** **Nonpriority creditor's name and mailing address**

LLOYD JEFFREY TAYLOR
1805 BENJAMIN DRIVE
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.679.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.679.** **Nonpriority creditor's name and mailing address**

LMC INTERNATIONAL LIMITED
1841 BROADWAY
NEW YORK NY 10023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.680.** **Nonpriority creditor's name and mailing address**

LOCAL UNION NO 1800
PO BOX 86
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.681.** **Nonpriority creditor's name and mailing address**

LOCKTON
PO BOX 802707
KANSAS CITY MO 64180-2707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$235,512.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.682. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.682.

**Nonpriority creditor's name and mailing address**

LOCKWOOD INTERNATIONAL INC
10203 WALLISVILLE RD
HOUSTON TX 77013-4115

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.683.

**Nonpriority creditor's name and mailing address**

LOFTWARE INC
249 CORPORATE DRIVE
PORTSMOUTH NH 03801

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,853.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.684.

**Nonpriority creditor's name and mailing address**

LOGISTICS MANAGEMENT RESOURCES, INC
PO BOX 83678
BATON ROUGE LA 70884-3678

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

---

| 3.685. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOGO'D GEAR
2302 DUNAVANT ST
CHARLOTTE NC 28203

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.686. | **Nonpriority creditor's name and mailing address** | | **Amount of claim** |
|---|---|---|---|

LONG & LONG LLP
338 S SHARON AMITY RD
CHARLOTTE NC 28211

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim

$25,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCURALS AUDIT & LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.687. | **Nonpriority creditor's name and mailing address** | | **Amount of claim** |
|---|---|---|---|

LOWES COMPANIES INC
207 FAITH RD
SALISBURY NC 28146

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.688. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.688.**

**Nonpriority creditor's name and mailing address**

LR GORRELL CO
801 PRESSLEY ROAD SUITE 103
CHARLOTTE NC 28217

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.689.**

**Nonpriority creditor's name and mailing address**

LS TECHNOLOGIES INC.
314 JESSOP AVENUE
SASKATOON SK S7N 1Y6
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.690.**

**Nonpriority creditor's name and mailing address**

LUBRICATION ENGINEERS INC
300 BAILEY AVE
WICHITA KS 76107

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.691.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

LUBROMATION INC
800 GRANDIN ROAD
CHARLOTTE NC 28208

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.692.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LUDECA INC
1425 NW 88TH AVENUE
MIAMI FL 33172-3017

☑ Contingent
☐ Unliquidated
☐ Disputed

$28,513.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.693.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LUDLUM MEASUREMENTS INC
PO BOX 248
SWEETWATER TX 79556

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.694. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LUFKIN INDUSTRIES INC
PO BOX 301199
DALLAS TX 75303-1199

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.695. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LWT INC
PO BOX 300
GREER SC 29652-0300

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.696. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LXE INC
125 TECHNOLOGY PARK
ATLANTA GA 30092-2913

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**3.697.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

M&M ELECTRIC SERVICE, INC.
1680 GARFIELD DRIVE
GASTONIA NC 28052

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.698.** **Nonpriority creditor's name and mailing address**

M3 ENGINEERING & TECHNOLOGY CORP
2051 W SUNSET ROAD STE 101
TUSCON AZ 85704

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.699.** **Nonpriority creditor's name and mailing address**

MAAG AUTOMATIK, INC
1500 CONTINENTAL BLVD
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,948.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.700.** | |

**3.700.**

**Nonpriority creditor's name and mailing address**

MACHINED COMPONENT SERVICES
706 STATE STREET
CHARLOTTE NC 28208-4148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.701.**

**Nonpriority creditor's name and mailing address**

MACHINING TECHNOLOGY SERVICES INC
1817 ROCKY RIVER RD N
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$18,000.00

---

**3.702.**

**Nonpriority creditor's name and mailing address**

MAGNETROL INTERNATIONAL INC
2108 CROWN VIEW DRIVE
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.703. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAGNUM SYSTEMS INC
2205 JOTHI AVE
PARSONS KS 67357

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,271.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.704. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAHR METERING SYSTEMS CORP
1415-A CROSS BEAM DR
CHARLOTTE NC 28217-2804

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.705. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAR COR PURIFICATION
16233 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,809.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

| 3.706. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARLIN LEASING
PO BOX 13604
PHILADELPHIA PA 19101-3604

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,413.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.707. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARSH USA INC
PO BOX 846015
DALLAS TX 75284-6015

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,054.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.708. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTIN ENGINEERING MICHIGAN
990 DEGURSE AVE
MARINE CITY MI 48039-1589

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,972.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.709. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.709.    **Nonpriority creditor's name and mailing address**

MARTY R. STEWART
1004 MASTER GUNNER DRIVE
INDIAN TRAIL NC 28079

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.710.    **Nonpriority creditor's name and mailing address**

MARYLAND BIOCHEMICAL CO INC
712 TOBACCO RUN DRIVE
BEL AIR MD 21015-1330

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.711.    **Nonpriority creditor's name and mailing address**

MASONEILAN - DRESSER
8101 TOWER POINT DR
CHARLOTTE NC 28227

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                 Case number *(if known)* **17-12143**

| 3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.712.**

**Nonpriority creditor's name and mailing address**

MASSEY COMPANY
9006-A PERIMETER WOODS DRIVE
CHARLOTTE NC 28126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.713.**

**Nonpriority creditor's name and mailing address**

MASTER DATA CENTER
30200 TELEGRAPH ROAD STE 300
BINGHAM FARMS MI 48025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16,269.00

---

**3.714.**

**Nonpriority creditor's name and mailing address**

MAYER TEXTILE MACHINE CORP
310 N CHIMNEY ROCK ROAD
GREENSBORO NC 27419

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.715. | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| M-B INDUSTRIES INC<br>HIGHWAY 64 WEST<br>ROSMAN NC 28772 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $774.41 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.716.**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| MC SCHROEDER CO INC<br>3625 DENVER DRIVE<br>DENVER NC 28037 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.717.**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| MCCOY MACHINERY CORP.<br>PO BOX 967<br>MONROE NC 28111-0967 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $541.74 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.718.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MCE CHEMICALS & EQUIPMENT CO INC
2442 MAIN STREET
LAKE PLACID NY 12946

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,142.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.719.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCI COMMUNICATIONS SERVICES INC
ONE VERIZON WAY
BASKING RIDGE NJ 07920

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.720.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCJUNKIN RED MAN CORP
4301 YANCY RD.
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.721. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO IL 60680-7690

☑ Contingent
☐ Unliquidated
☐ Disputed

$118.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.722. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCNAUGHTON MCKAY SOUTHEAST INC
2745 WHITEHALL PARK DRIVE
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.723. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEASURED SOLUTIONS INC
103 PILGRIM RD
GREENVILLE SC 29607

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,300.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.724.** | **Nonpriority creditor's name and mailing address** |

<table>
<tr><td><b>3.724.</b></td><td><b>Nonpriority creditor's name and mailing address</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i></td><td><b>Amount of claim</b></td></tr>
<tr><td></td><td>MECHANICAL EQUIPMENT COMPANY<br>1301 INDUSTRIAL DRIVE<br>MATTHEWS NC 28105</td><td>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td>$251.29</td></tr>
<tr><td></td><td><b>Date or dates debt was incurred</b><br>VARIOUS</td><td><b>Basis for the claim:</b><br>VENDOR</td><td></td></tr>
<tr><td></td><td><b>Last 4 digits of account number:</b></td><td><b>Is the claim subject to offset?</b><br>☑ No<br>☐ Yes</td><td></td></tr>
</table>

<table>
<tr><td><b>3.725.</b></td><td><b>Nonpriority creditor's name and mailing address</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i></td><td><b>Amount of claim</b></td></tr>
<tr><td></td><td>MECHANICAL SUPPLY COMPANY<br>6600 E. 15 MILE ROAD<br>STERLING HEIGHTS MI 48312</td><td>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td>$4,719.41</td></tr>
<tr><td></td><td><b>Date or dates debt was incurred</b><br>VARIOUS</td><td><b>Basis for the claim:</b><br>VENDOR</td><td></td></tr>
<tr><td></td><td><b>Last 4 digits of account number:</b></td><td><b>Is the claim subject to offset?</b><br>☑ No<br>☐ Yes</td><td></td></tr>
</table>

<table>
<tr><td><b>3.726.</b></td><td><b>Nonpriority creditor's name and mailing address</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i></td><td><b>Amount of claim</b></td></tr>
<tr><td></td><td>MECKLENBURG COUNTY TAX COLLECTOR<br>PO BOX 71063<br>CHARLOTTE NC 28272-1063</td><td>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td>$2,329.82</td></tr>
<tr><td></td><td><b>Date or dates debt was incurred</b><br>VARIOUS</td><td><b>Basis for the claim:</b><br>VENDOR</td><td></td></tr>
<tr><td></td><td><b>Last 4 digits of account number:</b></td><td><b>Is the claim subject to offset?</b><br>☑ No<br>☐ Yes</td><td></td></tr>
</table>

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.727.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    | **Amount of claim** |
*Check all that apply.*

MEC-TRIC CONTROL COMPANY
PO BOX 221918                                        ☒ Contingent                         $590.77
CHARLOTTE NC 28222
                                                    ☐ Unliquidated

                                                    ☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

VARIOUS                                             VENDOR

**Last 4 digits of account number:**                **Is the claim subject to offset?**

                                                    ☒ No

                                                    ☐ Yes


3.728.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    | **Amount of claim** |
*Check all that apply.*

MEGA MACHINE SHOP INC
130 MACY LANGSTON LN                                ☒ Contingent                         UNDETERMINED
MOCKSVILLE NC 27028
                                                    ☐ Unliquidated

                                                    ☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

VARIOUS                                             VENDOR

**Last 4 digits of account number:**                **Is the claim subject to offset?**

                                                    ☒ No

                                                    ☐ Yes


3.729.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    | **Amount of claim** |
*Check all that apply.*

MEGLOBAL AMERICAS INC
3320 RIDGECREST DRIVE                               ☒ Contingent                         $1,210,113.04
MIDLAND MI 48642-5864
                                                    ☐ Unliquidated

                                                    ☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

VARIOUS                                             VENDOR

**Last 4 digits of account number:**                **Is the claim subject to offset?**

                                                    ☒ No

                                                    ☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|

**3.730.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MELATEX INCORPORATED
PO BOX 5127
CHARLOTTE NC 28299

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.731.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MESSIAS PAVARIN
13620 REESE BLVD
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.732.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

METALLIC BONDS LLC
2088 INDUSTRIAL PARK RD.
LANCASTER SC 29720

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.733.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.733.

**Nonpriority creditor's name and mailing address**

METALLURGICAL TECHNOLOGIES INC PA
160 BEVAN DRIVE
MOORESVILLE NC 28115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.734.

**Nonpriority creditor's name and mailing address**

METROGRAPHICS
1003 A LOUISE AVE
CHARLOTTE NC 28205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,078.60

---

3.735.

**Nonpriority creditor's name and mailing address**

METROHM USA
PELICAN CREEK CR
ATLANTA GA 33578

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,230.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

**3.736.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.736.**

**Nonpriority creditor's name and mailing address**

MEZGER INC
170 METRO DRIVE
SPARTANBURG SC 29303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.737.**

**Nonpriority creditor's name and mailing address**

MFG CHEMICAL INC
1200 BROOKS RD
DALTON GA 30721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.738.**

**Nonpriority creditor's name and mailing address**

MG NEWELL CORPORATION
301 CITATION COURT
CHARLOTTE NC 27409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

| 3.739. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICHELIN
PO BOX 100860
ATLANTA GA 30384-0860

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,840.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.740. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICROSOFT
1950 N STEMMONS FWY STE 5010
DALLAS TX 75207

☑ Contingent
☐ Unliquidated
☐ Disputed

$31,058.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.741. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MID SOUTH ROLLER
200 PORTER INDUSTRIAL RD
CLARKSVILLE AR 72830

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

| 3.742. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.742.**

**Nonpriority creditor's name and mailing address**

MID-AMERICA DISTILLATIONS, INC.
847 BLACKSNAKE RD
HOT SPRINGS AR 71913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.743.**

**Nonpriority creditor's name and mailing address**

MILLIKEN CHEMICAL COMPANY
PO BOX 100503
ATLANTA GA 30384-0503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.744.**

**Nonpriority creditor's name and mailing address**

MINE SAFETY APPLIANCES COMPANY INC
1000 CRANBERRY WOODS DRIVE
CRANBERRY TWP PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$153.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.745.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.745.**

**Nonpriority creditor's name and mailing address**

MINI FIBERS INC
2923 BOONES CREEK ROAD
JOHNSON CITY TN 37615

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.746.**

**Nonpriority creditor's name and mailing address**

MINITAB INC
1829 PINE HALL ROAD
STATE COLLEGE PA 16801-3008

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.747.**

**Nonpriority creditor's name and mailing address**

MIRACLE SOFTWARE SYSTEMS, INC.
45625 GRAND RIVER AVE.
NOVI MI 48374

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,650.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.748. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.748.  **Nonpriority creditor's name and mailing address**

MIRION TECHNOLOGIES (GDS) INC
2652 MCGAW AVE
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,394.13

---

3.749.  **Nonpriority creditor's name and mailing address**

MITCHELL INSTRUMENT COMPANY
1570 CHEROKEE STREET
SAN MARCOS CA 92078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.750.  **Nonpriority creditor's name and mailing address**

MITCHELL-BISSELL CO
PO BOX 1118
ROSMAN NC 28772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,448.65

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                            Case number *(if known)* **17-12143**

| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MITSUI & CO. BENELUX S.A./N.V.
BOULEVARD DU TRIOMPHE 173 BTE 1
BRUXELLES 1160
BELGIUM

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.752. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MLB INDUSTRIAL SERVICES GMBH
MAX-FISCHER-STRASSE 11
BOBINGEN 09 86399
GERMANY

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,647.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.753. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MODULAR PROCESS CONTROL, LLC
15455 CONWAY ROAD STE 340
CHESTERFIELD MO 63017

☑ Contingent
☐ Unliquidated
☐ Disputed

$30,998.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.754.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MONCURE HOLDINGS V. DFT
NELSON MULLINS RILEY VSTARBOROUGH LLP
4140 PARLDAKE AVENUE,
JACKSON D. WICKER
RALEIGH NC 27612

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.755.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MONROE STAFFING SERVICE, LLC
PO BOX 60839
CHARLOTTE NC 28260-0839

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.756.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOORE IND C/O MAC
2536 PLANTATION CENTER DR SUITE B
MATTHEWS NC 28105

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| 3.757. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOORE MACHINE WORKS
4201 S CHURCH ST EXT
ROEBUCK SC 29376

☑ Contingent
☐ Unliquidated
☐ Disputed

$11,115.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.758. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORE DIRECT INC
PO BOX 536464
PITTSBURGH PA 15253-5906

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.759. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORESTEAM.COM.LLC
596 ENTERPRISE DRIVE STE B
LEWIS CENTER OH 43035

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.760. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MORGAN LEWIS & BOCKIUS LLP
PO BOX 8500-S6050
PHILADELPHIA PA 19178-6050

**Amount of claim**

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.761. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MORGANITE CO
PO BOX 1056
GREENVILLE SC 29602

**Amount of claim**

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.762. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MORGAN-KIRKMAN ASSOCIATES INC
1816 PEMBROKE RD
GREENSBORO NC 27408

**Amount of claim**

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| 3.763. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOROIL CORPORATION
6867 BELT ROAD
CONCORD NC 28027

☑ Contingent
☐ Unliquidated
☐ Disputed

$825.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.764. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORRIS WIRELESS
533 WOODRUFF RD
GREENVILLE SC 29607

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.765. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOTION INDUSTRIES
PO BOX 404130
ATLANTA GA 30384

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

**3.766.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.766.**

**Nonpriority creditor's name and mailing address**

MOTION TECHNOLOGY INC
16405 MACGREGOR LANE
CHARLOTTE NC 28278

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.767.**

**Nonpriority creditor's name and mailing address**

MPI INK INC.
2592 BUCKHEAD RD.
BLAIR SC 29015

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$46,631.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.768.**

**Nonpriority creditor's name and mailing address**

MPI, INC.
SMITH MOORE LEATHERWOOD LLP
101 N. TRYON STREET, SUITE 1300
STEPHANIE C. DANIEL
CHARLOTTE NC 28246

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.769.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.769.**

**Nonpriority creditor's name and mailing address**

MR SNYDER COMPANY INC
PO BOX 2846
INDIAN TRAIL NC 28079

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,870.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.770.**

**Nonpriority creditor's name and mailing address**

MR. APPLIANCE
9815-J SAM FURR ROAD #261
HUNTERSVILLE NC 28078

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.771.**

**Nonpriority creditor's name and mailing address**

MR. YOUNG-HWAN, YANG
248 SEOKJUNGRI 1 GU, YEOMCHIUP
ASAN CITY , CHUNGCHUNGNAMDO 336-814
SOUTH KOREA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$494.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| 3.772. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.772.**

**Nonpriority creditor's name and mailing address**

MRO ELECTRONIC DISTRIBUTORS INC
6107 JOHNSON ST
HOLLYWOOD FL 33024

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.773.**

**Nonpriority creditor's name and mailing address**

MSS SERVICES INC
PO BOX 6236
DALTON GA 30722-6236

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.774.**

**Nonpriority creditor's name and mailing address**

MULTIFAB INC.
1200 ELMWOOD AVE
SHARON HILL PA 19079

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,963.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

| 3.775. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURRPLASTIK SYSTEMS INC
2367 NORTH PENN RD STE 200
HATFIELD PA 19440-1908

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.776. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MWH INDUSTRIAL SUPPLY
514 SOUTH MAIN STREET
BELMONT NC 28012

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.777. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MYERS SEPTIC TANK CO
1882 BRIGGS ROAD
SALISBURY NC 28147

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.778. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

NAGASE AMERICA CORP
546 FIFTH AVE 16TH FLOOR
NEW YORK NY 10036

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $114,630.00 |

---

| | | |
|---|---|---|
| 3.779. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

NALCO CHEMICAL CO
PO BOX 640863
PITTSBURGH PA 15264-0863

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

| | | |
|---|---|---|
| 3.780. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

NATIONAL QUALITY ASSURANCE INC
4 POST OFFICE SQUARE ROAD
ACTON MA 01720

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,612.26 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

| 3.781. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

NATIONAL TANK MONITOR INC
PO BOX 940
VILONIA AR 72173

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.782. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

NATIONWIDE TECHNICAL &
17199 N. LAUREL PARK DR., STE 407
LIVONIA MI 48152

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.783. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

NC DEPARTMENT OF ENVIRONMENT
1641 MAIL SERVICE CENTER
RALEIGH NC 27699-1641

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.784.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

NC DEPARTMENT OF LABOR
1101 MAIL SERVICE CENTER
RALEIGH NC 27699-1101

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,975.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.785.**   **Nonpriority creditor's name and mailing address**

NC DEQ/DWR/WSS LABORATORY CERTIFIC
1623 MAIL SERVICE CENTER
RALEIGH NC 27699-1623

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.786.**   **Nonpriority creditor's name and mailing address**

NC DIVISION OF MOTOR VEHICLES
PO BOX 29620
RALEIGH NC 27626-0620

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|

3.787.  **Nonpriority creditor's name and mailing address**

NC DIVISION OF WATER QUALITY
1618 MAIL SERVICE CENTER
RALEIGH NC 27699-1618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.788.  **Nonpriority creditor's name and mailing address**

NC HAZARDOUS WASTE SECTION
1646 MAIL SERVICE CENTER
RALEIGH NC 27699-1646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.789.  **Nonpriority creditor's name and mailing address**

NC RADIATION PROTECTION SECTION
1645 MAIL SERVICE CENTER
RALEIGH NC 27699-1645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$252.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

| 3.790. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.790. **Nonpriority creditor's name and mailing address**

NC STATE UNIVERSITY
CAMPUS BOX 7401
RALEIGH NC 27695-7401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.791. **Nonpriority creditor's name and mailing address**

NCDEQ-DIVISION OF WATER RESOURCES
3800 BARRETT DR
RALEIGH NC 27609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.792. **Nonpriority creditor's name and mailing address**

NEO CORPORATION
289 SILKWOOD DR
CANTON NC 28716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$134,812.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.793.    **Nonpriority creditor's name and mailing address**

NEOFUNDS BY NEOPOST
PO BOX 30193
TAMPA FL 33630-3193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $271.16 |

---

3.794.    **Nonpriority creditor's name and mailing address**

NETWORK HARDWARE RESALE INC
6500 HOLLISTER AVE
SANTA BARBARA CA 93117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.795.    **Nonpriority creditor's name and mailing address**

NETZSCH PREMIER TECHNOLOGIES, LLC
125 PICKERING WAY
EXTON PA 19341

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

---

**3.796.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

NEW PIG CORP
ONE PORK AVENUE
TIPTON PA 16684-0304

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.797.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

NEWARK ELECTRONICS CORP
150 EXECUTIVE CENTER DR
GREENVILLE SC 29615-4568

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,058.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.798.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

NEWTON MACHINE COMPANY, INC.
1120 N. HOSKINS ROAD
CHARLOTTE NC 28216

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,950.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                        Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.799. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.799.**

**Nonpriority creditor's name and mailing address**

NEXEO SOLUTIONS LLC
62190 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0621

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.800.**

**Nonpriority creditor's name and mailing address**

NEXSEN PRUET, LLC
400 MAIN STREET, SUITE 100A
HILTON HEAD ISLAND SC 29926

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,210.69

---

**3.801.**

**Nonpriority creditor's name and mailing address**

NGF CANADA LTD
YORK ROAD
GUELPH ON N1E 3G4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.802.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.802.

**Nonpriority creditor's name and mailing address**

NIKON METROLOGY, INC
12701 GRAND RIVER
BRIGHTON MI 48116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.803.

**Nonpriority creditor's name and mailing address**

NMHG FINANCIAL SERVICES INC
PO BOX 14545
DES MOINES IA 50306-3545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,473.02

---

3.804.

