# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DURAFIBER TECHNOLOGIES (DFT) INC., *et al.*,[1] | Case No. 17-12143 (CSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF SALE OF DE MINIMIS ASSETS PURSUANT TO DE MINIMIS SALE PROCEDURES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

David W. Carickhoff, the duly appointed chapter 7 trustee (the "Trustee") of the estates of DuraFiber Technologies (DFT) Inc., *et al.* (the "Debtors"), pursuant to the *Order Establishing Certain Procedures for the Sale or Abandonment of De Minimis Assets Pursuant to Sections 105(a), 363 and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6007* [Docket No. 39] (the "Sale Order"), sold certain *de minimis* assets (the "Assets") to William Barnet & Son, LLC (the "Purchaser"). This Notice sets forth the information required under the Sale Order.[2]

Description of the Assets. The Assets consist of approximately (i) 34,173 pounds of runnable beams, (ii) 2,596 pounds of non-runnable beams and (iii) 7,331 pounds of box waste yarn and tube yarn.

Relationship of Purchaser to the Debtors. The Purchaser's relationship, if any, with the Debtors is as follows: None.

Relationship of Purchaser to the Trustee. The Purchaser's relationship, if any, with the Trustee is as follows: None.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: DuraFiber Technologies (DFT), Inc. (4879); DuraFiber Technologies (DFT) Enterprises, LLC (7294); DuraFiber Technologies (DFT) Group, Inc. (6892); DuraFiber Technologies (DFT) Holdings II, LLC (4643); DuraFiber Technologies (DFT) Mexico Services Intermediate II Corp. (6157); DuraFiber Technologies (DFT) Operations, LLC (1514); DuraFiber Technologies (DFT) Scottsboro, Inc. (4659); DuraFiber Technologies (DFT) Winfield, Inc. (9148); Ina Fibers Holding, LLC (2889); DSE Holding Corp. (3031); DuraFiber Technologies (DFT) Mexico Services Intermediate I Corp. (5900); DFT DuraFiber Technologies Holdings, Inc. (5953).

[2] Any capitalized term not defined herein has the meaning assigned to it in the Sale Order.

Liens and Encumbrances on the Assets. The Trustee is aware of the following liens and/or encumbrances on the Assets: the lien and security interest of DFT2 Finance LLC, as agent for the Lenders, pursuant to that certain Second Amended and Restated Second Lien Loan Agreement. All such liens, claims and encumbrances shall attach to the proceeds of the sale with the same validity, extent and priority such lien had immediately prior to the sale of the Assets, subject to any rights and defenses of the Trustee and/or the estates with respect thereto.

Material Economic Terms and Conditions of the Proposed De Minimis Sale. The Trustee sold the Assets to Purchaser on an "as is" and "where is" basis, free and clear of all liens, claims or encumbrances therein, pursuant to section 363(f) of the Bankruptcy Code (the "De Minimis Sale"). The Purchaser paid a purchase price of $12,823.45 for the Assets.

Dated: October 9, 2018

By: /s/ Alan M. Root .
Alan M. Root (#5427)
S. Alexander Faris (#6278)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com
*Attorneys for Chapter 7 Trustee*