**Nonpriority creditor's name and mailing address**

NO VENDOR INFO AVAILABLE WINNSBORO
PO BOX 1987
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                          Case number *(if known)* **17-12143**

---

3.805.   **Nonpriority creditor's name and mailing address**

NON-CORE BUSINESS SOLUTIONS, LLC
6009 KENLEY LANE
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.806.   **Nonpriority creditor's name and mailing address**

NORDSON XALOY INCORPORATED
1399 COUNTYLINE ROAD
NEW CASTLE PA 16107-7359

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.807.   **Nonpriority creditor's name and mailing address**

NORFOLK SOUTHERN CORPORATION
1120 W WASHINGTON ST
GREENVILLE SC 29601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.808. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORSTONE INC.
E. 4TH STREET REAR
BRIDGEPORT PA 19405

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.809. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTEL NETWORKS INC
3985 COLLECTION CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.810. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTH STATE GAS
PO BOX 350
FOREST CITY NC 28043

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,466.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.811.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.811.** **Nonpriority creditor's name and mailing address**

NORTHWESTERN PIPING SUPPLY INC
PO BOX 1140
LENOIR NC 28645

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.812.** **Nonpriority creditor's name and mailing address**

NOVANT HEALTH
2085 FRONTIS PLAZA BLVD
WINSTON SALEM NC 27103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$798.00

---

**3.813.** **Nonpriority creditor's name and mailing address**

OCCUPATIONAL MEDICINE SERVICES
DEPT 857
CHARLOTTE NC 28201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.814. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

O'CONNELL'S & MARTIN EYE ASSOCIATES
2805 S HORNER BLVD
SANFORD NC 27332

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.815. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ODYSSEY INTERNATIONAL
39 OLD RIDGEBURY RD
DANBURY CT 06810

☑ Contingent
☐ Unliquidated
☐ Disputed

$31,262.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.816. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ODYSSEY LOGISTICS & TECHNOLOGY CORP
39 OLD RIDGEBURY RD - A4
DANBURY CT 06810

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.817.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OEC FLUID HANDLING INC | | $6,153.00
| 140 CEDAR SPRING ROAD | ☑ Contingent |
| SPARTANBURG SC 29302-4145 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.818.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OERLIKON TEXTILE INC | | $48,816.67
| 8801 SOUTH BLVD | ☑ Contingent |
| CHARLOTTE NC 28273 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.819.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OFFICINE GAUDINA S.P.A | | UNDETERMINED
| VIA XXV APRILE 16 | ☑ Contingent |
| COSSATO 13836 | ☐ Unliquidated |
| ITALY | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

| 3.820. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OGLETREE DEAKINS
PO BOX 89
COLUMBIA SC 29202

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**$4,157.00**

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.821.    **Nonpriority creditor's name and mailing address**

OH DEPARTMENT OF TAXATION
COLUMBUS OH 43216-0530

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

**$6,764.00**

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.822.    **Nonpriority creditor's name and mailing address**

OLD WORLD INDUSTRIES LTD
4065 COMMERCIAL AVE
NORTHBROOK IL 40062

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.823. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OMEGA ENGINEERING INC
PO BOX 405369
ATLANTA GA 30384-5369

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.824. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OMNOVA SOLUTIONS, INC
21119 NETWORK PLACE
CHICAGO IL 60673-1211

☑ Contingent

☐ Unliquidated

☐ Disputed

$16,558.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.825. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ON TARGET UTILITY LOCATE SERV INC
14701 ALBEMARLE RD
CHARLOTTE NC 28227

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

**3.826.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ONIN STAFFING, LLC
1 PEREMETER PARK N, STE 450
BIRMINGHAM AL 35243

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.827.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OPTIMAS LLC
321 W BENTON AVE
NAPERVILLE IL 60540

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.828.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ORIENTAL PETROCHEMICAL (TAIWAN) CO.
47 CHING CHIEN 4TH ROAD
TAOYUAN COUNTY 32853
TAIWAN

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.829.** | **Nonpriority creditor's name and mailing address** |

3.829. **Nonpriority creditor's name and mailing address**

ORKIN PEST CONTROL
1126 SILSTAR RD
WEST COLUMBIA SC 29170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.830. **Nonpriority creditor's name and mailing address**

ORKIN-COLUMBIA SC
PO BOX 660294
DALLAS TX 75266-0294

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.831. **Nonpriority creditor's name and mailing address**

OSI SOFT LLC
PO BOX 4586
HAYWARD CA 94540-4586

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$45,813.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.832. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Nonpriority creditor's name and mailing address**

O'SULLIVAN EQUIP & SUPPLY, INC.
141 OLD FURNACE ROAD
BOILING SPRINGS SC 29316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.833.   **Nonpriority creditor's name and mailing address**

OTIS ELEVATOR COMPANY
101 CORPORATE BLVD SUITE 105
WEST COLUMBIS SC 29169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.834.   **Nonpriority creditor's name and mailing address**

OXFORD INSTRUMENTS AMERICA INC
300 BAKER AVENUE SUITE 150
CONCORD MA 01742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

**3.835.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.835.**

**Nonpriority creditor's name and mailing address**

P&G SECURITY
133 EAST COUNCIL STREET
SALISBURY NC 28150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.836.**

**Nonpriority creditor's name and mailing address**

PACE ANALYTICAL SERVICES INC
9800 KINLEY AVE
HUNTERSVILLE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$435.62

---

**3.837.**

**Nonpriority creditor's name and mailing address**

PACE INC
PO BOX 560427
CHARLOTTE NC 28256-0427

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                         Case number *(if known)* **17-12143**

---

| 3.838. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALL ADVANCED SEPARATION SYSTEMS
839 STATE ROUTE 13
COURTLAND NY 13045

☒ Contingent
☐ Unliquidated
☐ Disputed

$11,040.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.839. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALL CORPORTION
1750 FILTER DRIVE
ORLANDO FL 32724-2045

☒ Contingent
☐ Unliquidated
☐ Disputed

$61,305.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.840. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMETTO LOOM REED CO.
208 WHITMIRE DRIVE
GREENVILLE SC 29605

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.841. | **Nonpriority creditor's name and mailing address** |

PALMETTO MANAGEMENT & ENGR LLC
PATEWOOD PLAZA 1
GREENVILLE SC 29615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.842. | **Nonpriority creditor's name and mailing address** |

PALMETTO OPTICAL LABORATORY INC
1631 B BROAD RIVER RD
COLUMBIA SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,512.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.843. | **Nonpriority creditor's name and mailing address** |

PALMETTO PRINTING INC
PO BOX 657
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,698.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.844.** | **Nonpriority creditor's name and mailing address** |

| **3.844.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PANALYTICAL INC 21332 NETWORK PLACE CHICAGO IL 60673-1213 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| **3.845.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PARAGON GROUP INTERNATIONAL, LLC 940 NW FREMONT STREET CAMAS WA 98607 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| **3.846.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PARTS & SYSTEMS CO INC PO BOX 5468 ASHEVILLE NC 28813 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $6,970.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.847. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.847. **Nonpriority creditor's name and mailing address**

PATTERSON POPE, INC.
PO BOX 1070
CHARLOTTE NC 28201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.848. **Nonpriority creditor's name and mailing address**

PATTONS INC
3201 S BLVD
CHARLOTTE NC 28209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.849. **Nonpriority creditor's name and mailing address**

PAYNE CONTROLS CO
ROUTE 29 ROCKY STEP ROAD
SCOTT DEPOT WV 25560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.850.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PCI XYLENES & POLYESTERS
79 PORTSMOUTH ROAD
GUILDFORD SY GU2 4BX
UNITED KINGDOM

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,614.50

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.851.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PDK DESIGN & GRINDING CO
14 SWORD STREET
AUBURN MA 01501

☑ Contingent
☐ Unliquidated
☐ Disputed

$28,017.88

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.852.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PEAK TECHNOLOGIES INC
8458 SOLUTIONS CENTER
CHICAGO IL 60677-8002

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.853.   **Nonpriority creditor's name and mailing address**

PEAK-RYZEC,INC.
10330 OLD COLUMBIA ROAD
COLUMBIA MD 21046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,121.95

---

3.854.   **Nonpriority creditor's name and mailing address**

PENHALL COMPANY
2130 GATEWAY BLVD
CHARLOTTE NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.855.   **Nonpriority creditor's name and mailing address**

PENNPOINT CONSULTING GROUP
1727 CARRINGTON POINTE
TUCKER GA 30084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,388.96

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                           Case number *(if known)* **17-12143**

---

| 3.856. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION
PO BOX 105758
ATLANTA GA 30348-5758

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENSION OBLIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.857.**   **Nonpriority creditor's name and mailing address**

PENTA ENGINEERING PA
13835 SOUTH LAKES DRIVE
CHARLOTTE NC 28273

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim

$2,976.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.858.**   **Nonpriority creditor's name and mailing address**

PEOPLE SOURCE OF THE CAROLINAS
2881 SCARBOROUGH CT.
GASTONIA NC 28054

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim

$22,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.859.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.859.**

**Nonpriority creditor's name and mailing address**

PEOPLESUITE, LLC
220 N. MAIN STREET
MOORESVILLE NC 28115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.860.**

**Nonpriority creditor's name and mailing address**

PERFORMANCE FIBERS HONG KONG LTD
255 KINGS ROAD
HONG KONG
HONG KONG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$37,833.14

---

**3.861.**

**Nonpriority creditor's name and mailing address**

PERFORMANCE FIBERS LONGLAVILLE
POLE EUROPEAN DE DEVELOPMENT
LONGWY 54414
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| 3.862. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERFORMANCE FIBERS SCOTTSBORO
7526 ROY OWENS BLVD.
SCOTTSBORO AL 35769-7335

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.863. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERFORMANCE FIBERS, INC.
338 PEA RIDGE ROAD
CHARLOTTE NC 27562

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.864. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERFORMANCE STAFFING SOLUTIONS, INC
7520 SOUTH TRYON STREET, SUITE B-1
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

**3.865.**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PERFORMANCE TECHNICAL SERVICES LLC
10027 PARK CEDAR DR
CHARLOTTE NC 28210

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.866.**

**Nonpriority creditor's name and mailing address**

PERIGON
931 INDUSTRIAL DR
MATTHEWS NC 28105

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.867.**

**Nonpriority creditor's name and mailing address**

PERKIN ELMER LLC
13633 COLLECTIONS CENTER DR
CHICAGO IL 60693-0136

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,580.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

3.868.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

PERRY'S OVERHEAD DOORS                                                                            $165.60
480 PERRY DRIVE                                      ☑ Contingent
SALISBURY NC 28146
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**               **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No

☐ Yes

3.869.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

PERSONNEL SERVICES UNLIMITED, INC.                                                               $9,109.40
1 EAST MARION STREET                                ☑ Contingent
SHELBY NC 28151-1827
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**               **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No

☐ Yes

3.870.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

PETREE & STOUDT ASSOC INC                                                                        UNDETERMINED
1930 ALLEGHANY STREET                               ☑ Contingent
HIGH POINT NC 27263-2028
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**               **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.871.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.871.**

**Nonpriority creditor's name and mailing address**

PETROCHOICE HOLDINGS, INC.
ROUTE 1036
RIDDLESBURG PA 16672

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.872.**

**Nonpriority creditor's name and mailing address**

PHOENIX FIRE PROTECTION, INC.
2857 LEE AVE
SANFORD NC 27332

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.873.**

**Nonpriority creditor's name and mailing address**

PHYSIO-CONTROL CORP
12100 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.874.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.874. **Nonpriority creditor's name and mailing address**

PICANOL OF AMERICA, INC
65 KITTY HAWK ROAD
GREENVILLE SC 29605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,512.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.875. **Nonpriority creditor's name and mailing address**

PIEDMONT DOOR AUTOMATION
580 GRIFFITH ROAD
CHARLOTTE NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.876. **Nonpriority creditor's name and mailing address**

PIEDMONT FIRE INC
5408 FRIEDENS CHURCH RD
MCLEANSVILLE NC 27301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

| 3.877. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PIEDMONT MANUFACTURING CO
120 BROWN KENNEDY ROAD
WOODRUFF SC 29388

☑ Contingent
☐ Unliquidated
☐ Disputed

$871.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.878. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PIEDMONT NATIONAL CORP
1108-J CONTINENTAL BLVD
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.879. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PIEDMONT NATURAL GAS CO
PO BOX 660920
DALLAS TX 75266-0920

☑ Contingent
☐ Unliquidated
☐ Disputed

$56,998.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

**3.880.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|

PILCHER HAMILTON CORP
DEPT 77-6105
CHICAGO IL 60678-6105

☒ Contingent
☐ Unliquidated
☐ Disputed

**UNDETERMINED**

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.881.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|

PINCOVER INDUSTRIAL SUPPLY CO INC
563 ADAMS AVENUE
WEST HEMPSTEAD NY 11552

☒ Contingent
☐ Unliquidated
☐ Disputed

$489.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.882.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

☒ Contingent
☐ Unliquidated
☐ Disputed

**UNDETERMINED**

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

**3.883.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

**3.883.**

**Nonpriority creditor's name and mailing address**

PITTSBURG TANK & TOWER MAINT. CO.,
1 WATERTANK PLACE
HENDERSON KY 42419

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.884.**

**Nonpriority creditor's name and mailing address**

PLANT ENGINEERING CONSULTANTS INC
521 AIRPORT ROAD
BALTIMORE MD 37421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.885.**

**Nonpriority creditor's name and mailing address**

PMC SPECIALITIES GROUP INC
501 MURRAY RD
CINCINNATI OH 45217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

3.886. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

PNUCOR, LLC
PO BOX 7209
CHARLOTTE NC 28241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.887.

**Nonpriority creditor's name and mailing address**

POLYMERS CENTER OF EXCELLENCE
8900 RESEARCH DRIVE
CHARLOTTE NC 28262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.888.

**Nonpriority creditor's name and mailing address**

POLYQUEST
6770 PARKER FARM DRIVE, SUITE 100
WILMINGTON NC 29540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$467,580.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.889.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

PORTER GAS SERVICE INC
349 STATE HIGHWAY 200
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,342.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.890.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

POTOMAC ENVIRONMENTAL, INC.
241 GARRISON RD, SUITE 201
STAFFORD VA 22554

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.891.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

POWDER TECHNOLOGIES INC
3800 SYLON BLVD STE 3854
HAINESPORT NJ 08036

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.892.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

POWER DRIVES, INC.
8031 PENCE RD.
CHARLOTTE NC 28215

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.893.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

POWER PRODUCTS & SOLUTIONS, INC
PO BOX 602933
CHARLOTTE NC 28260-2933

☑ Contingent
☐ Unliquidated
☐ Disputed

$21,058.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.894.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

POWERTEC INDUSTRIAL MOTORS
2606 EDEN TERRACE
ROCK HILL SC 29730-8956

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.895. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.895.**

**Nonpriority creditor's name and mailing address**

PPG INDUSTRIES INC
ONE PPG PLACE
PITTSBURGH PA 15272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,009.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.896.**

**Nonpriority creditor's name and mailing address**

PRAXAIR DISTRIBUTION INC
1510 HAWKINS AVE
SANFORD NC 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.897.**

**Nonpriority creditor's name and mailing address**

PRAXAIR SURFACE TECHNOLOGIES INC
8501 OLD STATESVILLE ROAD
ATLANTA GA 30384-0424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| 3.898. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|--------|------------------------------------------------------|---------------------------------------------------------------------------|---------------------|

PRB ELECTRONICS, INC.
2108 FAIRBURN ROAD-SUITE E
DOUGLASVILLE GA 30135-1079

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.899. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|--------|------------------------------------------------------|---------------------------------------------------------------------------|---------------------|

PRECISION FIRE SOLUTIONS, LLC
2229 LEAPHART ROAD
WEST COLUMBIA SC 29169

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.900. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|--------|------------------------------------------------------|---------------------------------------------------------------------------|---------------------|

PRECISION MACHINE COMPANY
8011 WHITEBARK TERRACE
N CHESTERFIELD VA 23237

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,542.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

---

**3.901.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.901.** **Nonpriority creditor's name and mailing address**

PREDICT TECHNOLOGIES DIVISION
9555 ROCKSIDE RD SUITE 350
CLEVELAND OH 44125

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.902.** **Nonpriority creditor's name and mailing address**

PREMIER LOGISTICS SOLUTIONS
904 COMMERCE CIRCLE
HANAHAN SC 29410

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.903.** **Nonpriority creditor's name and mailing address**

PREMIER MACHINING INDUSTRIES LLC
3520 FIELDSTONE TRACE
MIDLAND NC 28107

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

---

3.904.    **Nonpriority creditor's name and mailing address**

PREMIUM ASSIGNMENT CORPORATION
3522 THOMASVILLE ROAD, SUITE 400
TALLAHASSEE FL 32309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| $707,214.72 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.905.    **Nonpriority creditor's name and mailing address**

PRIMETEX TECHNOLOGY INC
821 CHATTANOOGA AVE
DALTON GA 30720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.906.    **Nonpriority creditor's name and mailing address**

PRINTING & PACKAGING INC
1015 BUFFALO STREET
SHELBY NC 28150-4047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

**3.907.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.907.**

**Nonpriority creditor's name and mailing address**

PRIORITY ONE SECURITY, INC
18 INTERCHANGE BLVD, SUITE B
GREENVILLE SC 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,790.00

---

**3.908.**

**Nonpriority creditor's name and mailing address**

PROCESS & POWER EQUIPMENT CO INC
PO BOX 5718
MIDLOTHIAN VA 23113-0609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.909.**

**Nonpriority creditor's name and mailing address**

PROCESS CONTROL
8101 TOWER POINT DRIVE
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.910.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.910.**

**Nonpriority creditor's name and mailing address**

PROCESS ENGINEERING
621 MOOREFIELD PARK DRIVE SUITE G
RICHMOND VA 23236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.911.**

**Nonpriority creditor's name and mailing address**

PROCOM PROCESS COMPONENTS INC
650 A PRESSLEY RD
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.912.**

**Nonpriority creditor's name and mailing address**

PRODUCTIGEAR INC
1900 W 34TH ST
CHICAGO IL 60608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,245.00

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.913.    **Nonpriority creditor's name and mailing address**

PRODUCTION TOOL & DIE COMPANY INC
537 SCHOLTZ ROAD
CHARLOTTE NC 28217-2138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.914.    **Nonpriority creditor's name and mailing address**

PRODUCTIVITY-QUALITY SYSTEMS INC
2100 E SPRING VALLEY RD
DAYTON OH 45458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.915.    **Nonpriority creditor's name and mailing address**

PRO-ENVIRONMENTAL INC
10134 6TH ST SUITE K
NEODESHA KS 91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.916.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.916.**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE PLUMBING & PIPING INC
PO BOX 91297
RALEIGH NC 27675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.917.**

**Nonpriority creditor's name and mailing address**

PROMED
PO BOX 667967
CHARLOTTE NC 28266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.918.**

**Nonpriority creditor's name and mailing address**

PSB INDUSTRIES INC
1202 WEST 12TH ST
ERIE PA 16501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.919.   **Nonpriority creditor's name and mailing address**

PSL RHEOTEK USA, INC
12692 SANDY DRIVE, STE 115
GRANGER IN 46530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.920.   **Nonpriority creditor's name and mailing address**

PSNC ENERGY INC
PO BOX 100256
COLUMBIA SC 29202-3256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.921.   **Nonpriority creditor's name and mailing address**

PUBLICOM INC
PO BOX 4546
ROANOKE VA 24015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.922. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PULCRA CHEMICALS, LLC
PO BOX 534464
ATLANTA GA 30353-4464

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.923. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PUMP SYSTEMS, INC.
683 GRALIN STREET
KERNERSVILLE NC 27284

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.924. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PUMPS PARTS & SERVICE INC
9325 FORSYTH PARK RD
ATLANTA GA 30353-8247

☒ Contingent
☐ Unliquidated
☐ Disputed

$26,307.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.925. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.925.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.925.**

**Nonpriority creditor's name and mailing address**

PUMPS PLUS EQUIPMENT INC
PO BOX 472303
CHARLOTTE NC 28247-2303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.926.**

**Nonpriority creditor's name and mailing address**

PURCHASE POWER
PO BOX 856042
LOUISVILLE KY 40285-6042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.927.**

**Nonpriority creditor's name and mailing address**

PURGE USA, INCORPORATED
31 MADRONA ST
SAN CARLOS CA 94070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | |
|---|---|
| **3.928.** | **Nonpriority creditor's name and mailing address** |

| 3.928. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.928.**

**Nonpriority creditor's name and mailing address**

PUROLATOR EFP LP
1022 INDUSTRY DR
SHELBY NC 28151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,553.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.929.**

**Nonpriority creditor's name and mailing address**

QC METALLURGICAL LABORATORY, INC
17048 215TH STREET
DAVENPORT IA 52806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.930.**

**Nonpriority creditor's name and mailing address**

QUALITY CONTROL INC
129 REDEMPTION
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.931. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.931.

**Nonpriority creditor's name and mailing address**

QUALITY SAFETY SYSTEMS
255 PATILLO RD RR #1
TECUMSEH ON N8N 2L9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.932.

**Nonpriority creditor's name and mailing address**

QUALITY SYSTEMS REGISTRARS INC
930 BROOK FOREST LANE
EULESS TX 76039-5264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.933.

**Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA GA 30374-0709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,441.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.934. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.934.   **Nonpriority creditor's name and mailing address**

QUICK COPY / PRINT SHOP
324 E FISHER ST
SALISBURY NC 28144

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$408.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.935.   **Nonpriority creditor's name and mailing address**

R AND S ELECTRICAL CONTRACTORS LLC
201 RICHARD ROAD
JOHNSONVILLE SC 29555

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.936.   **Nonpriority creditor's name and mailing address**

RADCO INDUSTRIES INC
PO BOX 23239
CHARLOTTE NC 28227

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

**3.937.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

RADWELL INTERNATIONAL INC
PO BOX 419343
BOSTON MA 02241-9343

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,575.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.938.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAMCO FABRICATORS INC
9501 WEST MARKET STREET
COLFAX NC 27235

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.939.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RASCHIG GMBH
MUNDENHEIMER ST 100
D-67061 LUDWIGSHAFEN 67061
GERMANY

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | |
|---|---|
| 3.940. | **Nonpriority creditor's name and mailing address** |

RD HARRISON, INC.
2249 GREENSBORO STREET EXTENSION
LEXINGTON NC 27295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.941. | **Nonpriority creditor's name and mailing address** |

REAGENTS INC
PO BOX 5049
GREENSBURG PA 15601-5058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$784.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.942. | **Nonpriority creditor's name and mailing address** |

RECYCLING EQUIPMENT INC
PO BOX 1474
HICKORY NC 28603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.943. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.943.**

**Nonpriority creditor's name and mailing address**

RED LION CONTROLS, INS.
21551 NETWORK PLACE
CHICAGO IL 60673-1215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.944.**

**Nonpriority creditor's name and mailing address**

RED WING SHOE STORE
988 KNOX ABBOTT DR
CAYCE SC 29033-3320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.945.**

**Nonpriority creditor's name and mailing address**

REDDY ICE INC
303 ALBEMARLE RD
TROY NC 27371

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.946. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.946.**

**Nonpriority creditor's name and mailing address**

REGULATORY SOLUTIONS INC
PO BOX 877
CHAPIN SC 29036

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,489.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.947.**

**Nonpriority creditor's name and mailing address**

REGUS MANAGEMENT GROUP, LLC
TUCKER, ALBIN & ASSOCIATES, INC.
1702 N. COLLINS BLVD, SUITE 100
KRYSTAL SHELTON
RICHARDSON TX 75080

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.948.**

**Nonpriority creditor's name and mailing address**

RELATIONAL TECHNOLOGY SERVICES LLC
8608 SEAGATE DRIVE
RALEIGH NC 27615

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.949.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

RELIANCE ELECTRIC
1332 FIRE TOWER RD
ROCK HILL SC 29730

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.950.**

**Nonpriority creditor's name and mailing address**

RELIANCE INDUSTRIES LIMITED
BLDG 8, C WING, 1ST FLOOR
GHANSOLI, NAVI MUMBAI, MAHARASHTRA
400701
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.951.**

**Nonpriority creditor's name and mailing address**

RELIANT TECHNOLOGY LLC
1371 SOUTHLAND CIRCLE NW
ATLANTA GA 30318

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.952. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RELO DIRECT INC
2090 MOMEMTUM PLACE
CHICAGO IL 60689-5320

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,840.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.953. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REM SERVICES INC
1726 NORTH GRAHAM ST
CHARLOTTE NC 28206

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.954. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REMEDY INTELLIGENT STAFFING
PO BOX 809474
CHICAGO IL 60680-9474

☑ Contingent
☐ Unliquidated
☐ Disputed

$26,452.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.955.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.955.**

**Nonpriority creditor's name and mailing address**

RENNIE'S ADVERTISING IDEAS, INC.
711 TWIN RIDGE LANE
RICHMOND VA 23235

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.956.**

**Nonpriority creditor's name and mailing address**

REPUBLIC REFRIGERATION, INC.
2890 GRAY FOX ROAD
MONROE NC 28110

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.957.**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES
18500 N. ALLIED WAY
PHOENIX AZ 85054

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,113.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.958. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.958.**

**Nonpriority creditor's name and mailing address**

REXNORD INDUSTRIAL SERVICES
5210 EDWARDS RD
TAYLORS SC 29687

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.959.**

**Nonpriority creditor's name and mailing address**

RIETER AMERICA, LLC
PO BOX 60449
CHARLOTTE NC 28260-0449

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,553.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.960.**

**Nonpriority creditor's name and mailing address**

RIETER AUTOMATIK GMBH PEL
735 LANDERS RD
CORNER BUSINESS I-85 & SC HWY 9
SPARTANBURG SC 29303

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.961. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIETER CORPORATION INC
735 LANDERS RD
SPARTANBURG SC 29303

☑ Contingent
☐ Unliquidated
☐ Disputed

$175.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.962. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIMINI STREET, INC.
3993 HOWARD HUGHES PARKWAY
LAS VEGAS NV 89169

☑ Contingent
☐ Unliquidated
☐ Disputed

$138,720.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.963. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RITE-WEIGHT INC
3802 IRVINDALE RD
DULUTH GA 30096

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 332 of 462

Debtor  **DURAFIBER TECHNOLOGIES (DFT) INC.**　　　　　Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.964.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.964.**

**Nonpriority creditor's name and mailing address**

RJ OWEN ASSOCIATES INC
318 SKEET CLUB RD
HIGH POINT NC 27265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.965.**

**Nonpriority creditor's name and mailing address**

RL STOWE MILLS INC
100 N MAIN ST
ATLANTA GA 30384-3540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.966.**

**Nonpriority creditor's name and mailing address**

ROBERT A SWEET, INC.
1020 OLD FORGE COURT
CHAPIN SC 29036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**          Case number *(if known)* **17-12143**

| 3.967. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.967.

**Nonpriority creditor's name and mailing address**

ROBERT E MASON & ASSOCIATES INC
1710 NORTH GRAHAM ST
CHARLOTTE NC 28233

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$10,694.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.968.

**Nonpriority creditor's name and mailing address**

ROBERT HALF MANAGEMENT RESOURCES
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$23,423.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.969.

**Nonpriority creditor's name and mailing address**

ROBERT S HUDGINS CO INC
1200 FOUR LAKES DRIVE
MATTHEWS NC 28105-1719

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,426.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.970.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ROCK HILL INDL. PIPING & FABR., INC<br>450 HALL SPENCER ROAD<br>CATAWBA SC 29704 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.971.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ROCKTENN CP LLC<br>2060 NEW CUT ROAD<br>ATLANTA GA 30384-9813 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,758.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.972.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ROMEDICALCARE<br>1035 LINCOLNTON ROAD<br>SALISBURY NC 28144 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.973.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.973.**

**Nonpriority creditor's name and mailing address**

ROOF SEALERS
1453 DOBY'S BRIDGE RD.
FORT MILLS SC 29715

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.974.**

**Nonpriority creditor's name and mailing address**

ROOF SOLUTIONS INC
18313 CENTRE COURT DR
DAVIDSON NC 28036

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.975.**

**Nonpriority creditor's name and mailing address**

ROSEBERRY AND ASSOCIATES, INC.
3120 WILLIS MILL ROAD
CUMMING GA 30041

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.976.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.976.    **Nonpriority creditor's name and mailing address**

ROSEMOUNT ANALYTICAL INC
6565P DAVIS INDUSTRIAL PARKWAY
SOLON OH 44139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.977.    **Nonpriority creditor's name and mailing address**

ROSETTA TRANSLATION LLC
33717 WOODWARD AVE., SUITE 179
BIRMINGHAM MI 48009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.978.    **Nonpriority creditor's name and mailing address**

ROTEX GLOBAL LLC
1230 KNOWLTON ST
CINCINNATI OH 45263-0317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,739.70

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

**3.979.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ROTO ROOTER
5672 COLLECTIONS CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.980.** **Nonpriority creditor's name and mailing address**

ROUNDS ENTERPRISES
2028 COUNTY LINE RD
BRADLEY SC 29819

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,691.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.981.** **Nonpriority creditor's name and mailing address**

ROUZER MOTOR PARTS CO INC
330 N DEPOT ST
SALISBURY NC 28144

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,925.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

| 3.982. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROWAN BOLT & SUPPLY INC
4055 SOUTH MAIN ST
SALISBURY NC 28147-7914

☑ Contingent
☐ Unliquidated
☐ Disputed

$738.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.983. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROWAN CABARRUS COMMUNITY COLLEGE
PO BOX 1595
SALISBURY NC 28145-1595

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.984. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROWAN COUNTY LANDFILL
130 W INNES ST
SALISBURY NC 28144

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.985.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROWAN PRECISION MACHINING INC
REGINALD HALL
707 N SALSBURY AVE
PO BOX 778
GRANITE QUARRY NC 28072

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,379.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.986.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROYSTER OIL COMPANY
PO BOX 1467
SHELBY NC 28151

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.987.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RR DONNELLY CO
7930 KENTON CIRCLE
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,098.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **3.988.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.988.**

**Nonpriority creditor's name and mailing address**

RUCKER & ASSOCIATES, INC
PO BOX 5714
CARY NC 27512-5714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.989.**

**Nonpriority creditor's name and mailing address**

RUSHERS TIRE SERVICE INC
702 S MAIN ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.990.**

**Nonpriority creditor's name and mailing address**

RYERSON
PO BOX 731036
DALLAS TX 75373-1036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,412.62

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.991. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

S&G SMITH CORP
PO BOX 602655
CHARLOTTE NC 28260-2655

☑ Contingent
☐ Unliquidated
☐ Disputed

$951.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.992. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

S&ME INC
155 TRADD STREET
CHARLOTTE NC 29301

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.993. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SABIC AMERICAS, INC
2500 CITY WEST BLVD
HOUSTON TX 77042

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.994. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.994.

**Nonpriority creditor's name and mailing address**

SABIC INNOVATIVE PLASTICS
9930 KINCEY AVENUE
HUNTERSVILLE NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.995.

**Nonpriority creditor's name and mailing address**

SACHTLEBEN CHEMIE
PO BOX 13509
NEWARK NJ 07188-3509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.996.

**Nonpriority creditor's name and mailing address**

SACO LOWELL PARTS LLC
115 SACO LOWELL RD
EASLEY SC 29640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

| 3.997. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFETY TEST & EQUIPMENT CO, INC.
107 CHERRYVILLE ROAD
SHELBY NC 28150

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.998. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFETY-KLEEN
PO BOX 382066
PITTSBURGH PA 15250-8066

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$25,262.99

---

| 3.999. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFEWARE INC.
HUBBARD RD
LANDOVER MD 20785

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**          Case number *(if known)* **17-12143**

---

3.1000.  **Nonpriority creditor's name and mailing address**

SAF-GARD SAFETY SHOE CO
2701 PATTERSON ST
GREENSBORO NC 27404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1001.  **Nonpriority creditor's name and mailing address**

SAF-GARD SAFETY SHOE CO
2701 PATTERSON ST
GREENSBORO NC 27404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$7,558.56

---

3.1002.  **Nonpriority creditor's name and mailing address**

SAINT GOBAIN ZIRPRO
1122 HIGHWAY 22
MOUNTAINSIDE NJ 07092-2812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1003. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SALISBURY AUTO TRUCK ELECTRIC INC
824 CORPORATE CIRCLE
SALISBURY NC 28147-9006

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1004. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SALISBURY FIRE APPLIANCE CO
4809 S MAIN ST
SALISBURY NC 28147

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$34,355.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1005. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SALMOIRAGHI
V.LE STUCCHI 66/3
MONZA 20900
ITALY

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1006.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SAMUEL STRAPPING SYSTEMS
110 DENT DRIVE
DETROIT MI 30121-5191

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1007.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SANDERS SERVICES INC
609 OAK DRIVE
LEXINGTON SC 29073-7652

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,046.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1008.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SANDYS INDUSTRIAL GLASS OF GA INC
9756 FEAGIN RD #101
JONESBORO GA 30236

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

**3.1009.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SANFORD SANDHILLS EMERGENCY PHYSI
1413 GREENWAY COURT
SANFORD NC 27330

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1010.** **Nonpriority creditor's name and mailing address**

SANTEE INDUSTRIAL PRODUCTS INC
7341 PEPPERMILL PKWY
NORTH CHARLESTON SC 29418-7404

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1011.** **Nonpriority creditor's name and mailing address**

SAP AMERICA INC
PO BOX 7780824024
PHILADELPHIA PA 19182-4024

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,208.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                           Case number *(if known)* **17-12143**

---

3.1012. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| | SAURER INC.<br>SOUTH BOULEVARD<br>CHARLOTTE NC 28273 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1013. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| | SC DEPARTMENT OF HEALTH & ENVIRONME<br>2600 BULL STREET<br>COLUMBIA SC 29201-1708 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1014. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| | SCANONLINE<br>PO BOX 2401<br>ALBEMARLE NC 28002 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1015.  **Nonpriority creditor's name and mailing address**

SCE&G
PO BOX 100255
COLUMBIA SC 29202-3255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1016.  **Nonpriority creditor's name and mailing address**

SCHARER SCHWEITER METTLER CORP
100 SUNBEAM RD
I-85 BUSINESS EXIT 7
SPARTANBURG NC 29303-5035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$57.44

---

3.1017.  **Nonpriority creditor's name and mailing address**

SCHENCK PROCESS LLC
PO BOX 19747
PALATINE IL 60055-9747

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.1018. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHNEIDER ELECTRIC USA INC
23427 NETWORK PLACE
CHICAGO IL 60673-1234

☒ Contingent
☐ Unliquidated
☐ Disputed

$3,411.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1019. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHNEIDER NATIONAL, INC.
PO BOX 281496
ATLANTA GA 30384-1496

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,209.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1020. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHUF (USA) INC
486 LONG POINT ROAD
MT PLEASANT SC 29464-8206

☒ Contingent
☐ Unliquidated
☐ Disputed

$6,495.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.1021.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCOTT EQUIPMENT CO INC
PO BOX 670
HUNTERSVILLE NC 28070

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1022.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCOTT HEALTH & SAFETY
4320 GOLDMINE RD
MONROE NC 28110

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1023.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCS, INC.
4725 STOCKHOLM COURT
CHARLOTTE NC 28273

☒ Contingent
☐ Unliquidated
☐ Disputed

$377.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**    Case number *(if known)* **17-12143**

---

**3.1024.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SDL ATLAS LLC
3934 AIRWAY DR
ROCK HILL SC 29732

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1025.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SEAMAN'S CORPORATION
1000 VENTURE BLVD.
ROOSTER OH 44691

$280,000.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CUSTOMER REBATES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1026.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SEAWAY YARNS LTD
3320 LOYALIST ST
CORNWALL ON K6H 6C8
CANADA

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

**3.1027.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SECURITAS ELECTRONIC SECUIRTY,
PO BOX 643731
PITTSBURGH PA 15264

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$369.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1028.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SECURITY FORCES INC
PO BOX 402836
ATLANTA GA 30384-2836

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1029.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SELECTRONICS INC
100 COVINGTON STREET
WADESBORO NC 28170

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1030.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SELIG CHEMICAL INDUSTRIES
115 KENDALL PARK LANE
ATLANTA GA 30336

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1031.** **Nonpriority creditor's name and mailing address**

SERVICE EXPRESS, INC.
3854 BROADMOOR AVE. SE
GRAND RAPIDS MI 49512

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,632.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1032.** **Nonpriority creditor's name and mailing address**

SERVO SOUTH, INC.
3648 OAK HAVEN LANE
SHELBY NC 28150

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,680.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

**3.1033.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SERVOMEX CO
525 JULIE RIVERS DRIVE SUITE 185
SUGAR LAND TX 77478-2847

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1034.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SETTLE HEATING & AIR, INC.
PO BOX 348
EARL NC 28038

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1035.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SG EQUIPMENT FINANCE USA CORP
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

☑ Contingent
☐ Unliquidated
☐ Disputed

$486,568.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.1036.** **Nonpriority creditor's name and mailing address**

SHAMROCK ENVIRONMENTAL CORP
6106 CORPORATE PARK DRIVE
BROWNS SUMMIT NC 27214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $15,807.36 |

---

**3.1037.** **Nonpriority creditor's name and mailing address**

SHARP CONTROLS INC
PO BOX 890089
CHARLOTTE NC 28289-0089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1038.** **Nonpriority creditor's name and mailing address**

SHAWNA D HARGETT
1033 CAPPS HOLLOW DRIVE
CHARLOTTE NC 28216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1039.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SHAWNEE TECHNOLOGIES, INC.<br>12126 ASBURY CHAPEL ROAD<br>HUNTERSVILLE NC 28078 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1040.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SHEALY ELECTRICAL WHOLESALE<br>120 SAXE GOTHA ROAD<br>WEST COLUMBIA SC 29172 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1041.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SHELL ENERGY NORTH AMERICA (US), LP<br>909 FANNIN SUITE 700<br>HOUSTON TX 77010 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

3.1042. **Nonpriority creditor's name and mailing address**

SHEPHERD CHEMICAL COMPANY
4900 BEECH STREET
CINCINNATI OH 45212-2398

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1043. **Nonpriority creditor's name and mailing address**

SHERWIN-WILLIAMS CO
800 W INNES ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1044. **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP.
290 DAVIDSON AVE.
SOMERSET NJ 08873

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$863.36

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1045.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHIELD ENGINEERING, INC.
4301 TAGGART CREEK ROAD
CHARLOTTE NC 28208

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1046.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHOAF MACHINE & TOOL
7651 OLD MOCKSVILLE RD
SALISBURY NC 28144

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1047.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHOOKS GARAGE
2403 S POST ROAD
SHELBY NC 28152

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**          Case number *(if known)* **17-12143**

---

**3.1048.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SHRED-IT
28883 NETWORK PLACE
CHICAGO IL 60673-1288

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,005.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1049.** **Nonpriority creditor's name and mailing address**

SICANA, INC.
1212 AVENUE OF THE AMERICAS
NEW YORK NY 10036

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1050.** **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY, INC.
13775 COLLECTIONS CENTER DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1051.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**Nonpriority creditor's name and mailing address**

SIGMA STRETCH FILM
PO BOX 827627
PHILADELPHIA PA 19182-7627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1052.** **Nonpriority creditor's name and mailing address**

SIGMA-ALDRICH INC
PO BOX 535182
ATLANTA GA 30353-5182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1053.** **Nonpriority creditor's name and mailing address**

SIGNODE
501 HICKMAN ST
RAINBOW CITY AL 35906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$128.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1054.   **Nonpriority creditor's name and mailing address**

SIMPLEXGRINNELL LP
9826 SOUTHERN PINE BLVD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $30,311.41 |

---

3.1055.   **Nonpriority creditor's name and mailing address**

SIMPLEXGRINNELL V. DFT
JOSHUA M. HILLER HILLER LAW, PLLC
1000 CENTREGREEN WAY
SUITE 200
CARY NC 27513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1056.   **Nonpriority creditor's name and mailing address**

SIMTEK
1435 BURNETTS CHAPEL ROAD
GREENSBORO NC 27407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

3.1057.    **Nonpriority creditor's name and mailing address**

SIT INDEVA INC
3630 GREEN PARK CIRCLE
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.1058.    **Nonpriority creditor's name and mailing address**

SKF USA INC.
5271 VIEWRIDGE COURT
PITTSBURGH PA 92123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.1059.    **Nonpriority creditor's name and mailing address**

SLACK & PARR INC
PO BOX 480156
CHARLOTTE NC 28269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$10,799.80

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

3.1060. **Nonpriority creditor's name and mailing address**

SLADE INC
181 CRAWFORD RD
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| $1,355.86 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1061. **Nonpriority creditor's name and mailing address**

SMI INC.
390 PRINCIPALE EST
COOKSHIRE QC J0B 1M0
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1062. **Nonpriority creditor's name and mailing address**

SMS TECH SOLUTIONS, LLC
7418 OLDE SYCAMORE DRIVE
MINT HILL NC 28227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1063.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOJITZ CORPORATION OF AMERICA
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1064.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOLARWINDS WORLDWIDE LLC
PO BOX 730720
DALLAS TX 75373-0720

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1065.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOLIDSAIRE INC
9300 ROLLING HILLS TRAIL
LEANDER TX 78645

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,767.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1066.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1066.**

**Nonpriority creditor's name and mailing address**

SONOCO PRODUCTS COMPANY
91218 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1067.**

**Nonpriority creditor's name and mailing address**

SONOCO RECYCLING, LLC
91218 COLLECTION CENTER DR.
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1068.**

**Nonpriority creditor's name and mailing address**

SOUTH SALES COMMUNICATIONS
446 CROMPTON STREET
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

---

**3.1069.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOUTHEAST APPRAISAL
3350 RIVERWOOD PARKWAY, STE 1900
ATLANTA GA 30339

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1070.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOUTHEAST HYDROBLASTING INC
80 ACCESS ROAD
GASTON SC 29053

☑ Contingent
☐ Unliquidated
☐ Disputed

$8,846.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1071.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOUTHEAST INDUSTRIAL EQUIPMENT
12200 STEELE CREED RD
CHARLOTTE NC 28263-3230

☑ Contingent
☐ Unliquidated
☐ Disputed

$137.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1072.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHEAST VALVE INC
PO BOX 890198
CHARLOTTE NC 28289-0198

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,455.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1073.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHEASTERN CONCRETE PRODUCTS
2325 SALISBURY HWY
STATESVILLE NC 28625

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1074.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHEASTERN DOCK & DOOR INC
667 PERIMETER ROAD
GREENVILLE SC 29605

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,617.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1075.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOUTHEASTERN FELT & SUPPLY CORP
2870 ARMENTROUT DR
CONCORD NC 28026-1368

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1076.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOUTHEASTERN FREIGHT LINES
PO BOX 100104
COLUMBIA SC 29202-3104

☑ Contingent
☐ Unliquidated
☐ Disputed

$208.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1077.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOUTHEASTERN HEATING AND AIR LLC
MULLER RD.
BLYTHEWOOD SC 29016

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1078. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SOUTHEASTERN LAB APPARATUS INC
110 WALNUT LANE
NORTH AUGUSTA SC 29860

$711.54

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1079. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SOUTHEASTERN LOGISTICS SOLUTIONS
1 C. TROTTER ROAD
WEST COLUMBIA SC 29169

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1080. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SOUTHERN ELEVATOR CO INC
349A W TREMONT AVE
CHARLOTTE NC 28203

$36,488.98

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

3.1081.  **Nonpriority creditor's name and mailing address**

SOUTHERN FORKLIFTS & EQUIPMENT
PO BOX 164
EARL NC 28038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1082.  **Nonpriority creditor's name and mailing address**

SOUTHERN MECHANICAL SERVICES INC
2031 KINGSLEY DR
ALBEMARLE NC 28001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $60,485.06 |

---

3.1083.  **Nonpriority creditor's name and mailing address**

SOUTHERN METAL PROCESSING CO INC
130 ALLRED LANE
OXFORD AL 36203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $10,851.41 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.1084.** **Nonpriority creditor's name and mailing address**

SOUTHERN PUMP & TANK COMPANY
PO BOX 105328
ATLANTA GA 30348-5328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $4,130.40 |

---

**3.1085.** **Nonpriority creditor's name and mailing address**

SPECIALTY VALVE & CONTROLS
3001 GRIFFITH STREET
CHARLOTTE NC 28203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1086.** **Nonpriority creditor's name and mailing address**

SPECTRUM PROCESS INC
PO BOX 4162
GREENSBORO NC 27404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $48,406.31 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

---

**3.1087.** **Nonpriority creditor's name and mailing address**

SPECTRUM PROPERTIES
13801 REESE BLVD
CHARLOTTE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $26,095.50 |

---

**3.1088.** **Nonpriority creditor's name and mailing address**

SPENCER INSULATION, INC.
PO BOX 1053
COWPENS SC 29330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1089.** **Nonpriority creditor's name and mailing address**

SPENCER TURBINE COMPANY
DEPT CH 17096
PALATINE IL 60055-7096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1090. **Nonpriority creditor's name and mailing address**

SPERIAN PROTECTION INSTRUMENTATION
651 S MAIN ST
BOSTON MA 6457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1091. **Nonpriority creditor's name and mailing address**

SPOK
PO BOX 660324
DALLAS TX 75266-0324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,913.02

---

3.1092. **Nonpriority creditor's name and mailing address**

SPX FLOW TECHNOLOGY
62518 COLLECTION CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,737.18

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1093.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SPX PROCESS EQUIPMENT<br>ONE BIRCHMONT DR<br>ATLANTA GA 30384-7886 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1094.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| STACLEAN DIFFUSER CO. LLC<br>2205 EXECUTIVE DRIVE<br>SALISBURY NC 28147 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1095.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| STAFFMARK<br>PO BOX 952386<br>SAINT LOUIS MO 63195 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,216.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1096.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STANLEY SECURITY SOLUTIONS, INC.
DEPT CH 14210
PALATINE IL 60055-4210

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1097.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STATE BOARD OF EXAMINERS
1109 DRESSER CT
RALEIGH NC 27609

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1098.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STATE OF WASHINGTON
PO BOX 47464
OLYMPIA WA 98504-7464

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1099.   **Nonpriority creditor's name and mailing address**

STATESVILLE ANALYTICAL, INC.
PO BOX 228
STATESVILLE NC 28687-0228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $201.00 |

---

3.1100.   **Nonpriority creditor's name and mailing address**

STATESVILLE FENCE & LANDSCAPING
1310 N. BARKLEY RD.
STATESVILLE NC 28677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1101.   **Nonpriority creditor's name and mailing address**

STATESVILLE PROCESS INSTRUMENTS INC
111 TEMPERATURE LANE
STATESVILLE NC 28677-9639

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| 3.1102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---------|---------|---------|
| | STAUBLI CORPORATION<br>201 PARKWAY WEST<br>DUNCAN SC 29334-9279 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---------|---------|---------|
| | STEEL HEDDLE INC<br>RUTHERFORD RD<br>GREENVILLE SC 29609 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---------|---------|---------|
| | STEELMAN INDUSTRIES INC<br>PO BOX 1461<br>KILGORE TX 75663-1461 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $991.92 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.1105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

STEPHEN GOULD CORP
35 SOUTH JEFFERSON ROAD
WHIPPANY NJ 07981

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1106.  **Nonpriority creditor's name and mailing address**

STEPHENSON & LAWYER INC
3831 PATTERSON AVE SE
GRAND RAPIDS MI 49512-4026

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1107.  **Nonpriority creditor's name and mailing address**

STERICYCLE INC
PO BOX 6582
CAROL STREAM IL 60197-6582

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,331.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                       Case number *(if known)* **17-12143**

---

3.1108.   **Nonpriority creditor's name and mailing address**

STERITECH GROUP INC
6404 BANNINGTON DR STE A
CHARLOTTE SC 28226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1109.   **Nonpriority creditor's name and mailing address**

STERLING COMMERCE (AMERICA) INC
PO BOX 73199
CHICAGO IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1110.   **Nonpriority creditor's name and mailing address**

STERLING INFOSYSTEMS, INC.
ONE STATE STREET PLAZA, 24TH FLR
NEW YORK NY 10004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $96.21 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**    Case number *(if known)* **17-12143**

---

| 3.1111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERLING NEWARK
839 N 6TH ST
NEWARK NJ 07107

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,457.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERLING SEAL AND SUPPLY INC.
1105 GREEN GROVE
NEPTUNE NJ 07753

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERLING SERVICES
3372 SMITH FARM ROAD
MATTHEWS NC 28104

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1114.   **Nonpriority creditor's name and mailing address**

STOELTING LLC
502 HWY 67
MILWAUKEE WI 53042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1115.   **Nonpriority creditor's name and mailing address**

STONER INC
1070 ROBERT FULTON HWY
QUARRYVILLE PA 17566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,350.00

---

3.1116.   **Nonpriority creditor's name and mailing address**

SUBURBAN PROPANE
1333 BERRYHILL RD
CHARLOTTE NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,185.41

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SULZER PUMPS US INC
108 HURRICANE CREEK ROAD
PIEDMONT SC 29673

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SUMIKA ELECTRONIC MATERIALS/DBA
3832 E. WATKINS STREET
PHOENIX AZ 85034

☑ Contingent
☐ Unliquidated
☐ Disputed

$73,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1119.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SUMMA TECHNOLOGY GROUP
433 LAS COLINAS BLVD EAST
IRVING TX 76051-5383

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1120.  **Nonpriority creditor's name and mailing address**

SUMMER INDUSTRIES
263 WELCOME CENTER CT
WELCOME NC 27374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1121.  **Nonpriority creditor's name and mailing address**

SUMMIT ENERGY SERVICES, INC.
25716 NETWORK PLACE
CHICAGO IL 60673-1257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1122.  **Nonpriority creditor's name and mailing address**

SUMTER PACKAGING CORPORATION
2341 CORPORATE WAY
SUMTER SC 29154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

3.1123. **Nonpriority creditor's name and mailing address**

SUMTER TRANSPORT COMPANY
170 SOUTH LAFAYETTE DRIVE
SUMTER SC 29151-1060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $17,545.10 |

---

3.1124. **Nonpriority creditor's name and mailing address**

SUN CAPITAL PARTNERS
5200 TOWN CENTER CIRCLE, STE 600
BOCA RATON FL 33486

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $34,079.63 |

---

3.1125. **Nonpriority creditor's name and mailing address**

SUN CAPITAL PARTNERS MANAGEMENT III, LLC
5200 TOWN CENTER CIRCLE, STE 600
BOCA RATON FL 33486

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED MANAGEMENT FEE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $5,167,662.00 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1126.  **Nonpriority creditor's name and mailing address**

SUNBELT PACKAGING, LLC
7826 PARK PLACE RD
YORK SC 29745

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1127.  **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC.
2341 DEERFIELD RD
FORT MILL SC 29715

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1128.  **Nonpriority creditor's name and mailing address**

SUPERIOR ELECTRICAL SERVICES, INC
PO BOX 1177
LANCASTER SC 29720

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $14,100.13 |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                 Case number *(if known)* **17-12143**

---

3.1129.  **Nonpriority creditor's name and mailing address**

SUPERIOR SCALE, INC.
2118 CAROLINA PLACE DRIVE
FORT MILL SC 29708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1130.  **Nonpriority creditor's name and mailing address**

SUPERIOR SEALS & SERVICE INC
1200-B CORPORATION DR
HIGH POINT NC 27263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1131.  **Nonpriority creditor's name and mailing address**

SUREFIN COILS LLC
PO BOX 69
LANCASTER SC 29720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

---

3.1132. **Nonpriority creditor's name and mailing address**

SWANNER'S SHARPENING SERVICE
920 BROWN ACRES DRIVE
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,022.00 |

---

3.1133. **Nonpriority creditor's name and mailing address**

SWISSTEX AMERICA, INC.
463 VIRGIL DR
DALTON GA 30721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1134. **Nonpriority creditor's name and mailing address**

SYMBOL TECHNOLOGIES INC
709 WEST ALGONQIN ROAD
ARLINGTON HEIGHTS IL 60005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

3.1135.  **Nonpriority creditor's name and mailing address**

SYMTECH INC
PO BOX 751033
CHARLOTTE NC 28275-1033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| $13,299.45 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1136.  **Nonpriority creditor's name and mailing address**

SYNERGETIC CHEMICAL SOLUTIONS INC
PO BOX 346
DALLAS NC 28034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1137.  **Nonpriority creditor's name and mailing address**

SYNTHOMER USA LLC
180 E. BROAD STREET
COLUMBUS OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| $138,940.53 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1138.** **Nonpriority creditor's name and mailing address**

SYSTEMS SERVICE CORP
1901 TELEDYNE RD
MONROE NC 28110-9013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1139.** **Nonpriority creditor's name and mailing address**

SYSTEMS SOUTH INC
422 HWY 418 W
FOUNTAIN INN SC 29644

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1140.** **Nonpriority creditor's name and mailing address**

T&A MATERIAL HANDLING
11041 DOWNS ROAD
PINEVILLE NC 28134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1141.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

TAIJI GROUP(USA) INC.
405 WORTHA HERMAN RD SW
CONOVER NC 28613

☑ Contingent
☐ Unliquidated
☐ Disputed

$887,793.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TAIJI V. DFT
PATRICK, HARPER AND DIXON L.L.P.
PO BOX 218
HICKORY NC 28603

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1143.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TALENT BRIDGE
6100 FAIRVIEW RD SUITE 500
CHARLOTTE NC 28210

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,438.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1144.**   **Nonpriority creditor's name and mailing address**

TARHEEL DISTRIBUTORS INC.
1821 KELLER-ANDREWS RD
SANFORD NC 27330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $6,000.26 |

---

**3.1145.**   **Nonpriority creditor's name and mailing address**

TARHEEL PAPER & SUPPLY
3200 CENTRE PARK BLVD
WINSTON-SALEM NC 27107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $89,458.25 |

---

**3.1146.**   **Nonpriority creditor's name and mailing address**

TARHEEL PAPER & SUPPLY CO., PLTF. VS.
DURAFIBER TECHNOLOGIES (DFT), INC., DFT.
CARRUTHERS & ROTH, P.A.
POST OFFICE BOX 540
RACHEL SCOTT DECKER
GREENSBORO NC 27402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1147.  **Nonpriority creditor's name and mailing address**

TATA AMERICA INTERNATIONAL CORP
101 PARK AVENUE 26TH FLOOR
NEW YORK NY 10178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $613,312.00 |

---

3.1148.  **Nonpriority creditor's name and mailing address**

TAYLOR DATA SYSTEMS, INC.
181 E. EVANS STREET, BTC008
FLORENCE SC 29506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1149.  **Nonpriority creditor's name and mailing address**

TAYLOR SALT & CHEMICAL CO INC
PO BOX 32306
CHARLOTTE NC 28232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1150.   **Nonpriority creditor's name and mailing address**

TBL NETWORKS, INC
4701 COX ROAD, SUITE 210
GLEN ALLEN VA 23060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
| --- | --- |
| *Check all that apply.* | |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1151.   **Nonpriority creditor's name and mailing address**

TEAM INDUSTRIAL SERVICE INC
104 GORDON ROAD
WILMINGTON NC 28401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$13,324.52

---

3.1152.   **Nonpriority creditor's name and mailing address**

TECHNICAL CLEANING, INC.
PO BOX 93
MANNING SC 29102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1153.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1153.** **Nonpriority creditor's name and mailing address**

TECHNICAL EQUIP SALES CO.
PO BOX 19050
CHARLOTTE NC 28219-9050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1154.** **Nonpriority creditor's name and mailing address**

TEKSAVERS INC
2120 GRAND AVE PKWY STE 150
AUSTIN TX 78728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1155.** **Nonpriority creditor's name and mailing address**

TELEDYNE ISCO INC
PO BOX 82531
LINCOLN NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$116.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1156.** **Nonpriority creditor's name and mailing address**

TEMCO OF THE UPSTATE, INC.
921 PEARMAN DAIRY ROAD
ANDERSON SC 29623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1157.** **Nonpriority creditor's name and mailing address**

TENCARVA MACHINERY CO
1115 PLEASANT RIDGE RD
GREENSBORO NC 27409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$37,829.11

---

**3.1158.** **Nonpriority creditor's name and mailing address**

TENNANT COMPANY
PO BOX 71414
CHICAGO IL 60694-1414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

**3.1159.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TENNESSEE ARMATURE & ELECTRIC INC
1301 GALWAY STREET
KNOXVILLE TN 37917

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TEXAS METAL CASTING CO
PO BOX 3259
LUFKIN TX 75903

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1161.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TEXKIMP LIMITED
WINCHAM LANE
WINCHAM NORTHWICH CH CW9 6GG
UNITED KINGDOM

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**

Case number *(if known)* **17-12143**

---

**3.1162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

TEXMAC INC
3001 STAFFORD DR
CHARLOTTE NC 28266-8128

$48,120.35

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TEX-MACH INC
PO BOX 159
MAYO SC 29368-0159

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TEXTILE & INDUSTRIAL SALES INC
PO BOX 768
DALTON GA 30722-0768

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1165.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

THE ADVANCED TEAM, INC.
126 PERIWINKLE LANE
MOORESVILLE NC 28117

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,560.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1166.** **Nonpriority creditor's name and mailing address**

THE COLONIAL GROUP
356 MCLAWS CIRCLE
WILLIAMSBURG VA 23185

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1167.** **Nonpriority creditor's name and mailing address**

THE EI GROUP INC
2101 GATEWAY CENTRE BLVD. STE 200
MORRISVILLE NC 27560

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

**3.1168.** **Nonpriority creditor's name and mailing address**

THE HILGEMAN GROUP, INC.
811 EAST 5TH STREET
FERDINAND IN 47532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1169.** **Nonpriority creditor's name and mailing address**

THEM INTERNATIONAL INC
1400 BATTLEGROUND AVE STE 214H
GREENSBORO NC 27408-8028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $44,460.90 |

---

**3.1170.** **Nonpriority creditor's name and mailing address**

THEO ZWEIG
429 BAUSKETT ST
EDGEFIELD SC 29824

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1171. **Nonpriority creditor's name and mailing address**

THERMAL ECONOMY, INC.
INDUSTRIAL DRIVE
OLIVE BRANCH MS 28654

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☒ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1172. **Nonpriority creditor's name and mailing address**

THERMO ELECTRON CORP
25 NIMBLE HILL RD
NEWINGTON NH 03801

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☒ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1173. **Nonpriority creditor's name and mailing address**

THIELSCH ENGINEERING INC
195 FRANCES AVE
CRANSTON RI 02910

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☒ Contingent | $15,000.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

3.1174. **Nonpriority creditor's name and mailing address**

THINGS REMEMBERED, INC.
500 SOUTH BAILY ROAD
NORTH JACKSON OH 44451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $28,241.25 |

---

3.1175. **Nonpriority creditor's name and mailing address**

THOMAS CONVEYOR COMPANY
PO BOX 974066
DALLAS TX 75397-4066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1176. **Nonpriority creditor's name and mailing address**

THOMAS DAVIS
12240 SEMINOLE BLVD, LOT #6
LARGO FL 33778

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 3.1177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMAS M BROWN INC
1311 AMBLE DR
CHARLOTTE NC 28206-1307

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON FILTRATION PRODUCTS INC
PO BOX 711
WASHINGTON NC 27889

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON TRACTOR COMPANY INC.
PINSON VALLEY PKWY
TARRANT AL 35217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

3.1180.  **Nonpriority creditor's name and mailing address**

TICONA-CELANESE CORPORATION
222 W. LAS COLINAS BLVD.
SUITE 900N
IRVING TX 75039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

MISC. ACCRUED LIABILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$397,000.00

---

3.1181.  **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
7800 CRESCENT EXECUTIVE DRIVE
CHARLOTTE NC 28272

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$354.80

---

3.1182.  **Nonpriority creditor's name and mailing address**

TOKUDEN, INC.
LANGFORD RD SUITE 100
NORCROSS GA 30071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.1183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

TORIC CONSULTING INC
216 ISAIAH COURT
LEXINGTON NC 27292

☒ Contingent
☐ Unliquidated
☐ Disputed

$2,656.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOSHIBA BUSINESS SOLUTIONS
9201-J SOUTHERN PINE BLVD
CHARLOTTE NC 28273

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOSHIBA FINANCIAL SERVICES
PO BOX 105710
ATLANTA GA 30348-5710

☒ Contingent
☐ Unliquidated
☐ Disputed

$17,495.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1186.  **Nonpriority creditor's name and mailing address**

TOTAL MAINTENANCE SOLUTIONS
3540 RUTHERFORD RD
TAYLORS SC 29687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $3,578.64 |

---

3.1187.  **Nonpriority creditor's name and mailing address**

TOWN OF WINNSBORO
PO BOX 209
WINNSBORO SC 29180-0209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $225,459.20 |

---

3.1188.  **Nonpriority creditor's name and mailing address**

TRANE SYSTEMS SALES AND SERVICE
4501 SOUTH TRYON ST.
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

---

**3.1189.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

| | TRANSCAT/EIL<br>23698 NETWORK PL<br>CHICAGO IL 60673-1236 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1190.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRANSCEND-DIV OF AGC NETWORKS
KENNEDY STREET NE
MINNEAPOLIS MN 55413

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1191.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRANSDUCER TECHNIQUES INC-P
42840 RIO NEDO
TEMECULA CA 92590

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1192.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRANSOURCE LLC - M33
511 RHETT ST
GREENVILLE SC 29601

☑ Contingent
☐ Unliquidated
☐ Disputed

$298,643.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1193.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRANTER INC
PO BOX 123275
DALLAS TX 75312-3275

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,701.21

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1194.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRAVELLERS INSURANCE COMPANY
ATTN: LEGAL DEPT.
ONE TOWER SQUARE
HARTFORD CT 06183

☑ Contingent
☐ Unliquidated
☐ Disputed

$18,424.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                     Case number *(if known)* **17-12143**

---

3.1195.   **Nonpriority creditor's name and mailing address**

TRI-CITY MECHANICAL CONT., INC.
706 UTILITY STREET
GREENSBORO NC 27405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $44,164.50 |

---

3.1196.   **Nonpriority creditor's name and mailing address**

TRI-CITY MECHANICAL, INC. V. DFT
CABRUTHERS AND ROTH, P.A.
235 N. EDGEWORTH STREET
GREENSBORO NC 27402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1197.   **Nonpriority creditor's name and mailing address**

TRI-ELECTRIC, INC.
OLD WILKESBORO RD
SALISBURY NC 28145-1412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

3.1198.   **Nonpriority creditor's name and mailing address**

TRIEX CORP
340 DECLAIRE WAY
MARIETTA GA 30067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1199.   **Nonpriority creditor's name and mailing address**

TRI-LIFT NC,INC.
2905 MANUFACTURERS ROAD
GREENSBORO NC 27406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,250.00

---

3.1200.   **Nonpriority creditor's name and mailing address**

TRISTAR PLASTICS CORPORATION
1387 N. HIGHWAY 16
DENVER NC 28037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,010.94

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1201.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TROY CORPORATION
ONE AVENUE L
NEWARK NJ 07105

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRUSKILL MACHINING INC
1000 ALVIN WINBERG DRIVE
OAK RIDGE TN 37830

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$6,439.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1203.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRUVISTA COMMUNICATIONS
PO BOX 189
CHESTER SC 29706-0189

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$823.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

3.1204.  **Nonpriority creditor's name and mailing address**

TUTHILL CORPORATION
801 DENMARK RD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1205.  **Nonpriority creditor's name and mailing address**

TUYEN DOAN
7115 EVANSTON STREET
FAYETTEVILLE NC 28314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,200.00 |

---

3.1206.  **Nonpriority creditor's name and mailing address**

TW TELECOM HOLDINGS INC
PO BOX 910182
DENVER CO 80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,160.32 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

| 3.1207. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TYDENBROOKS SECURITY PRODUCTS GROUP
16036 COLLECTIONS CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

U.S. ENVIRONMENTAL PROTECTION AGENC
PO BOX 979077
ST LOUIS MO 63197-9000

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1209. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UE SYSTEMS INC
14 HAYES STREET
ELMSFORD NY 10523

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1210.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1210.** **Nonpriority creditor's name and mailing address**

UFP TECHNOLOGIES
3831 PATTERSON AVE
GRAND RAPIDS MI 49512-4026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1211.** **Nonpriority creditor's name and mailing address**

UGI ENERGY SERVICES
ONE MERIDIAN BLVD, SUITE 2C01
WYOMMISSING PA 19610-3230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$533,645.95

---

**3.1212.** **Nonpriority creditor's name and mailing address**

ULINE
2200 S LAKESIDE DRIVE
WAUKEGAN IL 60085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$351.42

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

---

3.1213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNC-CHARLOTTE CHEMISTRY DEPT
9201 UNIVERSITY CITY BLVD
CHARLOTTE NC 28223

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNIFI
7201 W. FRIENDLY AVENUE
GREENSBORO NC 27410

☑ Contingent
☐ Unliquidated
☐ Disputed

$258.66

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED POWER SERVICES INC
817 FESSLERS PARKWAY
NASHVILLE TN 37210-2902

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,981.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

**3.1216.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1216.** **Nonpriority creditor's name and mailing address**

UNITED RENTALS
101 MOORESVILLE RD
SALISBURY NC 28144

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1217.** **Nonpriority creditor's name and mailing address**

UNITED WAY
1930 JAKE ALEXANDER BLVD W, STE B
SALISBURY NC 28147-1186

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,758.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1218.** **Nonpriority creditor's name and mailing address**

UNIVAR USA INC
2001 CONTINENTAL DRIVE
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                          Case number *(if known)* **17-12143**

---

**3.1219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNIVERSAL SILENCER
PO BOX 411
STOUGHTON WI 53589

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,376.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170-0001

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,269.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1221.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

URBIETA V. DFT ET AL.
FRIDAY & COX LLC
1405 MCFARLAND RD
PITTSBURGH PA 15216

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 3.1222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

US SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA GA 31193-1703

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$79,865.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1223.   **Nonpriority creditor's name and mailing address**

VACO LLC
5410 MARYLAND WAY/SUITE 460
BRENTWOOD TN 37027

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1224.   **Nonpriority creditor's name and mailing address**

VACON, INC.
PO BOX 8500 LOCKBOX 9011
PHILADELPHIA PA 19178-9011

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

3.1225. **Nonpriority creditor's name and mailing address**

VALWORX INC
18636 NORTHLINE DR
CORNELIUS NC 28031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,514.60 |

---

3.1226. **Nonpriority creditor's name and mailing address**

VAN DE WIELE-IRO INC
6093 RELOCATION WAY
OOLTEWAH TN 37363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $14,509.70 |

---

3.1227. **Nonpriority creditor's name and mailing address**

VANSEAL CORPORATION
815 PAYNE DRIVE
VANDALIA IL 62471

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1228.  **Nonpriority creditor's name and mailing address**

VANTAGE SPECIALTIES, INC
2534 MOMENTUM PLACE
CHICAGO IL 60689-5325

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $9,266.40 |

---

3.1229.  **Nonpriority creditor's name and mailing address**

VARIAN CHROMATOGRAPHY SYS. INC
2700 MITCHELL DR
WALNUT CREEK CA 94598

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1230.  **Nonpriority creditor's name and mailing address**

VEGA AMERICAS, INC
LOCATION #0162
CINCINNATI OH 45264-0162

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

---

**3.1231.** **Nonpriority creditor's name and mailing address**

VENGROFF WILLIAMS, INC.
8440 N TAMIAMI TRAIL
SARASOTA FL 34243

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1232.** **Nonpriority creditor's name and mailing address**

VEOLIA ENVIRONMENTAL SERVICES
131 S. DEARBORN - 6TH FLOOR
CHICAGO IL 60603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1233.** **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS SERVICES
PO BOX 15043
ALBANY NY 12212-5043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $110,823.25 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                           Case number *(if known)* **17-12143**

---

3.1234.  **Nonpriority creditor's name and mailing address**

VICTOR KLEIN CONSULTING CO
8480 HONEYCUTT RD, STE 200
RALEIGH NC 27615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1235.  **Nonpriority creditor's name and mailing address**

VOIGT-ABERNATHY SALES CORP
7550 COMMERCE CIRCLE
TRUSSVILLE AL 35173

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1236.  **Nonpriority creditor's name and mailing address**

VWR SCIENTIFIC PRODUCTS
PO BOX 640169
PITTSBURGH PA 15264-0169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$324.59

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

---

3.1237. **Nonpriority creditor's name and mailing address**

WACKER CHEMICAL CORP
310 SPARTANGREEN BLVD
DUNCAN SC 29334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1238. **Nonpriority creditor's name and mailing address**

WAGGONER MANUFACTURING COMPANY, INC
1065 HALL ROAD
MOUNT ULLA NC 28125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $69,107.29 |

---

3.1239. **Nonpriority creditor's name and mailing address**

WARD TANK & HEAT EXCHANGER CORP
PO BOX 44568
CHARLOTTE NC 28215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1240.  **Nonpriority creditor's name and mailing address**

WARD TECHNICAL SALES CO INC
PO BOX 685
PAW CREEK NC 28130

| **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1241.  **Nonpriority creditor's name and mailing address**

WARP DEVELOPMENT CORP
100 N. BIVENS ROAD
MONROE NC 28110

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1242.  **Nonpriority creditor's name and mailing address**

WARP DEVELOPMENT CORPORATION
100 N BIVENS ROAD
MONROE NC 28110

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

| 3.1243. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASTE MANAGEMENT
PO BOX 105453
ATLANTA GA 30348-5453

☑ Contingent
☐ Unliquidated
☐ Disputed

$16,316.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WATER & POWER TECHNOLOGIES INC
PO BOX 21743
COLUMBIA SC 29221

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1245. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WATTS & ASSOCIATES ROOFING, INC
7416 FAIRFIELD ROAD
COLUMBIA SC 29203

☑ Contingent
☐ Unliquidated
☐ Disputed

$207,562.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.1246. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1246.   **Nonpriority creditor's name and mailing address**

WAYNE DALTON OF CHARLOTTE
6031 MCDANIEL LANE
CLEVELAND OH 28213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1247.   **Nonpriority creditor's name and mailing address**

WB GUIMARIN & COMPANY, INC.
1124 BLUFF INDUSTRIAL BLVD
COLUMBIA SC 29201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1248.   **Nonpriority creditor's name and mailing address**

WEEKS-WILLIAMS-DEVORE INC
PO BOX 987
MATTHEWS NC 28106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1249.  **Nonpriority creditor's name and mailing address**

WEIR MINERALS NORTH AMERICA
21976 NETWORK PL
CHICAGO IL 60673-1219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1250.  **Nonpriority creditor's name and mailing address**

WELLS FARGO
PO BOX 563957
CHARLOTTE NC 28256-3957

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1251.  **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK
401 S. TRYON STREET
MAC D1050-140
CHARLOTTE NC 28202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RA BBI TRUST ACCOUNT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $13,949.31 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 3.1252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELLS FARGO BANK - 401K
MARKET STREET
SAN FRANCISCO CA 94105

$35,766.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTERN GRAPHTEC INC
760 GARLINGTON RD
IRVINE CA 92618

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE HORSE PACKAGING CO
405 WESTFIELD ST
GREENVILLE SC 29602

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1255.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WHIT-MILLERS SHOE STORE
122 N MAIN ST
MOORESVILLE NC 28115

$200.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAM BARNET & SONS
99 PARK AVE
NEW YORK NY 10016-1589

$9,050.29

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1257.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAM BIRCH MACHINERY LTD
LANSDOWNE RD
MONTON, ECCLES, M30 9PJ
UNITED KINGDOM

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

---

3.1258.  **Nonpriority creditor's name and mailing address**

WINDSTREAM COMMUNICATIONS
4001 RODNEY PARHAM ROAD
LITTLE ROCK AR 72212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1259.  **Nonpriority creditor's name and mailing address**

WINNSBORO BUILDERS SUPPLY INC
340 S VANDERHORST ST
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1260.  **Nonpriority creditor's name and mailing address**

WIRE INDUSTRIES
10 BELLAMY PLACE
STOCKBRIDGE GA 30281

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $4,033.60 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

---

**3.1261.** **Nonpriority creditor's name and mailing address**

WK HILE COMPANY
PO BOX 1015
MATTHEWS NC 28106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1262.** **Nonpriority creditor's name and mailing address**

WL GORE & ASSOCIATES INC
PO BOX 751334
CHARLOTTE NC 28275-1334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1263.** **Nonpriority creditor's name and mailing address**

WOLSELEY INDUSTRIAL #1430
11806 GOODRICH DRIVE
CHARLOTTE NC 28273-4505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$72,600.72

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                        Case number *(if known)* **17-12143**

---

**3.1264.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WOMBLE CARLYLE SANDRIDGE & RICE
ONE WEST 4TH ST
WINSTON SALEM NC 27101

☑ Contingent

☐ Unliquidated

☐ Disputed

$39,377.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1265.** **Nonpriority creditor's name and mailing address**

WOODLAND PARK SERVICES, INC.
1900 TRUMAN DRIVE
SANFORD NC 27330

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1266.** **Nonpriority creditor's name and mailing address**

WORKPLACE HYGIENE INC
420-B GALLIMORE DAIRY RD
GREENSBORO NC 27409

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1267.** **Nonpriority creditor's name and mailing address**

WORKPLACE INTEGRA INC
PO BOX 35767
GREENSBORO NC 27425-5767

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,076.26 |

---

**3.1268.** **Nonpriority creditor's name and mailing address**

WW WILLIAMS DISTRIBUTION
PO BOX 772022
DETROIT MI 48277-2022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1269.** **Nonpriority creditor's name and mailing address**

XEROX CORPORATION
1313 N WEBB RD SUITE 220
WICHITA KS 67206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

3.1270.  **Nonpriority creditor's name and mailing address**

XPEDX
13745 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $6,835.28 |

---

3.1271.  **Nonpriority creditor's name and mailing address**

YADKIN PEEDEE RIVER BASIN ASSOC
1000 N 1ST STREET SUITE 12
ALBEMARLE NC 28001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1272.  **Nonpriority creditor's name and mailing address**

YASH TECHNOLOGIES, INC.
605 17TH AVENUE
EAST MOLINE IL 61244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $28,000.00 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

---

**3.1273.** **Nonpriority creditor's name and mailing address**

YORK TAPE & LABEL INC
7532 SOLUTION CENTER
CHICAGO IL 60677-7005

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $909.34 |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1274.** **Nonpriority creditor's name and mailing address**

ZENITH PUMPS
7916 COLLECTION CENTER DRIVE
CHICAGO IL 60693

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $160.47 |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1275.** **Nonpriority creditor's name and mailing address**

ZEP SALES & SERVICE
425 FRANKLIN RD, STE 530
MARIETTA GA 30067

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

3.1276.  **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
                                                                 *Check all that apply.*

ZONES INC                                                                                                          UNDETERMINED
1102 15TH STREET WEST SW                                          ☑ Contingent
AUBURN WA 98001
                                                                 ☐ Unliquidated

                                                                 ☐ Disputed

**Date or dates debt was incurred**                              **Basis for the claim:**

VARIOUS                                                           VENDOR

**Last 4 digits of account number:**                             **Is the claim subject to offset?**

                                                                 ☑ No

                                                                 ☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 3M FILM MANUFACTURING OPERATIONS<br>PO BOX 371227<br>PITTSBURGH PA 15250-7227 | Part 2 line 3.2 | _____ |
| A&D ENVIRONMENTAL SERVICES, INC.<br>PO BOX 484<br>HIGH POINT NC 27261 | Part 2 line 3.4 | _____ |
| AB CARTER INC<br>PO BOX 518<br>GASTONIA NC 28053 | Part 2 line 3.6 | _____ |
| ABB INC<br>PO BOX 88868<br>CHICAGO IL 60695-1868 | Part 2 line 3.7 | _____ |
| ABERNATHY-THOMAS ENGINEERING CO<br>PO BOX 1493<br>KINGSPORT TN 37662-1493 | Part 2 line 3.8 | _____ |
| ADDIVANT USA LLC<br>PO BOX 8500<br>PHILADELPHIA PA 19178-6702 | Part 2 line 3.14 | _____ |
| ADVANCED DOOR SYSTEMS, INC.<br>PO BOX 534206<br>ATLANTA GA 30353-4206 | Part 2 line 3.16 | _____ |
| ADVANTAGE GROUP INC<br>PO BOX 9195<br>HICKORY NC 28603 | Part 2 line 3.19 | _____ |
| AEC MAGNETICS<br>PO BOX 712475<br>CINCINNATI OH 45271-2475 | Part 2 line 3.21 | _____ |
| AERO SERVICES<br>PO BOX 23213<br>COLUMBIA SC 29224 | Part 2 line 3.24 | _____ |
| AGGREKO LLC<br>PO BOX 972562<br>DALLAS TX 75397-2562 | Part 2 line 3.29 | _____ |
| AGSCO CORP<br>PO BOX 669<br>PINE BROOK NJ 07058 | Part 2 line 3.32 | _____ |
| AIR COMPONENTS & SYSTEMS LTD<br>PO BOX 560578<br>CHARLOTTE NC 28256-0578 | Part 2 line 3.34 | _____ |
| AIRPOWER, INC.<br>PO BOX 5406<br>HIGH POINT NC 27260 | Part 2 line 3.37 | _____ |
| AKZO NOBEL PANITS LLC<br>PO BOX 536864<br>ATLANTA GA 30353-6864 | Part 2 line 3.39 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| ALARM SECURITY GROUP LLC<br>PO BOX 219044<br>KANSAS CITY MO 64121-9044 | Part 2 line 3.41 | _____ |
| ALLEGIS GROUP HOLDINGS<br>PO BOX 198531<br>ATLANTA GA 30384-8531 | Part 2 line 3.47 | _____ |
| ALLIED ELECTRONICS INC<br>PO BOX 2325<br>FORT WORTH TX 76113-2325 | Part 2 line 3.48 | _____ |
| AMERICAN (MTS) OF NC, INC<br>PO BOX 16807<br>ATLANTA GA 30321-0807 | Part 2 line 3.51 | _____ |
| A-MERICAN CASTERS AND MATERIAL HANDLING,<br>INC. V. DFT<br>GENE HARRELSON<br>1465 SALINE STREET<br>N. KANSAS CITY MO 64116 | Part 2 line 3.53 | _____ |
| AMERICAN EQUIPMENT COMPANY INC<br>PO BOX 65664<br>CHARLOTTE NC 28265-0664 | Part 2 line 3.54 | _____ |
| AMERICAN TRUETZSCHLER, INC.<br>PO BOX 669228<br>CHARLOTTE NC 28266 | Part 2 line 3.60 | _____ |
| AMERICAS' SAP USERS' GROUP (ASUG)<br>PO BOX 4248<br>HOUSTON TX 77210-4248 | Part 2 line 3.61 | _____ |
| API BASCO INC<br>PO BOX 623<br>BUFFALO NY 14240-0623 | Part 2 line 3.74 | _____ |
| APPALACHIAN ELECTRONIC<br>PO BOX 518<br>RONCEVERTE WV 24970-0518 | Part 2 line 3.76 | _____ |
| APPLIED INDUSTRIAL CONTROLS<br>PO BOX 819<br>BUFORD GA 30515 | Part 2 line 3.77 | _____ |
| AQUA PRODUCTS CO. INC.<br>PO BOX 39<br>PROSPERITY SC 29127 | Part 2 line 3.82 | _____ |
| ARCHWAY SALES INC<br>PO BOX 843960<br>KANSAS CITY MO 64184-3960 | Part 2 line 3.86 | _____ |
| ASG SECURITY<br>PO BOX 650837<br>DALLAS TX 75265-0837 | Part 2 line 3.90 | _____ |
| ASPEN TECHNOLOGY INC<br>PO BOX 347374<br>PITTSBURGH PA 15251-4374 | Part 2 line 3.93 | _____ |
| ASSOCIATED PACKAGING INC<br>PO BOX 440088<br>NASHVILLE TN 37244-0088 | Part 2 line 3.94 | _____ |
| AURIGA POLYMERS INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1783 | Part 2 line 3.101 | _____ |
| AUTOMATED FIRE SYSTEMS INC.<br>PO BOX 23545<br>CHARLOTTE NC 28227 | Part 2 line 3.103 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGY INC<br>PO BOX 348<br>CONCORD NC 28026 | Part 2 line 3.104 | _____ |
| AZALEA COLOR COMPANY INC<br>PO BOX 200222<br>PITTSBURGH PA 15251-0222 | Part 2 line 3.107 | _____ |
| BALCH & BINGHAM LLP<br>PO BOX 306<br>BIRMINGHAM AL 35201 | Part 2 line 3.112 | _____ |
| BANC OF AMERICA LEASING<br>PO BOX 405874<br>ATLANTA GA 30384+5874 | Part 2 line 3.114 | _____ |
| BARCODE4LESS<br>PO BOX 8173<br>GURNEE IL 60031 | Part 2 line 3.116 | _____ |
| BARKER AIR & HYDRAULICS<br>PO BOX 16807<br>ATLANTA GA 30321-0807 | Part 2 line 3.117 | _____ |
| BDP INTERNATIONAL INC<br>PO BOX 8500-2295<br>PHILADELPHIA PA 19178-2295 | Part 2 line 3.121 | _____ |
| BELL & HOWARD CHEVROLET INC<br>PO BOX 1410<br>STATESVILLE NC 28687-1410 | Part 2 line 3.124 | _____ |
| BELT-TECH PRODUCTS, INC.<br>ATTENTION: ROBERT BELANGER, PRESIDENT &<br>CEO<br>386 DORCHESTER<br>GRANBY QC J2G 3Z7<br>CANADA | Part 2 line 3.126 | _____ |
| BEPEX INTERNATIONAL LLC<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5511 | Part 2 line 3.129 | _____ |
| BILL'S SEWING MACHINE CO<br>PO BOX 1760<br>HILDEBRAN NC 28637 | Part 2 line 3.134 | _____ |
| BIRS INC<br>PO BOX 36197<br>GREENSBORO NC 27416-6197 | Part 2 line 3.138 | _____ |
| BLUE RIDGE RUBBER & INDUSTRIAL<br>PO BOX 1293<br>HARRISONBURG VA 22803 | Part 2 line 3.143 | _____ |
| BLYTHE COMPANY<br>PO BOX 570<br>MINERAL SPRINGS NC 28108 | Part 2 line 3.144 | _____ |
| BODYCOTE K-TECH INC<br>PO BOX 201745<br>DALLAS TX 75320-1745 | Part 2 line 3.147 | _____ |
| BOHANAN MANUFACTURING TECHNOLOGIES<br>PO BOX 1743<br>GASTONIA NC 28053-1743 | Part 2 line 3.148 | _____ |
| BRENNTAG SOUTHEAST INC<br>PO BOX 752094<br>CHARLOTTE NC 28275-2094 | Part 2 line 3.152 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| BRIDGESTONE AMERICAS<br>PO BOX 73418<br>CHICAGO IL 60673-7418 | Part 2 line 3.153 | _____ |
| BRIGGS CONSTRUCTION EQUIPMENT INC<br>PO BOX 481840<br>CHARLOTTE NC 28269 | Part 2 line 3.155 | _____ |
| BRIGGS-SHAFFNER CO<br>PO BOX 67<br>YADKINVILLE NC 27055 | Part 2 line 3.156 | _____ |
| BROOKS PIERCE MCLENDON HUMPHREY<br>PO BOX 26032<br>GREENSBORO NC 27420 | Part 2 line 3.159 | _____ |
| BROWN & MORRISON LTD<br>PO BOX 240827<br>CHARLOTTE NC 28224-0827 | Part 2 line 3.160 | _____ |
| BS&B SAFETY SYSTEMS INC<br>PO BOX 973042<br>DALLAS TX 75397-3042 | Part 2 line 3.163 | _____ |
| BUHLER INC<br>PO BOX 9497<br>MINNEAPOLIS MN 55440-9497 | Part 2 line 3.165 | _____ |
| BURGMANN SEALS AMERICA INC<br>PO BOX 200122<br>DALLAS TX 75320-0122 | Part 2 line 3.167 | _____ |
| CANTRELL & CANTRELL DBA CANCO<br>PO BOX 400<br>CHESTER SC 29706 | Part 2 line 3.174 | _____ |
| CARLTON BATES CO INC<br>PO BOX 676182<br>DALLAS TX 75267-6182 | Part 2 line 3.179 | _____ |
| CAROLINA CHILLERS INC<br>PO BOX 50550<br>SUMMERVILLE SC 29485-0550 | Part 2 line 3.182 | _____ |
| CAROLINA ELEVATOR SERVICE, INC.<br>PO BOX 206<br>ELGIN SC 29045 | Part 2 line 3.183 | _____ |
| CAROLINA FILTERS INC<br>PO BOX 716<br>SUMTER SC 29151 | Part 2 line 3.184 | _____ |
| CAROLINA FLUID COMPONENTS<br>PO BOX 601687<br>CHARLOTTE NC 28260-1687 | Part 2 line 3.185 | _____ |
| CAROLINA INDUSTRIAL EQUIPMENT<br>PO BOX 667907<br>CHARLOTTE NC 28266 | Part 2 line 3.186 | _____ |
| CAROLINA LOOM REED COMPANY INC<br>PO BOX 22111<br>GREENSBORO NC 27420 | Part 2 line 3.187 | _____ |
| CAROLINA MACHINE WORKS<br>PO BOX 1156<br>BELMONT NC 28012 | Part 2 line 3.188 | _____ |
| CAROLINA TELEPHONE/GRAPH CO LLC<br>PO BOX 4300<br>CAROL STREAM IL 60197-4300 | Part 2 line 3.195 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| CAROTEK INC<br>PO BOX 890140<br>CHARLOTTE NC 28289-0140 | Part 2 line 3.196 | _____ |
| CARRIER CORPORATION<br>PO BOX 905303<br>CHARLOTTE NC 28290-5303 | Part 2 line 3.197 | _____ |
| CARSON MACHINE COMPANY INC<br>PO BOX 1951<br>GASTONIA NC 28053-1951 | Part 2 line 3.198 | _____ |
| CATAWBA INDUSTRIAL RUBBER CO INC<br>PO BOX 30636<br>CHARLOTTE NC 28230-0636 | Part 2 line 3.202 | _____ |
| CC VAUGHAN & SONS INC<br>PO BOX 4235<br>WEST COLUMBIA SC 29171 | Part 2 line 3.207 | _____ |
| CDW INC<br>PO BOX 75723<br>CHICAGO IL 60675-5723 | Part 2 line 3.208 | _____ |
| CEM CORPORATION<br>PO BOX 200<br>MATTHEWS NC 28106 | Part 2 line 3.210 | _____ |
| CERAMCO PRINTECH<br>PO BOX 7265<br>CHARLOTTE NC 28241 | Part 2 line 3.214 | _____ |
| CGR PRODUCTS<br>PO BOX 638646<br>CINCINNATI OH 45263-8646 | Part 2 line 3.217 | _____ |
| CHANDLER CONCRETE COMPANY INC<br>PO BOX 139<br>SALISBURY NC 28145-0139 | Part 2 line 3.219 | _____ |
| CHATHAM COUNTY UTILITIES<br>PO BOX 600027<br>RALEIGH NC 27675-6027 | Part 2 line 3.223 | _____ |
| CHEMPUMP<br>PO BOX 123242<br>DALLAS TX 75312-3242 | Part 2 line 3.227 | _____ |
| CHEMSOLV INC<br>PO BOX 13847<br>ROANOKE VA 24037 | Part 2 line 3.228 | _____ |
| CHEMTURA USA CORPORATION<br>PO BOX 7247-8429<br>PHILADELPHIA PA 19170-8429 | Part 2 line 3.229 | _____ |
| CHICAGO BLOWER OF CAROLINAS<br>PO BOX 1796<br>CONCORD NC 28025 | Part 2 line 3.231 | _____ |
| CHT R BEITLICH CORPORATION<br>PO BOX 240497<br>CHARLOTTE NC 28224 | Part 2 line 3.235 | _____ |
| CINTAS CORPORATION<br>PO BOX 630803<br>CINCINNATI OH 45263-0803 | Part 2 line 3.237 | _____ |
| CITY OF SALISBURY<br>PO BOX 740600<br>ATLANTA GA 30374-0600 | Part 2 line 3.242 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| CLARKE POWER SERVICES INC<br>PO BOX 710157<br>CINCINNATI OH 45271-0157 | Part 2 line 3.246 | _____ |
| CLEAN HARBORS ENVIRONMENTAL<br>PO BOX 3442<br>BOSTON MA 02241-3442 | Part 2 line 3.248 | _____ |
| CLEANLITES RECYCLING INC<br>PO BOX 161715<br>BOILING SPRINGS SC 29316 | Part 2 line 3.249 | _____ |
| CLEVELAND LUMBER CO INC<br>PO BOX 1559<br>SHELBY NC 28151-1559 | Part 2 line 3.252 | _____ |
| CLONINGER FORD INC<br>PO BOX 1788<br>SALISBURY NC 28145 | Part 2 line 3.254 | _____ |
| COATS AMERICAN INC<br>PO BOX 122627<br>DALLAS TX 75312-2627 | Part 2 line 3.257 | _____ |
| COLLINS PUMPS & CONTROL SVS INC<br>PO BOX 1217<br>WINNSBORO SC 29180 | Part 2 line 3.262 | _____ |
| CONAIR GROUP INC<br>PO BOX 790<br>FRANKLIN PA 16323 | Part 2 line 3.266 | _____ |
| CONTAMINANT CONTROL, INC<br>PO BOX 64399<br>FAYETTEVILLE NC 28306 | Part 2 line 3.271 | _____ |
| COPERION CORPORATION<br>PO BOX 15112<br>NEWARK NJ 07192 | Part 2 line 3.279 | _____ |
| COPERION K-TRON PITMAN INC<br>PO BOX 536182<br>PITTSBURGH PA 15253-5903 | Part 2 line 3.280 | _____ |
| CORRPRO COMPANIES, INC<br>PO BOX 674173<br>DALLAS TX 75267-4173 | Part 2 line 3.282 | _____ |
| CRI TOLLING, LLC<br>PO BOX 890800<br>CHARLOTTE NC 28289-0800 | Part 2 line 3.289 | _____ |
| CRODA INC<br>PO BOX 416595<br>BOSTON MA 02241-6595 | Part 2 line 3.291 | _____ |
| CSC CORPORATE DOMAINS INC<br>PO BOX 13397<br>PHILADELPHIA PA 19101-3397 | Part 2 line 3.296 | _____ |
| CUNO FILTRATION SALES<br>PO BOX CH10370<br>PALATINE IL 60055-0370 | Part 2 line 3.299 | _____ |
| CUSTOM SYNTHESIS, LLC<br>PO BOX 5254<br>ANDERSON SC 29623-5254 | Part 2 line 3.301 | _____ |
| CYRCO INC<br>PO BOX7292<br>GREENSBORO NC 27417 | Part 2 line 3.304 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| CYRCO INC<br>PO BOX 7292<br>GREENSBORO NC 27417 | Part 2 line 3.305 | _____ |
| D A LUBRICANT CO<br>PO BOX 66010<br>INDIANAPOLIS IN 46266-6010 | Part 2 line 3.306 | _____ |
| D&S CONSTRUCTION COMPANY<br>PO BOX 349<br>MONCURE NC 27559-0349 | Part 2 line 3.307 | _____ |
| DALLAS MACHINE CO<br>PO BOX 2205<br>GASTONIA NC 28053 | Part 2 line 3.309 | _____ |
| DAWSON ASSOCIATES, INC.<br>PO BOX PO BOX 846<br>LAWRENCEVILLE GA 30046 | Part 2 line 3.315 | _____ |
| DDRTC BIRKDALE VILLAGE, LLC<br>16725 BIRKDALE COMMONS PKWY<br>HUNTERSVILLE NC 28078 | Part 2 line 3.317 | _____ |
| DELL INC<br>PO BOX 534118<br>ATLANTA GA 30353-4118 | Part 2 line 3.318 | _____ |
| DELOITTE<br>PO BOX 844742<br>DALLAS TX 75284-4742 | Part 2 line 3.319 | _____ |
| DEPENDABLE DRUM CO INC<br>PO BOX 3805<br>GREENVILLE SC 29608-3805 | Part 2 line 3.326 | _____ |
| DET NORSKE VERITAS (USA), INC<br>PO BOX 934917<br>ATLANTA GA 31193-4917 | Part 2 line 3.327 | _____ |
| DIAMOND SPRINGS WATER INC<br>PO BOX 667887<br>CHARLOTTE NC 28266-7887 | Part 2 line 3.333 | _____ |
| DICKINSON WRIGHT PLLC<br>ATTENTION: MICHAEL DALLAIRE, ESQ.<br>500 WOODWARD AVE<br>SUITE 4000<br>DETROIT MI 48226 | Part 2 line 3.126 | _____ |
| DICKINSON WRIGHT PLLC<br>JASPN P KLIGENSMITH<br>500 WOODWARD AVE<br>SUITE 4000<br>DETROIT MI 48226 | Part 2 line 3.126 | _____ |
| DIXIE RUBBER AND PLASTICS<br>PO BOX 6554<br>GREENVILLE SC 29606-6554 | Part 2 line 3.336 | _____ |
| DUKE ENERGY<br>PO BOX 70515<br>CHARLOTTE NC 28272-0515 | Part 2 line 3.345 | _____ |
| DUO FAST CAROLINAS INC<br>PO BOX 668269<br>CHARLOTTE NC 28208 | Part 2 line 3.347 | _____ |
| DWYER INSTRUMENTS<br>PO BOX 890171<br>CHARLOTTE NC 28289-0171 | Part 2 line 3.353 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| DYNISCO INSTRUMENTS<br>PO BOX 934811<br>ATLANTA GA 31193-4811 | Part 2 line 3.356 | _____ |
| EDMUND ERDMANN ENTERPRISES INC<br>PO BOX 203<br>CONCORD NC 28026 | Part 2 line 3.359 | _____ |
| EH TURNER MFG CO INC<br>PO BOX 620<br>GRIFFIN GA 30224 | Part 2 line 3.361 | _____ |
| ELDON SPECIALTIES INC<br>PO BOX 567<br>GRAHAM NC 27253 | Part 2 line 3.364 | _____ |
| ELECTRIC CONTROL & SUPPLY, INC.<br>PO BOX 3415<br>COLUMBIA SC 29230 | Part 2 line 3.365 | _____ |
| ELECTRIC MOTOR & REPAIR INC<br>PO BOX 806<br>COLUMBIA SC 29202-0806 | Part 2 line 3.366 | _____ |
| ELTEX US INCORPORATED<br>PO BOX 890997<br>CHARLOTTE NC 28289-0997 | Part 2 line 3.376 | _____ |
| EMAC², INC.<br>PO BOX 11366<br>COLUMBIA SC 29211 | Part 2 line 3.378 | _____ |
| EMERALD FOAM CONTROL LLC<br>PO BOX 74013<br>CLEVELAND OH 44194-4013 | Part 2 line 3.380 | _____ |
| EMERSON PROCESS MANAGEMENT<br>PO BOX 905330<br>CHARLOTTE NC 28290-5330 | Part 2 line 3.381 | _____ |
| EMS-CHEMIE (NORTH AMERICA) INC.<br>PO BOX 890154<br>CHARLOTTE NC 28289-0154 | Part 2 line 3.383 | _____ |
| ENDRESS & HAUSER INC<br>PO BOX 78000<br>DETROIT MI 48278-0795 | Part 2 line 3.386 | _____ |
| EXCEL, INC.<br>PO BOX 459<br>LINCOLNTON NC 28093 | Part 2 line 3.405 | _____ |
| FAB-TEC INC<br>PO BOX 1673<br>GASTONIA NC 28053 | Part 2 line 3.409 | _____ |
| FCX CHARLOTTE<br>PO BOX 712465<br>CINCINNATI OH 45271-2465 | Part 2 line 3.415 | _____ |
| FERGUSON HEATING & COOLING<br>PO BOX 100286<br>ATLANTA GA 30384-0286 | Part 2 line 3.418 | _____ |
| FILTERS FAST LOCAL SERVICE, LLC<br>PO BOX 2868<br>MONROE NC 28110 | Part 2 line 3.423 | _____ |
| FIRST AMERICAN TITLE INSURANCE C<br>PO BOX 677858<br>DALLAS TX 75267-7858 | Part 2 line 3.427 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| FISHER SCIENTIFIC<br>PO BOX 404705<br>ATLANTA GA 30384 | Part 2 line 3.430 | _____ |
| FLUID FLOW PRODUCTS<br>PO BOX 751278<br>CHARLOTTE NC 28275 | Part 2 line 3.434 | _____ |
| FORMS & SUPPLY INC<br>PO BOX 563953<br>CHARLOTTE NC 28256 | Part 2 line 3.440 | _____ |
| FOSS NIRSYSTEMS<br>PO BOX 277062<br>ATLANTA GA 30384-7062 | Part 2 line 3.441 | _____ |
| G & W EQUIPMENT INC<br>600 LAWTON ROAD<br>CHARLOTTE NC 28216 | Part 2 line 3.448 | _____ |
| GALBRAITH LABORATORIES, INC.<br>PO BOX 51610<br>KNOXVILLE TN 37950-1610 | Part 2 line 3.452 | _____ |
| GARTNER, INC.<br>PO BOX 911319<br>DALLAS TX 75391-1319 | Part 2 line 3.454 | _____ |
| GASTEX LLC<br>PO BOX 3806<br>GASTONIA NC 28054 | Part 2 line 3.456 | _____ |
| GASTON COLLEGE SPECIAL FUNDS<br>PO BOX 1044<br>BELMONT NC 28012 | Part 2 line 3.457 | _____ |
| GASTON SPRINKLER INC<br>PO BOX 1095<br>DALLAS NC 28034 | Part 2 line 3.458 | _____ |
| GE<br>PO BOX 281729<br>ATLANTA GA 30384-1729 | Part 2 line 3.461 | _____ |
| GEOCYCLE LLC<br>PO BOX 752104<br>CHARLOTTE NC 28260-2104 | Part 2 line 3.464 | _____ |
| GEORGIA-PACIFIC<br>PO BOX 102319<br>ATLANTA GA 30368 | Part 2 line 3.468 | _____ |
| GHA TECHNOLOGIES, INC<br>PO BOX 29661<br>PHOENIX AZ 85038-9661 | Part 2 line 3.470 | _____ |
| GHX INDUSTRIAL, LLC<br>PO BOX 4346<br>HOUSTON TX 77210-4346 | Part 2 line 3.471 | _____ |
| GIANT RESOURCE RECOVERY-HARLEYVILLE<br>PO BOX 782797<br>PHILADELPHIA PA 19178-2797 | Part 2 line 3.472 | _____ |
| GOODYEAR TIRE & RUBBER CO.<br>PO BOX 100605<br>ATLANTA GA 30384-0605 | Part 2 line 3.477 | _____ |
| GRAF METALLIC OF AMERICA INC<br>PO BOX 1370<br>SPARTANBURG SC 29304-1370 | Part 2 line 3.479 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| GRANITE KNITWEAR DBA CAL CRU<br>PO BOX 498<br>GRANITE QUARRY NC 28072-0498 | Part 2 line 3.482 | _____ |
| GRANT THORNTON LLP<br>PO BOX 532019<br>ATLANTA GA 30353-2019 | Part 2 line 3.483 | _____ |
| GRAPHIC CONTROLS CORP<br>PO BOX 1271<br>BUFFALO NY 14240-1271 | Part 2 line 3.484 | _____ |
| GRAPHIC CONTROLS LLC<br>PO BOX 1271<br>BUFFALO NY 14240-1271 | Part 2 line 3.485 | _____ |
| GTP GREENVILLE, INC-AMERICA PICANOL<br>PO BOX 1867<br>GREENVILLE SC 29602 | Part 2 line 3.495 | _____ |
| HAGAN KENNINGTON OIL CO INC<br>PO BOX 608<br>BESSEMER CITY NC 28016 | Part 2 line 3.502 | _____ |
| HARWOOD SIGNS<br>PO BOX 118<br>GRANITE QUARRY NC 28072 | Part 2 line 3.508 | _____ |
| HD SUPPLY ELECTRICAL, LTD.<br>PO BOX 601971<br>CHARLOTTE NC 28260-1971 | Part 2 line 3.509 | _____ |
| HEATHERLOCK TEXTILES, INC.<br>PO BOX 550625<br>GASTONIA NC 28055 | Part 2 line 3.512 | _____ |
| HELM U.S. CORPORATION<br>PO BOX 782662<br>PHILADELPHIA PA 19178-2662 | Part 2 line 3.514 | _____ |
| HENDRIX MANUFACTURING CO INC<br>PO BOX 538<br>WOODLEAF NC 27054 | Part 2 line 3.516 | _____ |
| HEXACOMB CORPORATION<br>PO BOX 71724<br>CHICAGO IL 60694-1724 | Part 2 line 3.519 | _____ |
| HIGHLAND CONTAINER CO INC<br>PO BOX 932714<br>ATLANTA GA 31193-2714 | Part 2 line 3.522 | _____ |
| HILE EQUIPMENT CO<br>PO BOX 1015<br>MATTHEWS NC 28106 | Part 2 line 3.523 | _____ |
| HI-TECH<br>PO BOX 26958<br>GREENVILLE SC 29616 | Part 2 line 3.524 | _____ |
| HOBGOOD ELECTRIC & MACHINERY CO., I<br>PO BOX 3249<br>COLUMBIA SC 29230 | Part 2 line 3.526 | _____ |
| HOCKMEYER EQUIPMENT CORP<br>PO BOX 299<br>EMERSON NJ 07630 | Part 2 line 3.527 | _____ |
| HONOR EQUIPMENT<br>PO BOX 549<br>RICHFIELD NC 28137 | Part 2 line 3.532 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| HORIBA INSTRUMENTS INC.<br>PO BOX 51-2936<br>LOS ANGELES CA 90051-0936 | Part 2 line 3.533 | _____ |
| HUNTSMAN INTERNATIONAL LLC<br>PO BOX 842850<br>BOSTON MA 02284-2850 | Part 2 line 3.541 | _____ |
| HYDRADYNE HYDRAULICS, LLC<br>PO BOX 974799<br>DALLAS TX 75397-4799 | Part 2 line 3.543 | _____ |
| HYDRAULIC DEPOT, LLC.<br>PO BOX 835<br>SALISBURY NC 28145 | Part 2 line 3.545 | _____ |
| I&M INDUSTRIALS INC<br>PO BOX 8775<br>GREENVILLE SC 29604-8775 | Part 2 line 3.547 | _____ |
| IBM INTERNATIONAL BUSINESS MACHINES<br>PO BOX 643600<br>PITTSBURGH PA 15264-3600 | Part 2 line 3.548 | _____ |
| IHS GLOBAL INC.<br>PO BOX 847193<br>DALLAS TX 75284-7193 | Part 2 line 3.552 | _____ |
| INCHEM-CHARLOTTE LLC<br>PO BOX 531773<br>ATLANTA GA 30353-1773 | Part 2 line 3.556 | _____ |
| INDUSTRIAL AIR, INC.<br>PO BOX 8769<br>GREENSBORO NC 27419-0769 | Part 2 line 3.559 | _____ |
| INDUSTRIAL BATTERY & CHARGER INC<br>PO BOX 602104<br>CHARLOTTE NC 28260-2104 | Part 2 line 3.560 | _____ |
| INDUSTRIAL CONTAINER SERVICES<br>PO BOX 278<br>ZELLWOOD FL 32798-0278 | Part 2 line 3.562 | _____ |
| INDUSTRIAL MACHINE WORKS, INC.<br>PO BOX 1167<br>WAYNESBORO VA 22980 | Part 2 line 3.567 | _____ |
| INDUSTRIAL SCIENTIFIC CORP<br>PO BOX 360939M<br>PITTSBURGH PA 15251 | Part 2 line 3.572 | _____ |
| INDUSTRIAL SUPPLY SOLUTIONS INC<br>PO BOX 844601<br>BOSTON MA 02284-4601 | Part 2 line 3.574 | _____ |
| INGERSOLL RAND CO<br>PO BOX 75817<br>CHARLOTTE NC 28275 | Part 2 line 3.578 | _____ |
| INTEGRATED POWER SERVICES LLC<br>PO BOX 601492<br>CHARLOTTE NC 28260-1492 | Part 2 line 3.585 | _____ |
| INTERNAL REVENUE SERVICE<br>OFFICE OF CHIEF COUNSEL<br>1500 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20220 | Part 1 line 2.32 | _____ |
| INTERNATIONAL PAPER CO<br>PO BOX 644095<br>PITTSBURGH PA 15264-4095 | Part 2 line 3.590 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                  Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| INVISTA S.A.R.L.<br>PO BOX 742926<br>ATLANTA GA 30374-2926 | Part 2 line 3.595 | _____ |
| J.W. GENERAL CONTRACTORS, LLCD/B/A JW DEMOLITION<br>KENNETH LAUTENSCHLAGER<br>PO BOX 36469<br>CHARLOTTE NC 28236 | Part 2 line 3.623 | _____ |
| JA KING & COMPANY INC<br>PO BOX 160<br>WHITSETT NC 27377 | Part 2 line 3.601 | _____ |
| JAY INDUSTRIAL CONTROLS<br>PO BOX 827058<br>PHILADELPHIA PA 19182-7058 | Part 2 line 3.607 | _____ |
| JS HOLLAND MACHINE CO LLC<br>PO BOX 550874<br>GASTONIA NC 28055 | Part 2 line 3.619 | _____ |
| KANO LABORATORIES INC<br>PO BOX 110098<br>NASHVILLE TN 37222-0098 | Part 2 line 3.624 | _____ |
| KEMP COMPANY<br>PO BOX 98748<br>CHICAGO IL 60693 | Part 2 line 3.630 | _____ |
| KOLENE CORP<br>PO BOX 67000<br>DETROIT MI 48267-0929 | Part 2 line 3.637 | _____ |
| KRONOS CORP<br>PO BOX 743208<br>ATLANTA GA 30374-3208 | Part 2 line 3.641 | _____ |
| KUKA ROBOTICS CORP<br>PO BOX 67-000<br>DETROIT MI 48267-2079 | Part 2 line 3.642 | _____ |
| LABELMASTER<br>PO BOX 46402<br>CHICAGO IL 60646-0402 | Part 2 line 3.647 | _____ |
| LANG LIGON & COMPANY, INC<br>PO BOX 5578<br>GREENVILLE SC 29606 | Part 2 line 3.651 | _____ |
| LAPMASTER INTERNATIONAL<br>PO BOX 88471<br>CHICAGO IL 60680-1471 | Part 2 line 3.653 | _____ |
| LCI CORPORATION<br>PO BOX 538423<br>ATLANTA GA 30353-8423 | Part 2 line 3.655 | _____ |
| LEASE OPERATIONS<br>PO BOX 935204<br>ATLANTA GA 31193-5204 | Part 2 line 3.657 | _____ |
| LIFTONE, LLC<br>PO BOX 75054<br>CHARLOTTE NC 28275-0054 | Part 2 line 3.665 | _____ |
| LIGON ELECTRIC SUPPLY<br>PO BOX 5098<br>WINSTON SALEM NC 27113-5098 | Part 2 line 3.667 | _____ |
| LINTECH INTL<br>PO BOX 116246<br>ATLANTA GA 30368 | Part 2 line 3.671 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| LITTLEFORD DAY INC<br>PO BOX 128<br>FLORENCE KY 41022-0128 | Part 2 line 3.675 | _____ |
| LIVINGSTON & HAVEN INC<br>PO BOX 890218<br>CHARLOTTE NC 28289-0218 | Part 2 line 3.676 | _____ |
| LIVINGSTONE COATING CORP<br>PO BOX 668267<br>CHARLOTTE NC 28266 | Part 2 line 3.677 | _____ |
| LR GORRELL CO<br>PO BOX 33395<br>RALEIGH NC 27636 | Part 2 line 3.688 | _____ |
| LUBRICATION ENGINEERS INC<br>PO BOX 16025<br>WICHITA KS 67216-6025 | Part 2 line 3.690 | _____ |
| LUBROMATION INC<br>PO BOX 669283<br>CHARLOTTE NC 28266 | Part 2 line 3.691 | _____ |
| LXE INC<br>PO BOX 102129<br>ATLANTA GA 30368-0129 | Part 2 line 3.696 | _____ |
| M&M ELECTRIC SERVICE, INC.<br>PO BOX 12847<br>GASTONIA NC 28052 | Part 2 line 3.697 | _____ |
| MACHINED COMPONENT SERVICES<br>PO BOX 19487<br>CHARLOTTE NC 28219 | Part 2 line 3.700 | _____ |
| MAHR METERING SYSTEMS CORP<br>PO BOX 7547<br>CHARLOTTE NC 28241 | Part 2 line 3.704 | _____ |
| MASTER DATA CENTER<br>PO BOX 673451<br>DETROIT MI 48267-3451 | Part 2 line 3.713 | _____ |
| MAYER TEXTILE MACHINE CORP<br>PO BOX 8527<br>GREENSBORO NC 27419 | Part 2 line 3.714 | _____ |
| M-B INDUSTRIES INC<br>PO BOX 1118<br>ROSMAN NC 28772 | Part 2 line 3.715 | _____ |
| MC SCHROEDER CO INC<br>PO BOX 1089<br>DENVER NC 28037 | Part 2 line 3.716 | _____ |
| MCE CHEMICALS & EQUIPMENT CO INC<br>PO BOX 990<br>LAKE PLACID NY 12946 | Part 2 line 3.718 | _____ |
| MCI COMMUNICATIONS SERVICES INC<br>PO BOX 864416<br>ORLANDO FL 32886-4416 | Part 2 line 3.719 | _____ |
| MCJUNKIN RED MAN CORP<br>PO BOX 204392<br>DALLAS TX 75320-4392 | Part 2 line 3.720 | _____ |
| MCNAUGHTON MCKAY SOUTHEAST INC<br>PO BOX 890976<br>CHARLOTTE NC 28289 | Part 2 line 3.722 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| MECHANICAL EQUIPMENT COMPANY<br>PO BOX 689<br>MATTHEWS NC 28106 | Part 2 line 3.724 | _____ |
| MEGA MACHINE SHOP INC<br>PO BOX 1252<br>MOCKSVILLE NC 27028 | Part 2 line 3.728 | _____ |
| METROHM USA<br>PO BOX 405562<br>ATLANTA GA 30384-5562 | Part 2 line 3.735 | _____ |
| MFG CHEMICAL INC<br>PO BOX 4359<br>DALTON GA 30719 | Part 2 line 3.737 | _____ |
| MG NEWELL CORPORATION<br>PO BOX 60140<br>CHARLOTTE NC 28260 | Part 2 line 3.738 | _____ |
| MID SOUTH ROLLER<br>PO BOX 130<br>CLARKSVILLE AR 72830 | Part 2 line 3.741 | _____ |
| MINE SAFETY APPLIANCES COMPANY INC<br>PO BOX 640348<br>PITTSBURGH PA 15264-0348 | Part 2 line 3.744 | _____ |
| MIRION TECHNOLOGIES (GDS) INC<br>PO BOX 101301<br>PASADENA CA 91189-0005 | Part 2 line 3.748 | _____ |
| MONCURE HOLDINGS WEST LLC<br>2717 NEW HILL OLIVE CHAPEL ROAD<br>NEW HILL NC 27562 | Part 2 line 3.623 | _____ |
| MONCURE HOLDINGS, LLC<br>ATTENTION: JASON KAPLAN<br>282 CENTURY PLACE<br>SUITE 2000<br>LOUISVILLE CO 80027 | Part 2 line 3.754 | _____ |
| MOORE MACHINE WORKS<br>PO BOX 3163<br>SPARTANBURG SC 29304 | Part 2 line 3.757 | _____ |
| MORGANITE CO<br>PO BOX 402749<br>ATLANTA GA 30384-2749 | Part 2 line 3.761 | _____ |
| MORGAN-KIRKMAN ASSOCIATES INC<br>PO BOX 29146<br>GREENSBORO NC 27429-9146 | Part 2 line 3.762 | _____ |
| MOROIL CORPORATION<br>PO BOX 127<br>DAVIDSON NC 28036 | Part 2 line 3.763 | _____ |
| MRO ELECTRONIC DISTRIBUTORS INC<br>PO BOX 4737<br>HOLLYWOOD FL 33083 | Part 2 line 3.772 | _____ |
| NAGASE AMERICA CORP<br>PO BOX 826715<br>PHILADELPHIA PA 19182-6715 | Part 2 line 3.778 | _____ |
| NAI CAROLANTIC<br>ATTENTION: STEVE STROUD<br>3605 GLENWOOD AVENUE<br>RALEIGH NC 27612 | Part 2 line 3.754 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| NATIONAL QUALITY ASSURANCE INC<br>PO BOX 733365<br>DALLAS TX 75373-3365 | Part 2 line 3.780 | _____ |
| NELSON MULLINS<br>ATTENTION: DENNIS WICKER<br>4140 PARK1AKE A VENUE<br>SUITE 200<br>RALEIGH NC 27612 | Part 2 line 3.754 | _____ |
| NELSON MULLINS<br>ATTENTION: CATHY M. RUDISILL<br>4140 PARKLAKE AVENUE<br>SUITE 200<br>RALEIGH NC 27612 | Part 2 line 3.754 | _____ |
| NEO CORPORATION<br>DENNIS L. MARTIN, JR.<br>ROBERTS & STEVENS<br>301 COLLEGE STREET<br># 400<br>ASHEVILLE NC 28801 | Part 2 line 3.792 | _____ |
| NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA SC 29202 | Part 2 line 3.800 | _____ |
| NORDSON XALOY INCORPORATED<br>PO BOX 8541<br>CAROL STREAM IL 60197-8541 | Part 2 line 3.806 | _____ |
| OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304 | Part 2 line 3.817 | _____ |
| OERLIKON TEXTILE INC<br>PO BOX 978737<br>DALLAS TX 75397-8737 | Part 2 line 3.818 | _____ |
| OMEGA ENGINEERING INC<br>PO BOX 405369<br>ATLANTA GA 30384-5369 | Part 2 line 3.823 | _____ |
| ONIN STAFFING, LLC<br>PO BOX 933473<br>ATLANTA GA 31193-3473 | Part 2 line 3.826 | _____ |
| OTIS ELEVATOR COMPANY<br>PO BOX 905454<br>CHARLOTTE NC 28290-5454 | Part 2 line 3.833 | _____ |
| PACE ANALYTICAL SERVICES INC<br>PO BOX 684056<br>CHICAGO IL 60695-4056 | Part 2 line 3.836 | _____ |
| PALL ADVANCED SEPARATION SYSTEMS<br>PO BOX 8500-1311<br>PHILADELPHIA PA 19178-1311 | Part 2 line 3.838 | _____ |
| PALL CORPORTION<br>PO BOX 8500-1311<br>PHILADELPHIA PA 19178-1311 | Part 2 line 3.839 | _____ |
| PAYNE CONTROLS CO<br>PO BOX 70<br>SCOTT DEPOT WV 25560 | Part 2 line 3.849 | _____ |
| PENHALL COMPANY<br>PO BOX DEPT 2911<br>LOS ANGELES CA 90084-2911 | Part 2 line 3.854 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORP<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON DC 20005-4026 | Part 2 line 3.856 | _____ |
| PENTA ENGINEERING PA<br>PO BOX 410287<br>CHARLOTTE NC 28241-0287 | Part 2 line 3.857 | _____ |
| PERFORMANCE FIBERS, INC.<br>PO BOX 905158<br>CHARLOTTE NC 28290-5158 | Part 2 line 3.863 | _____ |
| PERFORMANCE STAFFING SOLUTIONS, INC<br>PO BOX 26470<br>SAN FRANCISCO CA 94126 | Part 2 line 3.864 | _____ |
| PERIGON<br>PO BOX 1677<br>INDIAN TRAIL NC 28079 | Part 2 line 3.866 | _____ |
| PERSONNEL SERVICES UNLIMITED, INC.<br>PO BOX 1827<br>SHELBY NC 28151-1827 | Part 2 line 3.869 | _____ |
| PETREE & STOUDT ASSOC INC<br>PO BOX 4069<br>HIGH POINT NC 27263 | Part 2 line 3.870 | _____ |
| PHOENIX FIRE PROTECTION, INC.<br>PO BOX 2881<br>SANFORD NC 27331 | Part 2 line 3.872 | _____ |
| PIEDMONT FIRE INC<br>PO BOX 610<br>MC LEANSVILLE NC 27301 | Part 2 line 3.876 | _____ |
| PIEDMONT NATIONAL CORP<br>PO BOX 890938<br>CHARLOTTE NC 28289-0938 | Part 2 line 3.878 | _____ |
| PITTSBURG TANK & TOWER MAINT. CO.,<br>PO BOX 1849<br>HENDERSON KY 42419 | Part 2 line 3.883 | _____ |
| PLANT ENGINEERING CONSULTANTS INC<br>PO BOX 60760<br>CHARLOTTE NC 28260-0760 | Part 2 line 3.884 | _____ |
| POLYQUEST<br>PO BOX 60760<br>CHARLOTTE NC 28260-0760 | Part 2 line 3.888 | _____ |
| PORTER GAS SERVICE INC<br>PO BOX 37<br>WINNSBORO SC 29180-0037 | Part 2 line 3.889 | _____ |
| POTOMAC ENVIRONMENTAL, INC.<br>PO BOX 1836<br>STAFFORD VA 22555 | Part 2 line 3.890 | _____ |
| POWDER TECHNOLOGIES INC<br>PO BOX 780<br>HAINESPORT NJ 8036 | Part 2 line 3.891 | _____ |
| PPG INDUSTRIES INC<br>PO BOX 534974<br>ATLANTA GA 30353-4974 | Part 2 line 3.895 | _____ |
| PRAXAIR DISTRIBUTION INC<br>PO BOX 120812<br>DALLAS TX 75312-0812 | Part 2 line 3.896 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| PRAXAIR SURFACE TECHNOLOGIES INC<br>PO BOX 100424<br>ATLANTA GA 30384-0424 | Part 2 line 3.897 | _____ |
| PRINTING & PACKAGING INC<br>PO BOX 1558<br>SHELBY NC 28150 | Part 2 line 3.906 | _____ |
| PRIORITY ONE SECURITY, INC<br>PO BOX 602577<br>CHARLOTTE NC 28260-2577 | Part 2 line 3.907 | _____ |
| PROCESS CONTROL<br>PO BOX 17129<br>CHARLOTTE NC 28227 | Part 2 line 3.909 | _____ |
| PRODUCTION TOOL & DIE COMPANY INC<br>PO BOX 11034<br>CHARLOTTE NC 28220-1034 | Part 2 line 3.913 | _____ |
| PRODUCTIVITY-QUALITY SYSTEMS INC<br>PO BOX 750010<br>DAYTON OH 45475 | Part 2 line 3.914 | _____ |
| PRO-ENVIRONMENTAL INC<br>PO BOX 330<br>NEODESHA KS 66757 | Part 2 line 3.915 | _____ |
| PSB INDUSTRIES INC<br>PO BOX 1318<br>ERIE PA 16512-1318 | Part 2 line 3.918 | _____ |
| PUMPS PARTS & SERVICE INC<br>PO BOX 538247<br>ATLANTA GA 30353-8247 | Part 2 line 3.924 | _____ |
| PUROLATOR EFP LP<br>PO BOX 849815<br>DALLAS TX 75284-9815 | Part 2 line 3.928 | _____ |
| QUICK COPY / PRINT SHOP<br>PO BOX 1527<br>SALISBURY NC 28145 | Part 2 line 3.934 | _____ |
| R AND S ELECTRICAL CONTRACTORS LLC<br>PO BOX 1066<br>JOHNSONVILLE SC 29555 | Part 2 line 3.935 | _____ |
| RAMCO FABRICATORS INC<br>PO BOX 549<br>COLFAX NC 27235 | Part 2 line 3.938 | _____ |
| REM SERVICES INC<br>PO BOX 34645<br>CHARLOTTE NC 28234-4645 | Part 2 line 3.953 | _____ |
| REPUBLIC SERVICES<br>PO BOX 9001099<br>LOUISVILLE KY 40290-1099 | Part 2 line 3.957 | _____ |
| REXNORD INDUSTRIAL SERVICES<br>PO BOX 534543<br>ATLANTA GA 30353-4543 | Part 2 line 3.958 | _____ |
| RIETER AUTOMATIK GMBH PEL<br>PO BOX 4383<br>SPARTANBURG SC 29305-4383 | Part 2 line 3.960 | _____ |
| RIETER CORPORATION INC<br>PO BOX 8837<br>SPARTANBURG SC 29305 | Part 2 line 3.961 | _____ |

Debtor **DURAFIBER TECHNOLOGIES (DFT) INC.**   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| RIMINI STREET, INC.<br>PO BOX 846287<br>DALLAS TX 75284-6287 | Part 2 line 3.962 | _____ |
| RJ OWEN ASSOCIATES INC<br>PO BOX 6261<br>HIGH POINT NC 27262 | Part 2 line 3.964 | _____ |
| RL STOWE MILLS INC<br>PO BOX 403540<br>ATLANTA GA 30384-3540 | Part 2 line 3.965 | _____ |
| ROBERT E MASON & ASSOCIATES INC<br>PO BOX 33424<br>CHARLOTTE NC 28233 | Part 2 line 3.967 | _____ |
| ROBERT S HUDGINS CO INC<br>PO BOX 3418<br>MATTHEWS NC 28106-3418 | Part 2 line 3.969 | _____ |
| ROCKTENN CP LLC<br>PO BOX 409813<br>ATLANTA GA 30384-9813 | Part 2 line 3.971 | _____ |
| ROTEX GLOBAL LLC<br>PO BOX 630317<br>CINCINNATI OH 45263-0317 | Part 2 line 3.978 | _____ |
| ROWAN COUNTY TAX ADMINISTRATION<br>PO BOX 900048<br>RALEIGH NC 27675-9048 | Part 1 line 2.27 | _____ |
| ROWAN PRECISION MACHINING INC<br>PO BOX 778<br>GRANITE QUARRY NC 28072-0778 | Part 2 line 3.985 | _____ |
| RR DONNELLY CO<br>PO BOX 538602<br>ATLANTA GA 30353-8602 | Part 2 line 3.987 | _____ |
| S&ME INC<br>PO BOX 651399<br>CHARLOTTE NC 28265-1399 | Part 2 line 3.992 | _____ |
| SABIC AMERICAS, INC<br>PO BOX 201888<br>HOUSTON TX 77216-1888 | Part 2 line 3.993 | _____ |
| SACO LOWELL PARTS LLC<br>PO BOX 307<br>EASLEY SC 29641 | Part 2 line 3.996 | _____ |
| SAFETY TEST & EQUIPMENT CO, INC.<br>PO BOX 400<br>SHELBY NC 28151-0400 | Part 2 line 3.997 | _____ |
| SAFEWARE INC.<br>PO BOX 64465<br>BALTIMORE MD 21264-4465 | Part 2 line 3.999 | _____ |
| SAF-GARD SAFETY SHOE CO<br>PO BOX 10379<br>GREENSBORO NC 27404 | Part 2 line 3.1001 | _____ |
| SAF-GARD SAFETY SHOE CO<br>PO BOX 10379<br>GREENSBORO NC 27404 | Part 2 line 3.1000 | _____ |
| SAMUEL STRAPPING SYSTEMS<br>PO BOX 673042<br>DETROIT MI 48267-3042 | Part 2 line 3.1006 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                     Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| SANTEE INDUSTRIAL PRODUCTS INC<br>PO BOX 40487<br>CHARLESTON SC 29423-0487 | Part 2 line 3.1010 | _____ |
| SAURER INC.<br>PO BOX 742538<br>ATLANTA GA 30374-2538 | Part 2 line 3.1012 | _____ |
| SC DEPARTMENT OF HEALTH & ENVIRONME<br>PO BOX 100103<br>COLUMBIA SC 29201 | Part 2 line 3.1013 | _____ |
| SCHARER SCHWEITER METTLER CORP<br>PO BOX 751033<br>CHARLOTTE NC 28275-1033 | Part 2 line 3.1016 | _____ |
| SELIG CHEMICAL INDUSTRIES<br>PO BOX 404628<br>ATLANTA GA 30384-4628 | Part 2 line 3.1030 | _____ |
| SERVO SOUTH, INC.<br>PO BOX 628004<br>ORLANDO FL 32862-8004 | Part 2 line 3.1032 | _____ |
| SG EQUIPMENT FINANCE USA CORP<br>PO BOX 74008025<br>CHICAGO IL 60674-8025 | Part 2 line 3.1035 | _____ |
| SHELL ENERGY NORTH AMERICA (US), LP<br>PO BOX 4749<br>HOUSTON TX 77210 | Part 2 line 3.1041 | _____ |
| SHI INTERNATIONAL CORP.<br>PO BOX 952121<br>DALLAS TX 75395-2121 | Part 2 line 3.1044 | _____ |
| SIMPLEXGRINNELL LP<br>PO BOX 10320<br>PALATINE IL 60055-0320 | Part 2 line 3.1054 | _____ |
| SIMPLEXGRINNELL LP<br>9826 SOUTHERN PINE BLVD<br>CHARLOTTE NC 28273 | Part 2 line 3.1055 | _____ |
| SKF USA INC.<br>PO BOX 643883<br>PITTSBURGH PA 15264-3883 | Part 2 line 3.1058 | _____ |
| SOLIDSAIRE INC<br>PO BOX 6129<br>LEANDER TX 78645 | Part 2 line 3.1065 | _____ |
| SOUTHEAST INDUSTRIAL EQUIPMENT<br>PO BOX 63230<br>CHARLOTTE NC 28263-3230 | Part 2 line 3.1071 | _____ |
| SOUTHEASTERN CONCRETE PRODUCTS<br>PO BOX 2104<br>WEST COLUMBIA SC 29171-2104 | Part 2 line 3.1073 | _____ |
| SOUTHEASTERN FELT & SUPPLY CORP<br>PO BOX 1368<br>CONCORD NC 28026-1368 | Part 2 line 3.1075 | _____ |
| SOUTHERN ELEVATOR CO INC<br>PO BOX 538596<br>ATLANTA GA 30353-8596 | Part 2 line 3.1080 | _____ |
| SOUTHERN MECHANICAL SERVICES INC<br>PO BOX 427<br>ALBEMARLE NC 28002-0427 | Part 2 line 3.1082 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| SOUTHERN METAL PROCESSING CO INC<br>PO BOX 3327<br>OXFORD AL 36203 | Part 2 line 3.1083 | _____ |
| SPERIAN PROTECTION INSTRUMENTATION<br>PO BOX 414544<br>BOSTON MA 02241-4544 | Part 2 line 3.1090 | _____ |
| SPX PROCESS EQUIPMENT<br>PO BOX 277886<br>ATLANTA GA 30384-7886 | Part 2 line 3.1093 | _____ |
| STACLEAN DIFFUSER CO. LLC<br>PO BOX 1147<br>SALISBURY NC 28145 | Part 2 line 3.1094 | _____ |
| STAUBLI CORPORATION<br>PO BOX 189<br>DUNCAN SC 29334 | Part 2 line 3.1102 | _____ |
| STEEL HEDDLE INC<br>PO BOX 1867<br>GREENVILLE SC 29602 | Part 2 line 3.1103 | _____ |
| STEPHENSON & LAWYER INC<br>PO BOX 8834<br>GRAND RAPIDS MI 49518-8834 | Part 2 line 3.1106 | _____ |
| STERLING INFOSYSTEMS, INC.<br>PO BOX 35626<br>NEWARK NJ 07193-5626 | Part 2 line 3.1110 | _____ |
| STOELTING LLC<br>PO BOX 1170<br>MILWAUKEE WI 53201-1170 | Part 2 line 3.1114 | _____ |
| STONER INC<br>PO BOX 65<br>QUARRYVILLE PA 17566-0065 | Part 2 line 3.1115 | _____ |
| SUBURBAN PROPANE<br>PO BOX 260<br>WHIPPANY NJ 07981 | Part 2 line 3.1116 | _____ |
| SULZER PUMPS US INC<br>PO BOX 743013<br>ATLANTA GA 30374-3013 | Part 2 line 3.1117 | _____ |
| SUMMER INDUSTRIES<br>PO BOX 789<br>WELCOME NC 27374 | Part 2 line 3.1120 | _____ |
| SUMTER TRANSPORT COMPANY<br>PO BOX 675037<br>DETROIT MI 48267-5037 | Part 2 line 3.1123 | _____ |
| SUN CAPITAL PARTNERS, INC.<br>5200 TOWN CENTER CIRCLE, STE 600<br>BOCA RATON FL 33486 | Part 2 line 3.1055 | _____ |
| SUNBELT RENTALS INC.<br>PO BOX 409211<br>ATLANTA GA 30384-9211 | Part 2 line 3.1127 | _____ |
| SUPERIOR SEALS & SERVICE INC<br>PO BOX 7171<br>HIGH POINT NC 27264 | Part 2 line 3.1130 | _____ |
| SYNTHOMER USA LLC<br>PO BOX 531901<br>ATLANTA GA 30353-1901 | Part 2 line 3.1137 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| TAIJI GROUP(USA) INC.<br>405 WORTHA HERMAN RD SW<br>CONOVER NC 28613 | Part 2 line 3.1142 | _____ |
| TARHEEL PAPER & SUPPLY<br>3200 CENTRE PARK BLVD<br>WINSTON-SALEM NC 27107 | Part 2 line 3.1146 | _____ |
| TEAM INDUSTRIAL SERVICE INC<br>PO BOX 842233<br>DALLAS TX 75284-2233 | Part 2 line 3.1151 | _____ |
| TEKSAVERS INC<br>PO BOX 205122<br>DALLAS TX 75320-5122 | Part 2 line 3.1154 | _____ |
| TEMCO OF THE UPSTATE, INC.<br>PO BOX 5557<br>ANDERSON SC 29623-5557 | Part 2 line 3.1156 | _____ |
| TENCARVA MACHINERY CO<br>PO BOX 409897<br>ATLANTA GA 30384-9897 | Part 2 line 3.1157 | _____ |
| TEXMAC INC<br>PO BOX 668128<br>CHARLOTTE NC 28266-8128 | Part 2 line 3.1162 | _____ |
| THERMAL ECONOMY, INC.<br>PO BOX 1862<br>OLIVE BRANCH MS 38654-2005 | Part 2 line 3.1171 | _____ |
| THERMO ELECTRON CORP<br>PO BOX 712435<br>CINCINNATI OH 45271-2435 | Part 2 line 3.1172 | _____ |
| THIELSCH ENGINEERING INC<br>PO BOX 845327<br>BOSTON MA 02284-5327 | Part 2 line 3.1173 | _____ |
| THOMAS M BROWN INC<br>PO BOX 26612<br>CHARLOTTE NC 28221-6612 | Part 2 line 3.1177 | _____ |
| THOMPSON TRACTOR COMPANY INC.<br>PO BOX 934005<br>ATLANTA GA 31193-4005 | Part 2 line 3.1179 | _____ |
| TIME WARNER CABLE<br>PO BOX 70872<br>CHARLOTTE NC 28272-0872 | Part 2 line 3.1181 | _____ |
| TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>SAINT LOUIS MO 63179-0448 | Part 2 line 3.1185 | _____ |
| TOTAL MAINTENANCE SOLUTIONS<br>PO BOX 68<br>TAYLORS SC 29687 | Part 2 line 3.1186 | _____ |
| TRANE SYSTEMS SALES AND SERVICE<br>PO BOX 240605<br>CHARLOTTE NC 28224 | Part 2 line 3.1188 | _____ |
| TRANSCAT/EIL<br>PO BOX 62827<br>BALTIMORE MD 21264-2827 | Part 2 line 3.1189 | _____ |
| TRI-CITY MECHANICAL CONT., INC.<br>PO BOX 21546<br>GREENSBORO NC 27420 | Part 2 line 3.1195 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| TRI-CITY MECHANICAL, INC<br>706 UTILITY STREET<br>GREENSBORO NC 27405 | Part 2 line 3.1196 | _____ |
| TRI-ELECTRIC, INC.<br>PO BOX 1412<br>SALISBURY NC 28145-1412 | Part 2 line 3.1197 | _____ |
| TRISTAR PLASTICS CORPORATION<br>PO BOX 3065<br>BOSTON MA 02241-3065 | Part 2 line 3.1200 | _____ |
| TROY CORPORATION<br>PO BOX 824736<br>PHILADELPHIA PA 19182-4736 | Part 2 line 3.1201 | _____ |
| UFP TECHNOLOGIES<br>PO BOX 418152<br>BOSTON MA 02241-8152 | Part 2 line 3.1210 | _____ |
| UGI ENERGY SERVICES<br>PO BOX 827032<br>PHILADELPHIA PA 19182 | Part 2 line 3.1211 | _____ |
| ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | Part 2 line 3.1212 | _____ |
| UNITED RENTALS<br>PO BOX 100711<br>ATLANTA GA 30384-0711 | Part 2 line 3.1216 | _____ |
| UNIVAR USA INC<br>PO BOX 409692<br>ATLANTA GA 30384-9692 | Part 2 line 3.1218 | _____ |
| URBIETA V. DFT ET AL.<br>ANSTANDIG, MCDYER & YURCON, P.C.<br>EDWARD A. YURCON,<br>707 GRANT STREET<br>1300 GULF TOWER<br>PITTSBURGH PA 15219 | Part 2 line 3.1221 | _____ |
| URBIETA V. DFT ET AL.<br>GOLDBERG SEGALLA LLP<br>JOSEPH J. WELTER,<br>1700 MARKET ST<br>STE 1418<br>PHILADELPHIA PA 19103 | Part 2 line 3.1221 | _____ |
| URBIETA V. DFT ET AL.<br>MARGOLIS EDELSTEIN<br>ROBERT A. ARCOVIO<br>525 WILLIAM PENN PL<br>STE 3300<br>PITTSBURGH PA 15219 | Part 2 line 3.1221 | _____ |
| URBIETA V. DFT ET AL.<br>MARSHALL DENNEHEY WARNER COLEMAN &<br>GOGGIN<br>G. JAY HABAS<br>717 STATE ST<br>STE 701<br>ERIE PA 16501 | Part 2 line 3.1221 | _____ |
| URBIETA V. DFT ET AL.<br>SILKO & ASSOCIATES, P.C.<br>ROBERT C. BECHTELL JR.,<br>80 EMERSON LANE<br>STE 1305<br>BRIDGEVILLE PA 15017 | Part 2 line 3.1221 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| URBIETA V. DFT ET AL.<br>LAW OFFICE OF JOSEPHS WEIMER<br>SUSAN D. GARRARD<br>112 WASHINGTON PLACE<br>TWO CHATHAM CTR STE 975<br>PITTSBURGH PA 15219 | Part 2 line 3.1221 | _____ |
| URBIETA V. DFT ET AL.<br>MORGAN LEWIS<br>JOHN K. GISLESON<br>ONE OXFORD CENTRE<br>32ND FL<br>PITTSBURGH PA 15219 | Part 2 line 3.1221 | _____ |
| VARIAN CHROMATOGRAPHY SYS. INC<br>PO BOX 93752<br>CHICAGO IL 60673 | Part 2 line 3.1229 | _____ |
| VOIGT-ABERNATHY SALES CORP<br>PO BOX 425<br>TRUSSVILLE AL 35173-0425 | Part 2 line 3.1235 | _____ |
| WARP DEVELOPMENT CORP<br>PO BOX 3379<br>MONROE NC 28110-3379 | Part 2 line 3.1241 | _____ |
| WARP DEVELOPMENT CORPORATION<br>PO BOX 967<br>MONROE NC 28111 | Part 2 line 3.1242 | _____ |
| WATTS & ASSOCIATES ROOFING, INC<br>PO BOX 21273<br>COLUMBIA SC 29221 | Part 2 line 3.1245 | _____ |
| WAYNE DALTON OF CHARLOTTE<br>PO BOX 931409<br>CLEVELAND OH 44193 | Part 2 line 3.1246 | _____ |
| WB GUIMARIN & COMPANY, INC.<br>PO BOX 116<br>COLUMBIA SC 29202 | Part 2 line 3.1247 | _____ |
| WHITE HORSE PACKAGING CO<br>PO BOX 1848<br>GREENVILLE SC 29602 | Part 2 line 3.1254 | _____ |
| WINDSTREAM COMMUNICATIONS<br>PO BOX 9001950<br>LOUISVILLE KY 40290-1950 | Part 2 line 3.1258 | _____ |
| WOLSELEY INDUSTRIAL #1430<br>PO BOX 536479<br>ATLANTA GA 30353-6479 | Part 2 line 3.1263 | _____ |
| WOMBLE CARLYLE SANDRIDGE & RICE<br>PO BOX 601879<br>CHARLOTTE NC 28260-1879 | Part 2 line 3.1264 | _____ |
| WORKPLACE HYGIENE INC<br>PO BOX 19239<br>GREENSBORO NC 27419 | Part 2 line 3.1266 | _____ |
| XEROX CORPORATION<br>PO BOX 827598<br>PHILADELPHIA PA 19182-7598 | Part 2 line 3.1269 | _____ |
| YORK TAPE & LABEL INC<br>PO BOX 642495<br>PITTSBURGH PA 15264-2495 | Part 2 line 3.1273 | _____ |
| ZEP SALES & SERVICE<br>PO BOX 404628<br>ATLANTA GA 30384-4628 | Part 2 line 3.1275 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

ZONES INC                                    Part 2 line 3.1276                    _____
PO BOX 34740
SEATTLE WA 98124-1740

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                Case number *(if known)* **17-12143**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $1,012,363.23 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $61,249,665.84 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $62,262,029.07 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12143 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | **Title of contract** | AMENDMENT 2 TO AGREEMENT FOR COOLING TOWER CLEANING SERVICES | A & D ENVIRONMENTAL SERVICES INC |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | 2718 UWHARRIE ROAD ARCHDALE NC 27263 |
| | **Nature of debtor's interest** | CUSTOMER | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | PURCHASER | AEROTEK, INC |
| | **State the term remaining** | | ASSISTANT CONTROLLER MID-ATLANTIC REGION |
| | **List the contract number of any government contract** | | 7301 PARKWAY DR. HANOVER MD 21076 |
| 2.3. | **Title of contract** | SALES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | SALES AGREEMENT | |
| | **Nature of debtor's interest** | SELLER | AMERICAN & EFIRD LLC |
| | **State the term remaining** | 12/31/2017 | A. KNOX WINGER, III SENIOR VP GLOBAL SUPPLIES CHAIN OPERATIONS |
| | **List the contract number of any government contract** | | 24 AMERICAN STREET MT. HOLLY NC 28120 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| 2.4. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | ASIA MARTIN |
| | **State the term remaining** | 10/4/2017 | 618 RIVER HILLS CT |
| | **List the contract number of any government contract** | _____ | CHARLOTTE NC 28214 |

| 2.5. | **Title of contract** | FIRST AMENDMENT TO CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | ASIA MARTIN |
| | **State the term remaining** | 10/06/17 | 618 RIVER HILLS CT |
| | **List the contract number of any government contract** | _____ | CHARLOTTE NC 28214 |

| 2.6. | **Title of contract** | AGREEMENT FOR FIRE SUPPRESSION SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | AUTOMATED FIRE SYSTEMS INC |
| | **State the term remaining** | CUSTOMER MAY TERMINATE UPON 5 DAY WRITTEN NOTICE | 7032 HARRISBURG RD CHARLOTTE NC 28215 |
| | **List the contract number of any government contract** | _____ | |

| 2.7. | **Title of contract** | MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE | |
| | **Nature of debtor's interest** | CLIENT | AUXIS MANAGED SOLUTIONS LLC ATTN: RAUL A. VEGA |
| | **State the term remaining** | _____ | AUTHORIZED OFFICER 8151 PETERS ROAD |
| | **List the contract number of any government contract** | _____ | SUITE 3500 PLANTATION FL 33324 |

| 2.8. | **Title of contract** | THIRD AMENDMENT TO LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE | |
| | **Nature of debtor's interest** | TENANT | BANK OF AMERICA, N.A. AS TRUSTEE FOR THE BANK OF |
| | **State the term remaining** | 7/31/21 | AMERICA PENSION PLAN 13801 REESE BOULEVARD |
| | **List the contract number of any government contract** | _____ | SUITE 300 HUNTERSVILLE NC 28078 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| **2.9.** | **Title of contract** | LEASE AGREEMENT |
| | **State what the contract or lease is for** | LEASE |
| | **Nature of debtor's interest** | TENANT |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BANK OF AMERICA, N.A.
AS TRUSTEE FOR THE BANK OF
AMERICA PENSION PLAN
ADDISON B. CAUSEY JR.
SENIOR VICE PRESIDENT
13801 REESE BOULEVARD
SUITE 300
HUNTERSVILLE NC 28078

| | | |
|---|---|---|
| **2.10.** | **Title of contract** | CONSULTING AGREEMENT |
| | **State what the contract or lease is for** | CONSULTING |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 10/20/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BARRY SMITH
265 GODBEY ROAD
SALISBURY NC 28147

| | | |
|---|---|---|
| **2.11.** | **Title of contract** | CONSULTING AGREEMENT |
| | **State what the contract or lease is for** | CONSULTING |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 10/20/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BENNY BARBER
380 TOM BARBER ROAD
CLEVELAND NC 27013

| | | |
|---|---|---|
| **2.12.** | **Title of contract** | CONSULTING AGREEMENT |
| | **State what the contract or lease is for** | CONSULTING |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 10/20/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BILL MCDONALD
3427 KATRINA DRIVE
THOMASVILLE NC 27360

| | | |
|---|---|---|
| **2.13.** | **Title of contract** | CONSULTING AGREEMENT |
| | **State what the contract or lease is for** | CONSULTING |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 10/20/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BOBBY COUCH
128 SOFTAIL LANE
MOCKSVILLE NC 27028

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| 2.14. | **Title of contract** | AMENDMENT TO PTA SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | BUYER | BP AMOCO CHEMICAL COMPANY ATTN: VP PTA/NDC AMERICAS 150 W. WARRENVILLE ROAD NAPERVILLE IL 60563-8460 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.15. | **Title of contract** | AMENDMENT TO PTA SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | BUYER | BP AMOCO CHEMICAL COMPANY ATTN: VP PTA/NDC AMERICAS 150 W. WARRENVILLE ROAD NAPERVILLE IL 60563-8460 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.16. | **Title of contract** | PTA SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | BUYER | BP AMOCO CHEMICAL COMPANY ATTN: VP PTA/NDC AMERICAS 150 W. WARRENVILLE ROAD NAPERVILLE IL 60563-8460 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.17. | **Title of contract** | ASIAN PARITY SUPPORT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | PURCHASER | BP AMOCO CHEMICAL COMPANY 150 W. WARRENVILLE ROAD MS 603-2E NAPERVILLE IL 60563 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.18. | **Title of contract** | LETTER AMENDMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | BUYER | BP AMOCO CHEMICAL COMPANY ATTN: VP PTA/NDC AMERICAS 150 W. WARRENVILLE ROAD NAPERVILLE IL 60563-8460 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 2.19. | **Title of contract** | SHARE PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY | |
| | **Nature of debtor's interest** | SELLER | BRILLIANT 437.GMBH |
| | **State the term remaining** | | C/O BASCHA VERWALTUNGSGESELLSCHAFT MBH |
| | **List the contract number of any government contract** | | MATTHIAS BAHR GROBBEERENSTR.57 10965 BERLIN GERMANY |

| 2.20. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | CHRISTOPHER SANTORO |
| | **State the term remaining** | 10/20/2017 | 19312 OVERLEAF LANE DAVIDSON NC 28036 |
| | **List the contract number of any government contract** | | |

| 2.21. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE | |
| | **Nature of debtor's interest** | LESSEE | CISCO SYSTEMS CAPITAL CORPORATION |
| | **State the term remaining** | | ATTN: PATRICK J. FRAVEL AUTHORIZED OFFICER |
| | **List the contract number of any government contract** | | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |

| 2.22. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | CLARENCE GRAY |
| | **State the term remaining** | 10/20/2017 | 902 HAWKINSTOWN RD SALISBURY NC 28144 |
| | **List the contract number of any government contract** | | |

| 2.23. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | SELLER | COATS HONDURAS S.A. |
| | **State the term remaining** | 12/31/2017 | ROBERTO CANOVAS GLOBAL PROCUREMENT DIRECTOR |
| | **List the contract number of any government contract** | | IHNDELVA 800 MTS CARRETERA A LA JUTOSA EDIFICIO #13 CHOLOMA CORTES HONDURAS |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 2.24. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | SELLER | COATS MEXICO S.A. DE V.C. |
| | **State the term remaining** | 12/31/2017 | ROBERTO CANOVAS GLOBAL PROCUREMENT DIRECTOR |
| | **List the contract number of any government contract** | _____ | PERIFERICO SUR #3325 PISO 8 CIUDAD DE MEXICO CP 10200 MEXICO |

| 2.25. | **Title of contract** | AMENDMENT 1 TO AGREEMENT FOR DECOMMISSIONING ASSOCIATED SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | COCHUTTA MACHINERY & SERVICES, LLC ANTHONY MANIS |
| | **State the term remaining** | _____ | PRESIDENT |
| | **List the contract number of any government contract** | _____ | 3704 RSACA LAFAYETTE ROAD NW SUGAR VALLEY GA 30746 |

| 2.26. | **Title of contract** | 2017 SUPPLY PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | CUSTOMER | COOPER TIRE & RUBBER COMPANY |
| | **State the term remaining** | 2017 | JAMIE ARCHER RAW MATERIAL BUYER |
| | **List the contract number of any government contract** | _____ | 701 LIMA AVENUE FINDLAY OH 45840 |

| 2.27. | **Title of contract** | LETTER OF CANCELLATION OF SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CROWN SOLUTIONS COMPANY LLC 945 SOUTH BROWN SCHOOL ROAD |
| | **State the term remaining** | _____ | VANDALIA OH 45277 |
| | **List the contract number of any government contract** | _____ | |

| 2.28. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | DANIEL MAIDEN 109 QUEENSBURY RD |
| | **State the term remaining** | 10/20/2017 | WINSTON SALEM NC 27104 |
| | **List the contract number of any government contract** | _____ | |

| 2.29. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | DANIELLE RIDDLE |
| | **State the term remaining** | N/A | 388 CHARLES RIDDLE ROAD |
| | **List the contract number of any government contract** | | SANFORD NC 27330 |

| 2.30. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | DAVID ASCHER |
| | **State the term remaining** | 10/4/2017 | 300 HIGHLAND ROAD |
| | **List the contract number of any government contract** | | SOUTH ORANGE NJ 07079 |

| 2.31. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT FOR 8544 TOWNLEY ROAD, APT. # 3A HUNTERSVILLE, NC 28078 | |
| | **Nature of debtor's interest** | LESSEE | DDRTC BIRKDALE VILLAGE, LLC |
| | **State the term remaining** | | 16725 BIRKDALE COMMONS PARKWAY |
| | **List the contract number of any government contract** | | HUNTERSVILLE NC 28078 |

| 2.32. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-102 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. |
| | **State the term remaining** | | ONE DELL WAY |
| | **List the contract number of any government contract** | | ROUND ROCK TX 78682 |

| 2.33. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-105 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. |
| | **State the term remaining** | | ONE DELL WAY |
| | **List the contract number of any government contract** | | ROUND ROCK TX 78682 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 2.34. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-106 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.35. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-108 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.36. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-109 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.37. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-110 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.38. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-111 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| 2.39. | Title of contract | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-115 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.40. | Title of contract | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-116 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.41. | Title of contract | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-112 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.42. | Title of contract | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-113 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.43. | Title of contract | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-103 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE AGREEMENT | |
| | Nature of debtor's interest | LESSEE | DELL FINANCIAL SERVICES L.L.C. ONE DELL WAY ROUND ROCK TX 78682 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| | | |
|---|---|---|
| 2.44. | **Title of contract** | MASTER LEASE AGREEMENT SCHEDULE NO. 001-6431448-104 |

**State what the contract or lease is for**   LEASE AGREEMENT

**Nature of debtor's interest**   LESSEE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DELL FINANCIAL SERVICES L.L.C.
ONE DELL WAY
ROUND ROCK TX 78682

---

2.45.   **Title of contract**   AMENDMENT NO. 3 DATED AUGUST 19, 2015 TO THE MASTER LEASE AGREEMENT

**State what the contract or lease is for**   LEASE AGREEMENT

**Nature of debtor's interest**   LESSEE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DELL FINANCIAL SERVICES L.L.C.
ONE DELL WAY
ROUND ROCK TX 78682

---

2.46.   **Title of contract**   CONSULTING AGREEMENT

**State what the contract or lease is for**   CONSULTING

**Nature of debtor's interest**   EMPLOYER

**State the term remaining**   10/20/2017

**List the contract number of any government contract**   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DONALD CONNOR
2320 CLARK ROAD
SALISBURY NC 28146

---

2.47.   **Title of contract**   CONSULTING AGREEMENT

**State what the contract or lease is for**   CONSULTING

**Nature of debtor's interest**   EMPLOYER

**State the term remaining**   10/20/2017

**List the contract number of any government contract**   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DONALD PETERSON
64 TROUT LILY LANE
PITTSBORO NC 27312

---

2.48.   **Title of contract**   STANDARD CLAIMS ADMINISTRATION AND NOTICING AGREEMENT

**State what the contract or lease is for**   SERVICE AGREEMENT

**Nature of debtor's interest**   PAYOR FOR SERVICES

**State the term remaining**   _____

**List the contract number of any government contract**   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DONLIN RECANO & COMPANY INC.
6201 15TH AVENUE
BROOKLYN NY 11219

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                         Case number *(if known)* **17-12143**

| 2.49. | **Title of contract** | SHARE PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY | |
| | **Nature of debtor's interest** | SELLER | DURAFIBER TECHNOLOGIES (DFT) EUROPE S.A.R.L. |
| | **State the term remaining** | _____ | C/O SUN CAPITAL PARTNERS, INC. ATTN: MATTHEW GARFF; C. DERYL COUCH |
| | **List the contract number of any government contract** | _____ | 5200 TOWN CENTER CIRCLE SUITE 600 BOCA RATON FL 33486 |

| 2.50. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE FOR INTELLECTUAL PROPERTY ASSETS | |
| | **Nature of debtor's interest** | LICENSOR | DURAFIBER TECHNOLOGIES (DFT) EUROPE S.A.R.L. |
| | **State the term remaining** | 3 MONTHS | C/O SUN CAPITAL PARTNERS, INC. ATTN: MATTHEW GARFF; C. DERYL COUCH |
| | **List the contract number of any government contract** | _____ | 5200 TOWN CENTER CIRCLE SUITE 600 BOCA RATON FL 33486 |

| 2.51. | **Title of contract** | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | **Nature of debtor's interest** | SELLER | DURAFIBER TECHNOLOGIES (DFT) EUROPE S.A.R.L. |
| | **State the term remaining** | _____ | 13620 REESE BOULEVARD HUNTERSVILLE NC 28078 |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | SHARE PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY | |
| | **Nature of debtor's interest** | SELLER | DURAFIBER TECHNOLOGIES (DFT) GMBH |
| | **State the term remaining** | _____ | ATTN: GESCHAFTSFUHRUNG BERLINER STR. 1 |
| | **List the contract number of any government contract** | _____ | 36251 BAD HERSFELD GERMANY |

| 2.53. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE FOR INTELLECTUAL PROPERTY ASSETS | |
| | **Nature of debtor's interest** | LICENSOR | DURAFIBER TECHNOLOGIES (DFT) GMBH |
| | **State the term remaining** | 3 MONTHS | ATTN: GESCHAFTSFUHRUNG BERLINER STR. 1 |
| | **List the contract number of any government contract** | _____ | 36251 BAD HERSFELD GERMANY |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 2.54. | **Title of contract** | SHARE PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY | |
| | **Nature of debtor's interest** | SELLER | DURAFIBER TECHNOLOGIES (DFT) HOLDINGS II, LLC |
| | **State the term remaining** | | C/O SUN CAPITAL PARTNERS, INC. ATTN: MATTHEW GARFF; C. DERYL COUCH |
| | **List the contract number of any government contract** | | 5200 TOWN CENTER CIRCLE SUITE 600 BOCA RATON FL 33486 |

| 2.55. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE FOR INTELLECTUAL PROPERTY ASSETS | |
| | **Nature of debtor's interest** | LICENSOR | DURAFIBER TECHNOLOGIES (DFT) HOLDINGS II, LLC |
| | **State the term remaining** | 3 MONTHS | C/O SUN CAPITAL PARTNERS, INC. ATTN: MATTHEW GARFF; C. DERYL COUCH |
| | **List the contract number of any government contract** | | 5200 TOWN CENTER CIRCLE SUITE 600 BOCA RATON FL 33486 |

| 2.56. | **Title of contract** | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | **Nature of debtor's interest** | SELLER | DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC |
| | **State the term remaining** | | 13620 REESE BOULEVARD HUNTERSVILLE NC 28078 |
| | **List the contract number of any government contract** | | |

| 2.57. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | ERIC KENISON |
| | **State the term remaining** | N/A | 260 COLUMBIA ROAD WINNSBORO SC 29180 |
| | **List the contract number of any government contract** | | |

| 2.58. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | ERWIN BETTE |
| | **State the term remaining** | 10/4/2017 | 128 SEABURY DRIVE MOORESVILLE NC 28117 |
| | **List the contract number of any government contract** | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                         Case number *(if known)* **17-12143**

| | | | |
|---|---|---|---|
| 2.59. | **Title of contract** | EXPENSE BUYING AGREEMENT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | GE BETZ INC |
| | **State the term remaining** | | 4636 SOMERTON RD |
| | **List the contract number of any government contract** | | TREVOSE PA 19053 |

| | | | |
|---|---|---|---|
| 2.60. | **Title of contract** | MASTER LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE | |
| | **Nature of debtor's interest** | CUSTOMER | GE FLEET SERVICES |
| | **State the term remaining** | | THREE CAPITAL DRIVE |
| | **List the contract number of any government contract** | | EDEN PRAINE MN 55344 |

| | | | |
|---|---|---|---|
| 2.61. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CAR LEASE | |
| | **Nature of debtor's interest** | LESSEE | GELCO FLEET SERVICES |
| | **State the term remaining** | | THREE CAPITAL DRIVE |
| | **List the contract number of any government contract** | | EDEN PRAINE MN 55344 |

| | | | |
|---|---|---|---|
| 2.62. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | GORDON HERRINGTON |
| | **State the term remaining** | AT WILL | 677 STATE HWY 200 |
| | **List the contract number of any government contract** | | WINNSBORO SC 29180 |

| | | | |
|---|---|---|---|
| 2.63. | **Title of contract** | CONSULTANT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ICE RECYCLING LLC |
| | **State the term remaining** | | ATTN: LARRY GAY JR |
| | **List the contract number of any government contract** | | 431 CEDAR ST |
| | | | LAKE CITY SC 29560 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                          Case number *(if known)* **17-12143**

| 2.64. | **Title of contract** | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | **Nature of debtor's interest** | SELLER | INDORAMA NETHERLANDS B.V. INDORAMA VENTURES PCL SANJAY AHUJA |
| | **State the term remaining** | | 75/80-81 OCEAN TOWER 2, 32ND FLOOR SUKHUMVIT SOI 19 BANGKOK 10110 THAILAND |
| | **List the contract number of any government contract** | | |

| 2.65. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | JAMES HARRIS 257 EDGEWOOD CIRCLE MOCKSVILLE NC 27028 |
| | **State the term remaining** | 10/20/2017 | |
| | **List the contract number of any government contract** | | |

| 2.66. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | JAQUELINE DOCKERY 8218 CASTLESTONE DRIVE MINT HILL NC 28227 |
| | **State the term remaining** | 10/4/2017 | |
| | **List the contract number of any government contract** | | |

| 2.67. | **Title of contract** | FIRST AMENDMENT TO CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | JAQUELINE DOCKERY 8218 CASTLESTONE DRIVE MINT HILL NC 28227 |
| | **State the term remaining** | 10/06/17 | |
| | **List the contract number of any government contract** | | |

| 2.68. | **Title of contract** | ADDENDUM 1 TO MASTER SERVICES AGREEMENT DTD 5/17/2010 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | JW DEMOLITION PRESIDENT 2130 N. TRYON STREET CHARLOTTE NC 28206 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                      Case number *(if known)* **17-12143**

| 2.69. | Title of contract | ADDENDUM 3 TO MASTER SERVICE AGREEMENT DTD 5/25/2010 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | JW DEMOLITION PRESIDENT 2130 N. TRYON STREET CHARLOTTE NC 28206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.70. | Title of contract | CONSULTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONSULTING | |
| | Nature of debtor's interest | EMPLOYER | KENNETH SPARKS 1252 ENDECOTT CT NW CONCORD NC 28027 |
| | State the term remaining | 10/20/2017 | |
| | List the contract number of any government contract | | |

| 2.71. | Title of contract | CONSULTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONSULTING | |
| | Nature of debtor's interest | EMPLOYER | LARRY BROWN 225 CLEARBROOK DRIVE SALISBURY NC 28146 |
| | State the term remaining | 10/4/2017 | |
| | List the contract number of any government contract | | |

| 2.72. | Title of contract | SALES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PURCHASE AGREEMENT | |
| | Nature of debtor's interest | BUYER | MEGLOBAL AMERICAS INC 3320 RIDGECREST DRIVE MIDLAND MI 48642-5864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.73. | Title of contract | SHARE PURCHASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE OF SHARES IN COMPANY | |
| | Nature of debtor's interest | SELLER | MERTUS 352 GMBH MATTHIAS BAHR MIT SITZ IN FRANKFURT AM MAIN GROBBEERENSTR.57 10965 BERLIN GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                              Case number *(if known)* **17-12143**

| 2.74. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | MICHAEL ALDRIDGE |
| | **State the term remaining** | 10/20/2017 | 1115 COUNTRY CLUB DR HIGH POINT NC 28762 |
| | **List the contract number of any government contract** | | |

| 2.75. | **Title of contract** | AGREEMENT FOR HYDROBLASTING AND SLUDGE DISPOSAL SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INDUSTRIAL CLEANING SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | NEO CORPORATION |
| | **State the term remaining** | | 289 SILKWOOD DR CANTON NC 28716 |
| | **List the contract number of any government contract** | | |

| 2.76. | **Title of contract** | AMENDMENT NO. 7 TO AMENDED AND RESTATED TRANSPORTATION AND LOGISTICS SERVICES AGMT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ODYSSEY LOGISTICS & TECHNOLOGY CORP |
| | **State the term remaining** | | 39 OLD RIDGEBURY RD DANBURY CT 06810 |
| | **List the contract number of any government contract** | | |

| 2.77. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | PAUL LOCKEY |
| | **State the term remaining** | 10/20/2017 | 28 FAIRVIEW ROAD EXT. WINNSBORO SC 29180 |
| | **List the contract number of any government contract** | | |

| 2.78. | **Title of contract** | AGREEMENT FOR RECRUITING SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT FOR RECRUITING SERVICES | |
| | **Nature of debtor's interest** | SERVICE | PINNACLE SEARCH PARTNERS ATTN: MARY ELIZABETH ZADD PARTNER |
| | **State the term remaining** | | 2440 SANDY PLAINS ROAD BUILDING 2, SUITE 200 MARIETTA GA 30066 |
| | **List the contract number of any government contract** | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 2.79. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | PRITI NAGPAL |
| | **State the term remaining** | 10/20/2017 | 12109 ACADIA LANE |
| | **List the contract number of any government contract** | _____ | MATTHEWS NC 28105 |

| 2.80. | **Title of contract** | RENEWAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RENEWAL CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | QUALITY SYSTEMS REGISTARS, INC. |
| | **State the term remaining** | _____ | TIMOTHY J. HERTER |
| | **List the contract number of any government contract** | _____ | MANAGER |
| | | | 22375 BRODERICK DRIVE |
| | | | SUITE 260 |
| | | | STERLING VA 20166 |

| 2.81. | **Title of contract** | QMS- FORM 2 CONTRACT RENEWAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | QUALITY SYSTEMS REGISTRARS INC |
| | **State the term remaining** | _____ | 22375 BRODERICK DRIVE STE 260 |
| | **List the contract number of any government contract** | _____ | STERLING VA 20166 |

| 2.82. | **Title of contract** | SAP SUPPORT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE | |
| | **Nature of debtor's interest** | CLIENT | RIMINI STREET |
| | **State the term remaining** | 4/30/2030 | ATTN: PATRICK J. FRAVEL |
| | **List the contract number of any government contract** | _____ | AUTHORIZED OFFICER |
| | | | 3993 HOWARD HUGHES PKWY |
| | | | SUITE 780 |
| | | | LAS VEGAS NV 89169 |

| 2.83. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | RODNEY THOMAS |
| | **State the term remaining** | 10/20/2017 | 3647 HARROGATE ROAD |
| | **List the contract number of any government contract** | _____ | COLUMBIA SC 29210 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 2.84. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | ROGERT SCHOFFNER |
| | **State the term remaining** | 10/4/2017 | 1354 SPRING MEADOW DRIVE |
| | **List the contract number of any government contract** | _____ | WOODLEAF NC 27054 |

| 2.85. | **Title of contract** | ORDER FORM FOR SAP HANA ENTERPRISE CLOUD SERVICES EFFECTIVE OCTOBER 22, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE | |
| | **Nature of debtor's interest** | LICENSEE | SAP AMERICA, INC. ATTN: PATRICK J. FRAVEL |
| | **State the term remaining** | _____ | AUTHORIZED OFFICER 3999 WEST CHESTER PIKE |
| | **List the contract number of any government contract** | _____ | NEWTON SQUARE PA 19073 |

| 2.86. | **Title of contract** | MASTER INSTALLMENT PAYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PAYMENT AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SG EQUIPMENT FINANCE USA CORP. |
| | **State the term remaining** | _____ | 480 WASHINGTON BLVD 24TH FLOOR |
| | **List the contract number of any government contract** | _____ | JERSEY CITY NJ 07310-1900 |

| 2.87. | **Title of contract** | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SOUTHERN BUILDING MAINTENANCE INC |
| | **State the term remaining** | _____ | 1237 FRONT ST |
| | **List the contract number of any government contract** | _____ | RALEIGH NC 27609 |

| 2.88. | **Title of contract** | EQUIPMENT MAINTENANCE AND REPAIRS PROPOSAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROPOSAL | |
| | **Nature of debtor's interest** | SERVICE | SOUTHERN FORKLIFTS & EQUIPMENT |
| | **State the term remaining** | _____ | 115 MCCURRY ROAD |
| | **List the contract number of any government contract** | _____ | SHELBY NC 28152 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                    Case number *(if known)* **17-12143**

| 2.89. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | STEVEN BERTAUX |
| | **State the term remaining** | 10/20/2017 | 324 SWEARING CREEK DR LEXINGTON NC 27292 |
| | **List the contract number of any government contract** | _____ | |

| 2.90. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | STEVEN SMALL |
| | **State the term remaining** | 10/20/2017 | 1811 LOGAN TERRY DRIVE LANCASTER SC 29720 |
| | **List the contract number of any government contract** | _____ | |

| 2.91. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | SYLVESTER CULBERTSON |
| | **State the term remaining** | 10/20/2017 | 2470 AMITY HILL ROAD CLEVELAND NC 27013 |
| | **List the contract number of any government contract** | _____ | |

| 2.92. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | TAMMY JENKINS |
| | **State the term remaining** | 10/4/2017 | 110 RANDOM DRIVE SALISBURY NC 28147 |
| | **List the contract number of any government contract** | _____ | |

| 2.93. | **Title of contract** | COLOCATION SERVICE ATTACHMENT FOR TERREMARK DATA CENTERS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE | |
| | **Nature of debtor's interest** | CUSTOMER | TERREMARK NORTH AMERICA LLC ATTN: LEGAL DEPARTMENT AUTHORIZED OFFICER |
| | **State the term remaining** | _____ | ONE BISCAYNE TOWER |
| | **List the contract number of any government contract** | _____ | 2 SOUTH BISCAYNE BLVD., SUITE 2800 MIAMI FL 33133 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                         Case number *(if known)* **17-12143**

**2.94.**  **Title of contract**              TERMINATION LETTER AGREEMENT              State the name and mailing address
                                                                                      for all other parties with whom the
          **State what the contract or**      TERMINATION LETTER AGREEMENT              debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**     SERVICE                                  THE BUDD GROUP
                                                                                       ATTN: MEL LOCKHART
          **State the term remaining**        _____         BRANCH MANAGER
                                                                                       50 INTERNATIONAL DRIVE
          **List the contract number of**     _____         SUITE 115
          **any government contract**                                                  GREENVILLE SC 29615

**2.95.**  **Title of contract**              SUPPLY AGREEENT FOR POLYESTER            State the name and mailing address
                                                                                      for all other parties with whom the
          **State what the contract or**      SUPPLY                                    debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**     SUPPLIER                                 THE GOODYEAR TIRE & RUBBER
                                                                                       COMPANY
          **State the term remaining**        12/31/2017                               MARK PURTILLAR
                                                                                       VICE PRESIDENT & CHIEF
          **List the contract number of**     _____         PROCUREMENT OFFICER
          **any government contract**                                                  200 INNOVATION WAY
                                                                                       AKRON OH 44316

**2.96.**  **Title of contract**              AMENDMENT TO SUPPLY AGREEMENT FOR POLYESTER   State the name and mailing address
                                                                                      for all other parties with whom the
          **State what the contract or**      SUPPLY                                    debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**     SUPPLIER                                 THE GOODYEAR TIRE & RUBBER
                                                                                       COMPANY
          **State the term remaining**        12/31/2017                               MARK PURTILLAR
                                                                                       VICE PRESIDENT & CHIEF
          **List the contract number of**     _____         PROCUREMENT OFFICER
          **any government contract**                                                  200 INNOVATION WAY
                                                                                       AKRON OH 44316

**2.97.**  **Title of contract**              AMENDMENT TO SUPPLY AGREEMENT FOR POLYESTER   State the name and mailing address
                                                                                      for all other parties with whom the
          **State what the contract or**      SUPPLY                                    debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**     SUPPLIER                                 THE GOODYEAR TIRE &
                                                                                       RUBBER COMPANY
          **State the term remaining**        12/31/17                                 CORPORATE SECRETARY
                                                                                       200 INNOVATION WAY
          **List the contract number of**     _____         AKRON OH 44316
          **any government contract**

**2.98.**  **Title of contract**              CONSULTING AGREEMENT                     State the name and mailing address
                                                                                      for all other parties with whom the
          **State what the contract or**      CONSULTING                               debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**     EMPLOYER                                 TOMMY ELLIS
                                                                                       6785 LONG BRANCH RD
          **State the term remaining**        10/20/2017                               SALISBURY NC 28147

          **List the contract number of**     _____
          **any government contract**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) INC.**                    Case number *(if known)* **17-12143**

| 2.99. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE | |
| | **Nature of debtor's interest** | LESSEE | TOSHIBA FINANCIAL SERVICES |
| | **State the term remaining** | | 201 MERRITT 7 |
| | **List the contract number of any government contract** | | NORWALK CT 06851 |

| 2.100. | **Title of contract** | TRANSPORTATION SUPPORT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | TRANSOURCE LLC DBA M33 INTEGRATED SOLUTIONS |
| | **State the term remaining** | JAN 1, 2017 | ATTN: CONTRACT MANAGEMENT M33 INTEGRATED SOLUTION |
| | **List the contract number of any government contract** | | POST OFFICE BOX 27127 GREENVILLE SC 29616 |

| 2.101. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING | |
| | **Nature of debtor's interest** | EMPLOYER | WILLIAM RANEY |
| | **State the term remaining** | 10/20/2017 | 298 FALCON CREST LANE |
| | **List the contract number of any government contract** | | SALISBURY NC 28147 |

| 2.102. | **Title of contract** | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | **Nature of debtor's interest** | SELLER | WINNSBORO FIBRES LLC |
| | **State the term remaining** | | 251 LITTLE FALLS DRIVE |
| | **List the contract number of any government contract** | | WILMINGTON DE 19808 |

**Fill in this information to identify the case:**

**Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12143

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.   DSE HOLDING CORP. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.2.   DSE HOLDING CORP. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.3.   DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.4.   DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.5.   DURAFIBER TECHNOLOGIES (DFT) GROUP, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.6.   DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) INC.**                                   Case number *(if known)* **17-12143**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7. DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.8. DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | JPMORGAN CHASE BANK NA | ☑ D ☐ E/F ☐ G |
| 2.9. DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.10. DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.11. DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.12. DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.13. INA FIBERS HOLDING, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.14. INA FIBERS HOLDING, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** DURAFIBER TECHNOLOGIES (DFT) INC. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12143 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/6/2017
                MM/DD/YYYY

✗    */s/ Keith F. Cooper*
_____
Signature of individual signing on behalf of debtor

Keith F. Cooper
Printed name

Authorized Representative
Position or relationship to debtor